1  Scott D. Baker (SBN 84923)
John P. Bovich (SBN 150688)
2  Jonah D. Mitchell (SBN 203511)
REED SMITH LLP
3  Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922
4
**Mailing Address:**
5  P.O. Box 7936
San Francisco, CA  94120-7936
6
Telephone:    415.543.8700
7  Facsimile:    415.391.8269

8  Attorneys for Defendants
SIEMENS MEDICAL SOLUTIONS USA,
9  INC., SIEMENS CORPORATION AND
SIEMENS AG

10

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

                    UNITED STATES DISTRICT COURT
11
                   SOUTHERN DISTRICT OF CALIFORNIA
12

13  DR SYSTEMS, INC., a California corporation,   |   No.: 06 CV0417B (NLS)

              Plaintiff,                          |   **JOINT CLAIM CONSTRUCTION
14                                                |   CHARTS FOR SIEMENS' PATENTS
        vs.                                       |   PURSUANT TO LOCAL RULE 4-2(A)**
15
FUJIFILM MEDICAL SYSTEMS USA, INC.;
16  GE HEALTHCARE LTD, GE MEDICAL               |   Honorable Rudy M. Brewster
SYSTEMS, INC., KONINKLJKE PHILIPS
17  ELECTRONICS N.V., PHILIPS ELECTRONICS      |   Date:  February 27-28, 2007
NORTH AMERICA CORPORATION, AGFA-               |   Time:  9:00 a.m.
18  GEVAERT N.V., AGFA CORPORATION,
DYNAMIC IMAGING, LLC, SIEMENS
19  MEDICAL SOLUTIONS USA, INC., SIEMENS
CORPORATION, SIEMENS AG AND
20  EASTMAN KODAK COMPANY,

21              Defendants.

22
SIEMENS MEDICAL SOLUTIONS USA, INC.,
23  SIEMENS AG

24                Counterclaimants,
        vs.
25
DR SYSTEMS, INC., a California corporation,
26
                 Counterdefendant.
27

28

Pursuant to the August 10, 2006 Case Management Order, Defendant and Counter-Claimant Siemens Medical Solutions USA, Inc. and Defendant and Counter-Claimant Siemens AG (collectively, "Siemens"), and Plaintiff and Counter-Defendant DR Systems, Inc. ("DR Systems") hereby set forth their Joint Claim Construction Charts with regard to the Siemens Patents-in-Suit, U.S. Patent No. 6,241,668, U.S. Patent No. 6,603,868 and U.S. Patent No. 6,032,120.

Attached hereto as Exhibit A is the Joint Chart for U.S. Patent No. 6,241,668; Exhibit B is the Joint Chart for U.S. Patent No. 6,603,868; and Exhibit C is the Joint Chart for U.S. Patent No. 6,032,120.

DATED:  December 12, 2006

REED SMITH LLP

By____/s/ Jonah D. Mitchell_____
      Jonah D. Mitchell
      Attorneys for Defendants
      Siemens Medical Solutions USA, Inc.
      Siemens Corporation and Siemens AG

DATED:  December 12, 2006

NIRO, SCAVONE, HALLER & NIRO

By____/s/ Frederick C. Laney_____
      Frederick C. Laney
      Attorneys for Plaintiff/Counter-Defendant
      DR SYSTEMS, INC.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1

2

**CERTIFICATION**

3     I hereby attest that concurrence in the filing of this document has been obtained by the above

4 named signatories.

5

6     DATED:  December 12, 2006.

7                                                        REED SMITH LLP

8

9                                                        By: ___/s/ Jonah D. Mitchell_____
                                                              Jonah D. Mitchell
10                                                            Attorneys for Defendants
                                                              Siemens Medical Solutions USA, Inc., Siemens
11                                                            Corporation and Siemens AG

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

JOINT CLAIM CONSTRUCTION CHARTS FOR SIEMENS' PATENTS PURSUANT TO LOCAL RULE 4-2(A)