Scott D. Baker (SBN 84923)
Email: sbaker@reedsmith.com
John P. Bovich (SBN 150688)
Email: jbovich@reedsmith.com
Jonah D. Mitchell (SBN 203511)
Email: jmitchell@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone:    415.543.8700
Facsimile:    415.391.8269

Attorneys for Siemens Medical Solutions USA, Inc. and Siemens AG

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FUJIFILM MEDICAL SYSTEMS USA, INC.; GE HEALTHCARE LTD, GE MEDICAL SYSTEMS, INC., KONINKLJKE PHILIPS ELECTRONICS N.V., PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, AGFA-GEVAERT N.V., AGFA CORPORATION, DYNAMIC IMAGING, LLC, SIEMENS MEDICAL SOLUTIONS USA, INC., SIEMENS CORPORATION, SIEMENS AG AND EASTMAN KODAK COMPANY,<br><br>Defendants. | No.: 06 CV0417B (NLS)<br><br>**DECLARATION OF JOHN P. BOVICH IN SUPPORT OF OPENING CLAIM CONSTRUCTION BRIEF ON BEHALF OF COUNTERCLAIMANTS SIEMENS MEDICAL SOLUTIONS USA, INC. AND SIEMENS AG PURSUANT TO LOCAL RULE 4.4 (A)**<br><br>Date:         February 27, 2007<br>Time:         9:00 a.m.<br><br>Honorable Rudi M. Brewster |
| SIEMENS MEDICAL SOLUTIONS USA, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>DR SYSTEMS, INC., a California corporation,<br><br>Counterdefendant. | |

No.: 06 CV0417B (NLS)

DECL. OF JOHN P. BOVICH IN SUPPORT OF OPENING CLAIM CONSTRUCTION BRIEF ON BEHALF OF
COUNTERCLAIMANTS SIEMENS MEDICAL SOLUTIONS USA, INC. AND SIEMENS AG

# EXHIBIT LIST

| | Pages |
|---|---|
| **Exhibit A**<br>United States Patent No. 6,032,120 | 1-9 |
| **Exhibit B**<br>United States Patent No. 6,241,668 B1 | 10-14 |
| **Exhibit C**<br>United States Patent No. 6,603,868 B1 | 15-24 |
| **Exhibit D**<br>Prosecution history for the '120 Patent | 25-143 |
| **Exhibit E**<br>Prosecution history for the '668 Patent | 144-235 |
| **Exhibit F**<br>Prosecution history for the '868 Patent | 236-371 |
| **Exhibit G**<br>Amended Joint Claim Construction Chart for the '668 and '868 Patents | 372-399 |
| **Exhibit H**<br>Joint Claim Construction Chart, as originally filed,<br>for the '668, '868 and '120 Patents | 400-447 |
| **Exhibit I**<br>Excerpts from The Manual for Patent Examination Procedures (MPEP),<br>Section 2173.05(e) (8th ed. 2001); and Robert C. Faber,<br>Landis on Mechanics of Patent Claim Drafting, Ch. 3, § 3:11 (PLI 2005). | 448-452 |

No.: 06 CV0417B (NLS)  —i—  DOCSSFO-12465176.1-MTOVEY

DECL. OF JOHN P. BOVICH IN SUPPORT OF OPENING CLAIM CONSTRUCTION BRIEF ON BEHALF OF COUNTERCLAIMANTS SIEMENS MEDICAL SOLUTIONS USA, INC. AND SIEMENS AG

I, John P. Bovich, declare:

1. I am a partner in the law firm of Reed Smith LLP, attorneys for Defendants and Counterclaimants Siemens Medical Solutions USA, Inc. and Siemens AG.

2. I have personal knowledge of the matters stated in this Declaration, and, if called as a witness, could competently testify to them.

3. Attached as Exhibit A hereto is a true and correct copy of United States Patent No. 6,032, 120 ("the '120 Patent").

4. Attached as Exhibit B hereto is a true and correct copy of United States Patent No. 6,241,668 B1 ("the '668 Patent").

5. Attached as Exhibit C hereto is a true and correct copy of United States Patent No. 6,603,868 B1 ("the '868 Patent").

6. Attached as Exhibit D hereto is a true and correct copy of the prosecution history (sometimes referred to also as the "file history") for the '120 Patent. For the Court's convenience, the cited portions of the prosecution history are highlighted and appear at the beginning of Exhibit D as well as within the prosecution history as a whole.

7. Attached as Exhibit E hereto is a true and correct copy of the prosecution history (sometimes referred to also as the "file history") for the '668 Patent. For the Court's convenience, the cited portions of the prosecution history are highlighted and appear at the beginning of Exhibit E as well as within the prosecution history as a whole.

8. Attached as Exhibit F hereto is a true and correct copy of the prosecution history (sometimes referred to also as the "file history") for the '868 Patent. For the Court's convenience, the cited portions of the prosecution history are highlighted and appear at the beginning of Exhibit F as well as within the prosecution history as a whole.

9. Attached as Exhibit G is a true and correct copy of the Amended Joint Claim Construction Chart for the '668 and '868 Patents, respectively.

10. Attached as Exhibit H is a true and correct copy of the Joint Claim Construction Chart, as originally filed, for the '668, '868 and '120 Patents, respectively.

11. For the Court's convenience, attached as Exhibit I is a true and correct copy of an excerpt from The Manual for Patent Examination Procedures (MPEP), Section 2173.05(e) (8th ed. 2001), as well as an excerpt from the treatise, Robert C. Faber, Landis on Mechanics of Patent Claim Drafting, Ch. 3, § 3:11 (PLI 2005).

I swear under penalty of perjury of the laws of the United States that the foregoing is true and correct.

DATED: January 17, 2007.

By _____
John P. Bovich

**DR Systems v. Fujifilm Medical Systems, USA, Inc.**
**USDC Case No. 06cv0417 B (NLS)**

**Certificate of Service**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 17th day of January, 2007, with a copy of this document via the Court's CM/ECF system. I certify that all parties in this case are represented by counsel who are CM/ECF participants. Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on or before the following business day.

_____
John P. Bovich