**EXHIBIT D: PART I**

**Cited Excerpt of '120 Prosecution History**

**EXHIBIT D**
**25**

1/15/07 3:42 PM

I hereby certify that this correspondence is being deposited with the
United States Postal Service as first class mail with sufficient postage
in an envelope addressed to: Assistant Commissioner for Patents,
Washington, D.C. 20231 on _____September 24, 1999_____
Date of Deposit

Joseph F. Hetz - Reg. No. 41,070
Name of Applicant, Assignee or
Registered Representative

Signature

Our Case No. 5050-249

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Application of: | ) | |
| Rock et al. | ) | |
| | ) | Examiner:    T. Dixon |
| Serial No.: 08/991,748 | ) | |
| | ) | Group Art Unit:    2761 |
| Filed: December 16, 1997 | ) | |
| | ) | |
| For: Accessing Stored Ultrasound | ) | |
| Images and Other Digital Medical | ) | |
| Images | ) | |

## RESPONSE TO OFFICE ACTION

Assistant Commissioner for Patents
Washington, D.C. 20231

Dear Sir:

Please enter the following response to the Office Action of June 8, 1999.

## I.    Introduction

In the Office Action of June 8, 1999, each of the independent claims (Claims 1, 2, 8, 11, 13, 15, 16, and 21) was rejected under 35 U.S.C. § 102(b) as being anticipated by U.S. Patent No. 5,321,520 to Inga et al. Some dependent claims were also rejected under 35 U.S.C. § 102(b) in view of Inga et al., and other dependent claims were rejected under 35 U.S.C. § 103 in view of

1

SM031028

EXHIBIT D
26

contains elements that are not taught by Inga et al., the rejections of the claims should be withdrawn.

### A. Independent Claims 8, 11, 13, and 21

Independent Claims 8, 11, 13, and 21 relate to using a bar-code reader to input information, which is used by a client application to request a digital medical image from a server application. Claim 8 recites a method comprising using a bar-code reader to automatically input information identifying a medical study and sending a request comprising the information from a client application to a server application, which sends a digital medical image associated with the requested medical study to the client application for display. Claims 11 and 13 are method and apparatus claims, respectively, that relate to using a bar-code reader to read a bar-code image comprising information identifying a medical study and forming a request for the medical study using the read information. Claim 21 is a system claim which recites a bar-code reader operative to input information identifying a medical study into a client application and means for sending a request comprising the information from the client application to a server application.

In contrast to independent Claims 8, 11, 13, and 21, Inga et al. does not teach the use of a bar-code reader to input information that is used by a client application to request a digital medical image from a server application. Instead, Inga et al. teaches affixing a bar code to an X-ray film 12 prior to digitizing the film as a way of tagging the digitized image. In short, unlike the claimed invention, the bar code in Inga et al. is used in the image *storage* process – not the image *retrieval* process.

During the image retrieval process in Inga et al., a list of patient or image files is presented on a terminal display screen. To form a request for a stored image, a user makes a selection from this list using a touch-screen overlay 142 or a keyboard 148. Accordingly, Inga et al. teaches

3

SM031030

EXHIBIT D
27

using a touch screen overlay or a keyboard to input information used to form a request – *Inga et al. does not teach the use of a bar-code reader to input information used to request a stored image as recited in independent Claims 8, 11, 13, and 21.*

Because Inga et al. does not teach all of the elements of independent Claims 8, 11, 13, and 21, the § 102(b) rejections of these claims should be withdrawn.

### B.    Independent Claims 1 and 15

Independent Claims 1 and 15 are method and system claims, respectively, related to sending a request, from a client application to a server application, for a stored image associated with a medical study.  With the claimed invention, the information in the request used to identify the medical study *is not* provided by the server application.  In one preferred embodiment (which does not limit the scope of the claimed invention in any way), a bar-code reader is used to input the information from a patient's medical chart.  In this preferred embodiment, the information is provided, from the patient's medical chart – not from the server application.

In contrast to the claimed invention, the information in the request used by the Inga et al. system *is* provided by the server application.  To request a stored image using the Inga et al. system, a list of patient or image files from the server application (the image data storage and retrieval means) is presented on the client device's terminal's display screen 138.  A user selects the desired image from this list, and a request is sent to the server application for the desired image.  The information in the image request is provided by the server application since the request is formed in response to a user's selection from a list generated by the server application.

Because Inga et al. does not teach all of the elements of independent Claims 1 and 15, the § 102(b) rejections of independent Claims 1 and 15 should be withdrawn.

4

SM031031

EXHIBIT D
28

### C.    Independent Claims 2 and 16

Independent Claims 2 and 16 are method and system claims, respectively, related to sending a user request comprising information identifying a medical study from a client application to a server application, where the user request is the only user request sent from the client application during the accessing-and-displaying process to identify the medical study.  Applicants submit that this element is not taught by Inga et al.  Indeed, the Examiner has admitted this deficiency on page 13 of the June 8, 1999 Office Action: "Inga et al ('520) does not specifically disclose: said request is the only request sent from the client application during the accessing-and-displaying process to identify said medical study."

Because Inga et al. does not teach all of the elements of independent Claims 2 and 16, the § 102(b) rejections of these claims should be withdrawn.

### IV.    Conclusion

In summary, the 35 U.S.C. § 102(b) rejections of independent Claims 1, 2, 8, 11, 13, 15, 16, and 21 should be withdrawn since Inga et al. does not teach each and every element recited in these claims.  Further, the rejections of claims dependent on these independent claims should be withdrawn for at least the reasons described above with respect to the independent claims.

Applicants submit that in view of the foregoing remarks, all claims pending in this application are now in condition for allowance.  Reconsideration is respectfully requested.

SM031032

EXHIBIT D
29

If the Examiner has any questions regarding this response, he is invited to contact the undersigned attorney at (312) 321-4719.

Dated:   September 24, 1999

Respectfully submitted,

Joseph B. Hetz
Reg. No. 41,070
Attorney for Applicants

BRINKS HOFER
  GILSON & LIONE
P.O. Box 10395
Chicago, Illinois 60610
(312) 321-4719

6

SM031033

EXHIBIT D
30

**Full '120 Prosecution History**

**EXHIBIT D**
**31**



# United States
# Patent File History

## Tab Listings

**A.** References (if applicable)
    A1–U.S. References
    A2–Foreign References

**B.** Jacket (face of file, contents flap, index of claims, PTO 270, searched)

**C.** Printed Patent

**D.** Specification (serial no. Sheet, abstract, specification, claims)

**E.** Oath
    E1–Small Entity Status (if applicable)

**F.** Drawing Figures (if applicable)

**G.** USPTO/Applicant Correspondence

**H.** Original Patent Application (in cases of FWC)

## Supplied by:

**REEDFAX**

117 Gibraltar Road, Horsham, PA 19044-0962

*Customer Service:* 1-800-422-1337 or 215-441-4768
*Fax:* 1-800-421-5585 or 215-441-5463

*www.reedfax.com*

LexisNexis
A member of the LexisNexis group

SM030948

EXHIBIT D
32



UTILITY
SERIAL
NUMBER

PATENT DATE
FEB 29 2000

PATENT
NUMBER

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| | | 705 | 2 | 2761 | Dixon, T. |

.... A. ROCK, ANN ARBOR, MI; JEFFREY S. HASTINGS, LOS ALTOS, CA.

****CONTINUING DATA****************

****FOREIGN APPLICATIONS************
none

**CERTIFICATE**
JUL 10 2001
**OF CORRECTION**

**FILING LICENSE GRANTED 03/27/98**

| Foreign priority claimed 35 USC 119 conditions met | yes no | AS FILED | STATE OR COUNTRY: MI | SHEETS DRWGS. 4 | TOTAL CLAIMS 25 | INDEP. CLAIMS 8 | FILING FEE RECEIVED $2,216.00 | ATTORNEY'S DOCKET NO. 5050/249 |
|---|---|---|---|---|---|---|---|---|
| Verified and Acknowledged | Examiner's Initials | | | | | | | |

ADDRESS

TITLE  ....NG STORED ULTRASOUND IMAGES AND OTHER DIGITAL MEDICAL IMAGES

U.S. DEPT. OF COMM./PAT. & TM—PTO-436L (Rev. 12-94)

| PARTS OF APPLICATION FILED SEPARATELY | | | Application Examiner |
|---|---|---|---|
| NOTICE OF ALLOWANCE MAILED | | CLAIMS ALLOWED | |
| 11-8-99 | Thomas A. Dixon Assistant Examiner | Total Claims 25 | Print Claim |
| ISSUE FEE | | DRAWING | |
| Amount Due 1210.00 | Date Paid 1-10-00 | EMANUEL TODD VOELTZ SUPERVISORY PATENT EXAMINER GROUP 2700 Primary Examiner | Sheets Drwg. 4 | Figs. Drwg. | Print Fig. |
| | | | ISSUE BATCH NUMBER D91 |
| Label Area | | PREPARED FOR ISSUE | |

WARNING:  The information disclosed herein may be restricted.  Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368.  Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A (Rev. 8/92)

SCAN   QC  ne   ISSUE FEE IN FILE

R.M.   (FACE)   Formal Drawings (___ shts) set

SM030949
EXHIBIT D
33



| POSITION | ID NO. | DATE |
|---|---|---|
| CLASSIFIER | #44 | 2-25-96 |
| EXAMINER | 61703 | 3-26-80 |
| TYPIST | 11 | 11 |
| VERIFIER | | |
| CORPS CORR. | | |
| SPEC. HAND | No. 47 | 6/12/48 |
| FILE MAINT. | | |
| DRAFTING | | |

### INDEX OF CLAIMS

SYMBOLS
........... Rejected
✓ ........... Allowed
— (Through numbers) Canceled
+ ........... Restricted
N ........... Non-elected
I ........... Interference
A ........... Appeal
O ........... Objected

SM030950

**EXHIBIT D**

**34**

T7 U.S.GOVERNMENT PRINTING OFFICE 1997-430-220

| PATENT NUMBER | ORIGINAL CLASSIFICATION | | |
|---|---|---|---|
| | CLASS | SUBCLASS | |
| | 705 | 2 | |

| APPLICATION SERIAL NUMBER | CROSS REFERENCE(S) | |
|---|---|---|
| 08/991,748 | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) |
| APPLICANT'S NAME (PLEASE PRINT) | | |
| Rock et al | | |
| IF REISSUE, ORIGINAL PATENT NUMBER | | |

| INTERNATIONAL CLASSIFICATION |
|---|
| G 0 6 F   17/60 |

GROUP ART-UNIT: 2761

ASSISTANT EXAMINER (PLEASE STAMP OR PRINT FULL NAME)
Thomas A. Dixon

PRIMARY EXAMINER (PLEASE STAMP OR PRINT FULL NAME)
Emanuel Todd Voeltz

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

PTO-270
(REV. 9-91)

**ISSUE CLASSIFICATION SLIP**

| Claim Final | Claim Original | Date | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | | | | | | |
| 2 | 2 | | | | | | |
| 3 | 3 | | | | | | |
| 4 | 4 | | | | | | |
| 5 | 5 | | | | | | |
| 6 | 6 | | | | | | |
| 7 | 7 | | | | | | |
| 8 | 8 | | | | | | |
| 9 | 9 | | | | | | |
| 10 | 10 | | | | | | |
| 11 | 11 | | | | | | |
| 12 | 12 | | | | | | |
| 13 | 13 | | | | | | |
| 14 | 14 | | | | | | |
| 15 | 15 | | | | | | |
| 16 | 16 | | | | | | |
| 17 | 17 | | | | | | |
| 18 | 18 | | | | | | |
| 19 | 19 | | | | | | |
| 20 | 20 | | | | | | |
| 21 | 21 | | | | | | |
| 22 | 22 | | | | | | |
| 23 | 23 | | | | | | |
| 24 | 24 | | | | | | |
| 25 | 25 | | | | | | |
| 26 | 26 | | | | | | |
| 27 | 27 | | | | | | |
| 28 | 28 | | | | | | |
| 29 | 29 | | | | | | |
| 30 | 30 | | | | | | |
| 31 | 31 | | | | | | |
| 32 | 32 | | | | | | |
| 33 | 33 | | | | | | |
| 34 | 34 | | | | | | |
| 35 | 35 | | | | | | |
| 36 | 36 | | | | | | |
| 37 | 37 | | | | | | |
| 38 | 38 | | | | | | |
| 39 | 39 | | | | | | |
| 40 | 40 | | | | | | |
| 41 | 41 | | | | | | |
| 42 | 42 | | | | | | |
| 43 | 43 | | | | | | |
| 44 | 44 | | | | | | |
| 45 | 45 | | | | | | |
| 46 | 46 | | | | | | |
| 47 | 47 | | | | | | |
| 48 | 48 | | | | | | |
| 49 | 49 | | | | | | |
| 50 | 50 | | | | | | |

SYMBOLS

| ✓ | Rejected |
|---|---|
| = | Allowed |
| − (Through numeral) | Canceled |
| + | Restricted |
| N | Non-elected |
| I | Interference |
| A | Appeal |
| O | Objected |

| Claim Final | Claim Original | Date | | | | | |
|---|---|---|---|---|---|---|---|
| | 51 | | | | | | |
| | 52 | | | | | | |
| | 53 | | | | | | |
| | 54 | | | | | | |
| | 55 | | | | | | |
| | 56 | | | | | | |
| | 57 | | | | | | |
| | 58 | | | | | | |
| | 59 | | | | | | |
| | 60 | | | | | | |
| | 61 | | | | | | |
| | 62 | | | | | | |
| | 63 | | | | | | |
| | 64 | | | | | | |
| | 65 | | | | | | |
| | 66 | | | | | | |
| | 67 | | | | | | |
| | 68 | | | | | | |
| | 69 | | | | | | |
| | 70 | | | | | | |
| | 71 | | | | | | |
| | 72 | | | | | | |
| | 73 | | | | | | |
| | 74 | | | | | | |
| | 75 | | | | | | |
| | 76 | | | | | | |
| | 77 | | | | | | |
| | 78 | | | | | | |
| | 79 | | | | | | |
| | 80 | | | | | | |
| | 81 | | | | | | |
| | 82 | | | | | | |
| | 83 | | | | | | |
| | 84 | | | | | | |
| | 85 | | | | | | |
| | 86 | | | | | | |
| | 87 | | | | | | |
| | 88 | | | | | | |
| | 89 | | | | | | |
| | 90 | | | | | | |
| | 91 | | | | | | |
| | 92 | | | | | | |
| | 93 | | | | | | |
| | 94 | | | | | | |
| | 95 | | | | | | |
| | 96 | | | | | | |
| | 97 | | | | | | |
| | 98 | | | | | | |
| | 99 | | | | | | |
| | 100 | | | | | | |

(LEFT INSIDE)

SM030951



### SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
| 705 | 2 | 5-26-99 | |
| 235 | 375 | 5/24/99 | |
| | | 5/24/99 | |
| 250 | 582 | 5/26/99 | |
| 358 | 403 | 5/26/99 | |
| 600 | 437 | 5/27/99 | |
| 235 | 478 | | |
| 235 | 478 | 5/27/99 | |
| updated claim | | 10/8/99 | |

### SEARCH NOTES

| | Date | Exmr. |
|---|------|-------|
| Spoke to Exr Ponvil regarding search and the state of the art. APS Search | 5-27-99 5/26-27/99 | |
| APS SEARCH | 10/8/99 | |

### INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
| 705 | 2 | 10/13/99 | |

(RIGHT OUTSIDE)

SM030952

**EXHIBIT D**
36

US006032120A

# United States Patent [19]

## Rock et al.

[11] Patent Number: 6,032,120

[45] Date of Patent: Feb. 29, 2000

[54] ACCESSING STORED ULTRASOUND IMAGES AND OTHER DIGITAL MEDICAL IMAGES

[75] Inventors: David A. Rock, Ann Arbor, Mich.; Jeffrey S. Hastings, Los Altos, Calif.

[73] Assignee: Acuson Corporation, Mountain View, Calif.

[21] Appl. No.: 08/991,748

[22] Filed: Dec. 16, 1997

[51] Int. Cl.7 ................................. G06F 17/60
[52] U.S. Cl. ........................................... 705/2
[58] Field of Search ...................... 705/2; 235/375, 235/470; 250/582; 358/403; 600/437

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,857,716 | 8/1989 | Gombrich et al. | 235/375 |
| 4,958,283 | 9/1990 | Tawara et al. | 382/131 |
| 5,140,518 | 8/1992 | Ems | 600/300 |
| 5,264,684 | 11/1993 | Weil | 235/375 |
| 5,272,625 | 12/1993 | Nishihara et al. | 707/1 |
| 5,303,148 | 4/1994 | Mattson et al. | 600/437 |
| 5,321,520 | 6/1994 | Inga et al. | 358/403 |
| 5,334,851 | 8/1994 | Good et al. | 250/582 |
| 5,418,355 | 5/1995 | Weil | 235/375 |
| 5,597,995 | 1/1997 | Williams et al. | 235/375 |

Primary Examiner—Emanuel Todd Voeltz
Assistant Examiner—Thomas A. Dixon
Attorney, Agent, or Firm—Brinks Hofer Gilson & Lione

[57]            ABSTRACT

A system and method are provided for accessing stored ultrasound images and other digital medical images. A client application sends a request comprising information identifying a unique medical study to a server application. The information identifying a particular study can be in the form of a patient accession number and can be provided to the client application with a keyboard or an automatic information reader, such as a bar-code reader, a camera, or a voice recognition device. Upon receiving the request, the server application automatically sends the client application a digital medical image associated with the study. The client application then displays the digital medical image to the user.

25 Claims, 4 Drawing Sheets



SM030953

EXHIBIT D
37



Fig. 1

210 ~
```
SEND A REQUEST FOR A PARTICULAR
MEDICAL STUDY FROM THE CLIENT
APPLICATION TO THE SERVER APPLICATION
```

220 ~
```
USE THE SERVER APPLICATION TO
AUTOMATICALLY SEND THE CLIENT
APPLICATION A DIGITAL MEDICAL IMAGE
ASSOCIATED WITH THE REQUESTED STUDY
```

230 ~
```
USE THE CLIENT APPLICATION TO DISPLAY
THE RETRIEVED DIGITAL MEDICAL IMAGE
```

Fig. 2

SM030955
EXHIBIT D
39



*Fig. 3*

**U.S. Patent**        Feb. 29, 2000        Sheet 4 of 4        6,032,120



420

410

400

*Fig. 4*

SM030957

**EXHIBIT D**
**41**

6,032,120

1

## ACCESSING STORED ULTRASOUND IMAGES AND OTHER DIGITAL MEDICAL IMAGES

### BACKGROUND

Medical image management systems allow medical personnel to locate, access, and display stored digital medical images. These systems typically comprise at least two networked computer components: a client device (e.g., a medical imaging review station) and a server device (e.g., a study repository server). One conventional method of accessing and displaying images requires the user to take at least two actions. First, using a keyboard, the user must manually enter information into a client device that will identify a particular patient and/or medical study. A client application in the client device then sends a search command containing the entered information to a server application on the server device. The server application locates all the studies that satisfy the search criteria and sends a list of these studies back to the client application for display to the user. The user then must select a desired study from the list, even if only one study is displayed, such as when only one study is associated with a particular patient or when the user enters enough information to identify a single study. After the user makes his selection, the client application sends a request to the server application to retrieve the digital medical images associated with the selected study. Upon receiving the request, the server application sends the images to the client application for display to the user.

There are several disadvantages to this conventional method. First, because the conventional method requires at least two user actions, the access-and-display process can take several minutes to perform. Second, because the user must push buttons, enter search criteria, and review results, the conventional method requires the user to have system-specific knowledge about the image management system. Third, because the conventional method requires the user to manually type identification information via a keyboard and visually review the results of a search, the process of locating, retrieving, and displaying digital medical images is susceptible to typographical and other operator errors.

There is, therefore, a need for a system and method for accessing stored digital medical images that will overcome the problems described above.

### SUMMARY

The present invention is directed to a system and method for accessing stored digital medical images. According to a first aspect of the invention, a system and method are provided for accessing and displaying a stored digital medical image by sending a request comprising information identifying a medical study from a client application to a server application, using the server application to automatically send the client application a digital medical image associated with the study, and then using the client application to display the digital medical image. In one embodiment, the information used in the request is not provided by the server application. In another embodiment, the request is the only request sent from the client application during the accessing-and-displaying process to identify the desired medical study.

According to a second aspect of the invention, a system and method are provided for accessing and displaying a stored digital medical image using a bar-code reader to automatically input information identifying a medical study into a client application, sending a request comprising the

2

information from the client application to a server application, using the server application to automatically send the client application a digital medical image associated with the medical study, and then using the client application to display the digital medical image.

According to a third aspect of the invention, an apparatus and method are provided for forming a request for a medical study. A bar-code reader is used to receive a bar-code image comprising information identifying a medical study, and a client application is used to form a request for a medical study using the information.

The preferred embodiments of the invention will now be described with reference to the attached drawings.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of a client-server system of a preferred embodiment.

FIG. 2 is a flow chart of a method of a preferred embodiment for accessing and displaying a digital medical image.

FIG. 3 is a block diagram of a client-server system of a preferred embodiment that uses a bar-code reader as a user interface.

FIG. 4 is an illustration of how a bar-code reader of a preferred embodiment accesses medical study information from a patient file.

### DETAILED DESCRIPTION OF THE PRESENTLY PREFERRED EMBODIMENTS

Turning now to the drawings, FIG. 1 is a block diagram of a client-server system 100 of a preferred embodiment. As shown in FIG. 1, a client device 110 is coupled with a server device 120 with a communication link 155. The communication link 155 can directly couple the client 110 and server 120 devices or can indirectly couple the devices 110, 120 through a data network comprising any number of intermediate computer data network devices, such as a network hub. The communication link 155 supports the transfer of medical studies between the client 110 and server 120 devices. As used herein, "medical studies" include non-image information (e.g., a patient's name and/or hospital identification, a physician's diagnosis, etc.) and digital medical images (i.e., digital images that are generated by medical imaging equipment).

The client device 110 of FIG. 1 comprises a client application 115 coupled with a user interface 135 and a display 140. The client application 115 comprises a request sending routine 123 for sending a request for a particular medical study to a server application 165 in the server device 120, a digital medical image display routine 125 for displaying an image on the display 140, and a user interface driver 130 for accepting commands from the user interface 135. The server device 120 of FIG. 1 comprises a server application 165 and a medical studies storage device 175, which can store image and non-image data. The server application 165 comprises a medical study location routine 167, which locates the requested medical study, and a digital medical image sending routine 170, which automatically sends the client application 115 a digital medical image associated with the requested study. It is preferred that these routines be implemented with software and that the client 110 and server 120 devices comprise the necessary hardware components (such as a CPU) to run the software. It is also preferred that an AEGIS™ Medical Imaging Review Station and an AEGIS™ Study Repository Server from Acuson Corporation be used as the client 110 and server 120 devices, respectively.

SM030958

EXHIBIT D
42

6,032,120

3

The client-server system 100 of FIG. 1 can be used in a method for accessing and displaying a digital medical image. As shown in the flow chart of FIG. 2, this method comprises the steps of sending a request for a particular medical study from the client application 115 to the server application 165 (step 210), using the server application 165 to automatically send the client application 115 a digital medical image associated with the requested study (step 220), and using the client application 115 to display the retrieved digital medical image (step 230). The steps of this method will be described in more detail below.

First, a user enters information identifying a particular medical study using the user interface 135, which provides the information to the client application 115 via the user interface driver 130. This information can be in the form of, for example, a study accession number (i.e., a string of alpha-numeric characters that is typically generated by a hospital's medical information system to uniquely identify a particular medical study. With the provided information, the client application 115 (using the request sending routine 123) sends a request for the desired medical study to the server application 165 (step 210). The medical study location routine 167 searches the non-image data stored in the storage device 175 to locate the requested medical study. The server application 165 (using the digital medical image sending routine 170) then automatically sends the client application 115 a digital medical image associated with the requested study (step 220). In one alternative, the server application 165 sends the associated image to the client application 115 upon receiving the request of step 210. In another alternative, upon receiving the request of step 210, the server application 165 sends the client application 115 information about where the associated image is located (e.g., in the storage device 175 of the server device 120 or in another storage location). In contrast to the information that is provided by the user, the location information does not identify a particular medical study; it merely identifies the location of a digital image associated with the study. The client application 115 then automatically (i.e., without user action) sends another request to the server application 165 to retrieve the image from the location and send it to the client application 115. Once the client application 115 receives the image, the digital medical image display routine 125 automatically presents the image to the user on the display 140 (step 230).

In contrast to the conventional method described in the Background section, the method of this preferred embodiment requires the user to take only one action, namely to provide the client application with information that will identify a particular medical study. This single request triggers the automatic delivery and display of the desired image. Further, the identifying information in the triggering request is not provided by the server application (e.g., from a list generated by the server application), but is provided by the user. Additionally, the request is the only request sent from the client application during the accessing-and-displaying process that identifies the desired medical study. In contrast, the conventional method requires at least two actions from the user. First, the user must provide information that will identify a patient and/or study. Then, after receiving a list of relevant studies, the user must select a study from this list. It is only in response to this second action (the selection step) that the server application provides the image to the client application. Even if the user enters information sufficient to identify one particular study in the first request, he is still required to take the second action of selecting the study from a list (here, the list would comprise only one study).

4

There are several advantages associated with the method of this preferred embodiment. First, because only one action is required from the user (i.e., providing identification information to the client application), there are fewer steps needed for a user to request and receive the desired image, thereby facilitating the accessing-and-display process. Additionally, because the user is not required to make a second selection from a list of studies, the risk of mistakenly selecting an undesired study is eliminated.

As discussed above, the user interface 135 provides the client application 115 with information that will identify a particular medical study. The user interface 135 can be a keyboard or an automatic information reader. If the user interface 135 is a keyboard, a user must manually enter identification information. To make the process more efficient and to eliminate typographical errors, an automatic information reader can be used as a user interface 135. For example, FIG. 3 shows a client-server system 300 in which a bar-code reader 335 is included in the user interface. With such a system 300, a user uses the bar-code reader (which can be, for example, a free-standing or wand device) to read a bar-code image that contains information needed to identify a particular medical study. In this way, the only action required to request an image is scanning a bar code with the reader 335. The bar-code reader software driver 330 translates the bar-code image into a form (preferably ASCII characters) that the request sending routine 323 can use in its request to the server application 365.

There are several advantages associated with using a bar-code reader as a user interface. Replacing manual data entry eliminates the risk of typographical errors. Also, because a user merely needs to pass a bar code under a reader to request an image, the user does not need system-specific knowledge about the image management system, such as how to manually enter search criteria. In addition to facilitating the access-and-display process, this also reduces the amount of time required to locate and display digital medical images. Further, because a bar-code reader is easy to use, the amount of time needed to train clinical staff is reduced.

Additionally, a client-server system that uses a bar-code reader can be easily installed in a modern medical institution. Many medical institutions use bar-codes on medical patient folders in order to quickly read study information into their information systems. The same bar-code information (such as an accession number) on the medical patient folder can be used to identify a particular medical study. As shown in FIG. 4, a medical patient folder 400 containing a bar code image 410 can easily be placed under a bar-code reader 420 to read the identifying information from the folder 400.

As an alternative to a bar-code reader, other automatic information readers can be used. For example, by using a voice-recognition or sound-communication device, a user can speak the medical study identification information into a microphone. Additionally, a visual-based reading system (such as a digital camera taking a picture of written identification information) can be used. As with a bar-code reader, any of these alternative readers eliminate the risk of typographical errors.

As described above, a digital medical image is a digital image generated by medical imaging equipment. While in one preferred embodiment the digital medical image is an ultrasound image, other digital medical images can be generated by any of the following modalities, computed radiography, magnetic resonance, angioscopy, color flow

SM030959

EXHIBIT D
43

6,032,120

5

Doppler, cystoscopy, diaphanography, echocardiography, fluorescein angiography, laparoscopy, magnetic resonance angiography, positron emission tomography, single-photon emission computed tomography, x-ray angiography, computed tomography, nuclear medicine, biomagnetic imaging, culposcopy, duplex Doppler, digital microscopy, endoscopy, fundoscopy, laser surface scan, magnetic resonance spectroscopy, radiographic imaging, thermography, radio fluroscopy, or any combination thereof.

It is intended that the foregoing detailed description be understood as an illustration of selected forms that the invention can take and not as a definition of the invention. It is only the following claims, including all equivalents, that are intended to define the scope of this invention.

What is claimed is:

1. A method for accessing and displaying a digital medical image, said method comprising the steps of:

(a) sending a request comprising information identifying a medical study from a client application to a server application, said information not being provided by the server application; then

(b) using the server application to automatically send the client application a digital medical image associated with said medical study in response to said request; and then

(c) using the client application to display said digital medical image.

2. A method for accessing and displaying a digital medical image, said method comprising the steps of:

(a) sending a user request comprising information identifying a medical study from a client application to a server application, said user request being the only user request sent from the client application during the accessing-and-displaying process to identify said medical study; then

(b) using the server application to automatically send the client application a digital medical image associated with said medical study in response to said user request; and then

(c) using the client application to display said digital medical image.

3. The method of claim 1 or 2, further comprising the step of manually providing said information to the client application with a keyboard.

4. The method of claim 1 or 2, further comprising the step of automatically providing said information to the client application with an automatic information reader.

5. The method of claim 1 or 2, further comprising the step of automatically providing said information to the client application with a bar-code reader.

6. The method of claim 1 or 2, further comprising the step of automatically providing said information to the client application with a digital camera.

7. The method of claim 1 or 2, further comprising the step of automatically providing said information to the client application with a voice recognition device.

8. A method for accessing and displaying a digital medical image using a bar-code reader, said method comprising the steps of:

(a) using a bar-code reader to automatically input information identifying a medical study into a client application; then

(b) sending a request comprising said information from the client application to a server application; then

(c) using the server application to automatically send the client application a digital medical image associated with said medical study in response to said request, and then

6

(d) using the client application to display said digital medical image.

9. The method of claim 8, wherein said request is the only request sent from the client application during the accessing-and-displaying process to identify said medical study.

10. The method of claim 8, wherein step (a) comprises the step of using said bar-code reader to read a bar-code image on a medical chart.

11. A method for forming a request for a medical study, said method comprising the steps of:

(a) using a bar-code reader to read a bar-code image comprising information identifying a medical study; and then

(b) using a client application, coupled with the bar-code reader, to form a request for a medical study using said information.

12. The method of claim 11, wherein said request is the only request formed by the client application during a digital medical image accessing-and-displaying process to identify said medical study.

13. An apparatus for forming a request for a medical study, said apparatus comprising:

a bar-code reader operative to read a bar-code image comprising information identifying a medical study; and

a client device, coupled with the bar-code reader, comprising a client application operative to form a request for a medical study using said information.

14. The apparatus of claim 13, wherein said request is the only request formed by the client application during a digital medical image accessing-and-displaying process to identify said medical study.

15. A system for accessing a digital medical image comprising:

a client device comprising a client application;

a server device, coupled with the client device, comprising a server application;

means, included in the client device, for sending a request comprising information identifying a medical study from the client application to the server application, said information not being provided by the server application; and

means, included in the server application, for automatically sending the client application a digital medical image associated with said medical study in response to said request.

16. A system for accessing a digital medical image comprising:

a client device comprising a client application;

a server device, coupled with the client device, comprising a server application;

means, included in the client device, for sending a user request comprising information identifying a medical study from the client application to the server application, said user request formed by the client application during the accessing process to identify said medical study; and

means, included in the server application, for automatically sending the client application a digital medical image associated with said medical study in response to said user request.

17. The invention of claim 15 or 16, further comprising means, included in the client device, for displaying said digital medical image.

18. The invention of claim 15 or 16, further comprising a bar-code reader, coupled with the client device, operative to input said information into the client application.

SM030960

EXHIBIT D

44

6,032,120

**7**

19. The invention of claim 15 or 16, further comprising a digital camera, coupled with the client device, operative to input said information into the client application.

20. The invention of claim 15 or 16, further comprising a voice recognition device, coupled with the client device, operative to input said information into the client application.

21. A system for accessing a digital medical image using a bar-code reader comprising:

a client device comprising a client application;

a bar-code reader, coupled with the client application, operative to input information identifying a medical study into the client application;

a server device, coupled with the client device, comprising a server application;

means, included in the client device, for sending a request comprising said information from the client application to the server application; and

means, included in the server application, for automatically sending the client application a digital medical image associated with said medical study in response to said request.

**8**

22. The invention of claim 21, wherein said request is the only request formed by the client application during the accessing process to identify said medical study.

23. The invention of claim 21 further comprising means, included in the client device, for displaying said digital medical image.

24. The invention of claim 1, 2, 8, 11, 13, 15, 16, or 21, wherein said digital medical image comprises an image created by a modality selected from the group consisting of ultrasound, computed radiography, magnetic resonance, angioscopy, color flow Doppler, cystoscopy, diaphanography, echocardiography, fluoresosin angiography, laparoscopy, magnetic resonance angiography, positron emission tomography, single-photon emission computed tomography, x-ray angiography, computed tomography, nuclear medicine, biomagnetic imaging, culposcopy, duplex Doppler, digital microscopy, endoscopy, fundoscopy, laser surface scan, magnetic resonance spectroscopy, radiographic imaging, thermography, radio fluroscopy, or any combination thereof.

25. The invention of claim 1, 2, 8, 11, 13, 15, 16, or 21, wherein said information comprises a patient accession number.

* * * * *

SM030961

EXHIBIT D
45

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO.    : 6,032,120                                    Page 1 of 1
DATED         : February 29, 2000
INVENTOR(S)   : David A. Rock et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

**Specification:**
Column 4, line 66, delete "modalities," and substitue --modalities:-- in its place.

**Claims:**
Claim 8, line 11, delete "request," and substitute --request;-- in its place.
Claim 24, line 3, immediately after "consisting of" insert --:-- (colon).

Signed and Sealed this

Tenth Day of July, 2001

*Nicholas P. Godici*

Attest:

Attesting Officer

NICHOLAS P. GODICI
Acting Director of the United States Patent and Trademark Office

PATENT APPLICATION SERIAL NO. _08991748_

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

```
02/05/1998 GTHOGNTD 00000037 DAN:231925    08991748
01 FC:101      790.00 CH
02 FC:102      410.00 CH
03 FC:103      616.00 CH
04 FC:104      270.00 CH
```

PTO-1556
(5/87)

SM030963

EXHIBIT D
47

·14

991748

### Abstract of the Disclosure

A system and method are provided for accessing stored ultrasound images and other digital medical images.  A client application sends a request comprising information identifying a unique medical study to a server application.  The information identifying a particular study can be in the form of a patient accession number and can be provided to the client application with a keyboard or an automatic information reader, such as a bar-code reader, a camera, or a voice recognition device.  Upon receiving the request, the server application automatically sends the client application a digital medical image associated with the study.  The client application then displays the digital medical image to the user.

SM030964

**EXHIBIT D**
**48**

Our Case No. 5050/249

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
### APPLICATION FOR UNITED STATES LETTERS PATENT

INVENTORS:          David A. Rock
                    Jeffrey S. Hastings


TITLE:              Accessing Stored Ultrasound Images and
                    Other Digital Medical Images


ATTORNEYS:          William A. Webb
                    Joseph F. Hetz
                    BRINKS HOFER GILSON & LIONE
                    P.O. BOX 10395
                    CHICAGO, ILLINOIS 60610
                    (312) 321-4719

08991748.121697

1

## Accessing Stored Ultrasound Images and
## Other Digital Medical Images

### Background

      Medical image management systems allow medical personnel to locate, access,

5    and display stored digital medical images. These systems typically comprise at least
two networked computer components: a client device (*e.g.*, a medical imaging review
station) and a server device (*e.g.*, a study repository server). One conventional method
of accessing and displaying images requires the user to take at least two actions. First,
using a keyboard, the user must manually enter information into a client device that

10   will identify a particular patient and/or medical study. A client application in the client
device then sends a search command containing the entered information to a server
application on the server device. The server application locates all the studies that
satisfy the search criteria and sends a list of these studies back to the client application
for display to the user. The user then must select a desired study from the list, even if

15   only one study is displayed, such as when only one study is associated with a particular
patient or when the user enters enough information to identify a single study. After the
user makes his selection, the client application sends a request to the server application
to retrieve the digital medical images associated with the selected study. Upon
receiving the request, the server application sends the images to the client application

20   for display to the user.

      There are several disadvantages to this conventional method. First, because the
conventional method requires at least two user actions, the access-and-display process
can take several minutes to perform. Second, because the user must push buttons,
enter search criteria, and review results, the conventional method requires the user to

25   have system-specific knowledge about the image management system. Third, because
the conventional method requires the user to manually type identification information
via a keyboard and visually review the results of a search, the process of locating,
retrieving, and displaying digital medical images is susceptible to typographical and
other operator errors.

30      There is, therefore, a need for a system and method for accessing stored digital
medical images that will overcome the problems described above.

SM030966

EXHIBIT D
50

2

## Summary

The present invention is directed to a system and method for accessing stored digital medical images. According to a first aspect of the invention, a system and method are provided for accessing and displaying a stored digital medical image by sending a request comprising information identifying a medical study from a client application to a server application, using the server application to automatically send the client application a digital medical image associated with the study, and then using the client application to display the digital medical image. In one embodiment, the information used in the request is not provided by the server application. In another embodiment, the request is the only request sent from the client application during the accessing-and-displaying process to identify the desired medical study.

According to a second aspect of the invention, a system and method are provided for accessing and displaying a stored digital medical image using a bar-code reader to automatically input information identifying a medical study into a client application, sending a request comprising the information from the client application to a server application, using the server application to automatically send the client application a digital medical image associated with the medical study, and then using the client application to display the digital medical image.

According to a third aspect of the invention, an apparatus and method are provided for forming a request for a medical study. A bar-code reader is used to receive a bar-code image comprising information identifying a medical study, and a client application is used to form a request for a medical study using the information.

The preferred embodiments of the invention will now be described with reference to the attached drawings.

## Brief Description of the Drawings

Figure 1 is a block diagram of a client-server system of a preferred embodiment.

Figure 2 is a flow chart of a method of a preferred embodiment for accessing and displaying a digital medical image.

Figure 3 is a block diagram of a client-server system of a preferred embodiment that uses a bar-code reader as a user interface.

SM030967

EXHIBIT D

51

3

Figure 4 is an illustration of how a bar-code reader of a preferred embodiment accesses medical study information from a patient file.

## Detailed Description of the Presently
## Preferred Embodiments

5    Turning now to the drawings, Figure 1 is a block diagram of a client-server system 100 of a preferred embodiment.  As shown in Figure 1, a client device 110 is coupled with a server device 120 with a communication link 155.  The communication link 155 can directly couple the client 110 and server 120 devices or can indirectly couple the devices 110, 120 through a data network comprising any number of

10    intermediate computer data network devices, such as a network hub.  The communication link 155 supports the transfer of medical studies between the client 110 and server 120 devices.  As used herein, "medical studies" include non-image information (*e.g.*, a patient's name and/or hospital identification, a physician's diagnosis, etc.) and digital medical images (*i.e.*, digital images that are generated by

15    medical imaging equipment).

The client device 110 of Figure 1 comprises a client application 115 coupled with a user interface 135 and a display 140.  The client application 115 comprises a request sending routine 123 for sending a request for a particular medical study to a server application 165 in the server device 120, a digital medical image display routine

20    125 for displaying an image on the display 140, and a user interface driver 130 for accepting commands from the user interface 135.  The server device 120 of Figure 1 comprises a server application 165 and a medical studies storage device 175, which can store image and non-image data.  The server application 165 comprises a medical study location routine 167, which locates the requested medical study, and a digital

25    medical image sending routine 170, which automatically sends the client application 115 a digital medical image associated with the requested study.  It is preferred that these routines be implemented with software and that the client 110 and server 120 devices comprise the necessary hardware components (such as a CPU) to run the software.  It is also preferred that an AEGIS™ Medical Imaging Review Station and

30    an AEGIS™ Study Repository Server from Acuson Corporation be used as the client 110 and server 120 devices, respectively.

4

SM030968

EXHIBIT D
52

4

The client-server system 100 of Figure 1 can be used in a method for accessing and displaying a digital medical image. As shown in the flow chart of Figure 2, this method comprises the steps of sending a request for a particular medical study from the client application 115 to the server application 165 (step 210), using the server

5    application 165 to automatically send the client application 115 a digital medical image associated with the requested study (step 220), and using the client application 115 to display the retrieved digital medical image (step 230). The steps of this method will be described in more detail below.

First, a user enters information identifying a particular medical study using the

10   user interface 135, which provides the information to the client application 115 via the user interface driver 130. This information can be in the form of, for example, a study accession number (*i.e.*, a string of alpha-numeric characters that is typically generated by a hospital's medical information system to uniquely identify a particular medical study). With the provided information, the client application 115 (using the request

15   sending routine 123) sends a request for the desired medical study to the server application 165 (step 210). The medical study location routine 167 searches the non-image data stored in the storage device 175 to locate the requested medical study. The server application 165 (using the digital medical image sending routine 170) then automatically sends the client application 115 a digital medical image associated with

20   the requested study (step 220). In one alternative, the server application 165 sends the associated image to the client application 115 upon receiving the request of step 210. In another alternative, upon receiving the request of step 210, the server application 165 sends the client application 115 information about where the associated image is located (*e.g.*, in the storage device 175 of the server device 120 or in another storage

25   location). In contrast to the information that is provided by the user, the location information does not identify a particular medical study; it merely identifies the location of an image associated with the study. The client application 115 then automatically (*i.e.*, without user action) sends another request to the server application 165 to retrieve the image from the location and send it to the client application 115.

30   Once the client application 115 receives the image, the digital medical image display routine 125 automatically presents the image to the user on the display 140 (step 230).

SM030969

EXHIBIT D
53

5

In contrast to the conventional method described in the Background section, the method of this preferred embodiment requires the user to take only one action, namely to provide the client application with information that will identify a particular medical study. This single request triggers the automatic delivery and display of the desired image. Further, the identifying information in the triggering request is not provided by the server application (*e.g.*, from a list generated by the server application), but is provided by the user. Additionally, the request is the only request sent from the client application during the accessing-and-displaying process that identifies the desired medical study. In contrast, the conventional method requires at least two actions from the user. First, the user must provide information that will identify a patient and/or study. Then, after receiving a list of relevant studies, the user must select a study from this list. It is only in response to this second action (the selection step) that the server application provides the image to the client application. Even if the user enters information sufficient to identify one particular study in the first request, he is still required to take the second action of selecting the study from a list (here, the list would comprise only one study).

There are several advantages associated with the method of this preferred embodiment. First, because only one action is required from the user (*i.e.*, providing identification information to the client application), there are fewer steps needed for a user to request and receive the desired image, thereby facilitating the accessing-and-display process. Additionally, because the user is not required to make a second selection from a list of studies, the risk of mistakenly selecting an undesired study is eliminated.

As discussed above, the user interface 135 provides the client application 115 with information that will identify a particular medical study. The user interface 135 can be a keyboard or an automatic information reader. If the user interface 135 is a keyboard, a user must manually enter identification information. To make the process more efficient and to eliminate typographical errors, an automatic information reader can be used as a user interface 135. For example, Figure 3 shows a client-server system 300 in which a bar-code reader 335 is included in the user interface. With such a system 300, a user uses the bar-code reader (which can be, for example, a free-standing or wand device) to read a bar-code image that contains information needed to

08991748 . 121697

6

identify a particular medical study. In this way, the only action required to request an image is scanning a bar code with the reader 335. The bar-code reader software driver 330 translates the bar-code image into a form (preferably ASCII characters) that the request sending routine 323 can use in its request to the server application 365.

5        There are several advantages associated with using a bar-code reader as a user interface. Replacing manual data entry eliminates the risk of typographical errors. Also, because a user merely needs to pass a bar code under a reader to request an image, the user does not need system-specific knowledge about the image management system, such as how to manually enter search criteria. In addition to facilitating the

10       access-and-display process, this also reduces the amount of time required to locate and display digital medical images. Further, because a bar-code reader is easy to use, the amount of time needed to train clinical staff is reduced.

         Additionally, a client-server system that uses a bar-code reader can be easily installed in a modern medical institution. Many medical institutions use bar-codes on

15       medical patient folders in order to quickly read study information into their information systems. The same bar-code information (such as an accession number) on the medical patient folder can be used to identify a particular medical study. As shown in Figure 4, a medical patient folder 400 containing a bar code image 410 can easily be placed under a bar-code reader 420 to read the identifying information from the folder 400.

20       As an alternative to a bar-code reader, other automatic information readers can be used. For example, by using a voice-recognition or sound-communication device, a user can speak the medical study identification information into a microphone. Additionally, a visual-based reading system (such as a digital camera taking a picture of written identification information) can be used. As with a bar-code reader, any of

25       these alternative readers eliminate the risk of typographical errors.

         As described above, a digital medical image is a digital image generated by medical imaging equipment. While in one preferred embodiment the digital medical image is an ultrasound image, other digital medical images can be generated by any of the following modalities: computed radiography, magnetic resonance, angioscopy,

30       color flow Doppler, cystoscopy, diaphanography, echocardiography, fluoresosin angiography, laparoscopy, magnetic resonance angiography, positron emission tomography, single-photon emission computed tomography, x-ray angiography,

SM030971

EXHIBIT D
55

7

computed tomography, nuclear medicine, biomagnetic imaging, culposcopy, duplex Doppler, digital microscopy, endoscopy, fundoscopy, laser surface scan, magnetic resonance spectroscopy, radiographic imaging, thermography, radio fluroscopy, or any combination thereof.

5          It is intended that the foregoing detailed description be understood as an illustration of selected forms that the invention can take and not as a definition of the invention.  It is only the following claims, including all equivalents, that are intended to define the scope of this invention.

SM030972
EXHIBIT D
56

8

What is claimed is:

1.     A method for accessing and displaying a digital medical image, said method comprising the steps of:

5          (a)     sending a request comprising information identifying a medical study from a client application to a server application, said information not being provided by the server application; then

          (b)     using the server application to automatically send the client application a digital medical image associated with said medical study in response to said request; and then

10        (c)     using the client application to display said digital medical image.

2.     A method for accessing and displaying a digital medical image, said method comprising the steps of:

          (a)     sending a user request comprising information identifying a medical study from a client application to a server application, said user request being the only user request sent from the client application during the accessing-and-displaying process to identify said medical study; then

          (b)     using the server application to automatically send the client application a digital medical image associated with said medical study in response to said user request; and then

          (c)     using the client application to display said digital medical image.

3.     The method of claim 1 or 2, further comprising the step of manually providing said information to the client application with a keyboard.

4.     The method of claim 1 or 2, further comprising the step of automatically providing said information to the client application with an automatic information reader.

SM030973

9

5.     The method of claim 1 or 2, further comprising the step of automatically providing said information to the client application with a bar-code reader.

6.     The method of claim 1 or 2, further comprising the step of automatically providing said information to the client application with a digital camera.

7.     The method of claim 1 or 2, further comprising the step of automatically providing said information to the client application with a voice recognition device.

8.     A method for accessing and displaying a digital medical image using a bar-code reader, said method comprising the steps of:

(a)     using a bar-code reader to automatically input information identifying a medical study into a client application; then

(b)     sending a request comprising said information from the client application to a server application; then

(c)     using the server application to automatically send the client application a digital medical image associated with said medical study in response to said request; and then

(d)     using the client application to display said digital medical image.

9.     The method of claim 8, wherein said request is the only request sent from the client application during the accessing-and-displaying process to identify said medical study.

10.     The method of claim 8, wherein step (a) comprises the step of using said bar-code reader to read a bar-code image on a medical chart.

SM030974

**EXHIBIT D**
**58**

10

11.    A method for forming a request for a medical study, said method comprising the steps of:

(a)    using a bar-code reader to read a bar-code image comprising information identifying a medical study; and then

(b)    using a client application, coupled with the bar-code reader, to form a request for a medical study using said information.

12.    The method of claim 11, wherein said request is the only request formed by the client application during a digital medical image accessing-and-displaying process to identify said medical study.

13.    An apparatus for forming a request for a medical study, said apparatus comprising:

a bar-code reader operative to read a bar-code image comprising information identifying a medical study; and

a client device, coupled with the bar-code reader, comprising a client application operative to form a request for a medical study using said information.

14.    The apparatus of claim 13, wherein said request is the only request formed by the client application during a digital medical image accessing-and-displaying process to identify said medical study.

15.    A system for accessing a digital medical image comprising:

a client device comprising a client application;

a server device, coupled with the client device, comprising a server application;

means, included in the client device, for sending a request comprising information identifying a medical study from the client application to the server application, said information not being provided by the server application; and

SM030975

EXHIBIT D
59

11

means, included in the server application, for automatically sending the client application a digital medical image associated with said medical study in response to said request.

5    16.    A system for accessing a digital medical image comprising:

a client device comprising a client application;

a server device, coupled with the client device, comprising a server application;

means, included in the client device, for sending a user request comprising information identifying a medical study from the client application to the server application, said user request being the only user request formed by the client application during the accessing process to identify said medical study; and

means, included in the server application, for automatically sending the client application a digital medical image associated with said medical study in response to said user request.

17.    The invention of claim 15 or 16, further comprising means, included in the client device, for displaying said digital medical image.

18.    The invention of claim 15 or 16, further comprising a bar-code reader, coupled with the client device, operative to input said information into the client application.

19.    The invention of claim 15 or 16, further comprising a digital camera, coupled with the client device, operative to input said information into the client application.

20.    The invention of claim 15 or 16, further comprising a voice recognition device, coupled with the client device, operative to input said information into the client application.

SM030976

EXHIBIT D
60

12

21.    A system for accessing a digital medical image using a bar-code reader comprising:

a client device comprising a client application;

a bar-code reader, coupled with the client application, operative to input information identifying a medical study into the client application;

a server device, coupled with the client device, comprising a server application;

means, included in the client device, for sending a request comprising said information from the client application to the server application; and

means, included in the server application, for automatically sending the client application a digital medical image associated with said medical study in response to said request.

22.    The invention of claim 21, wherein said request is the only request formed by the client application during the accessing process to identify said medical study.

23.    The invention of claim 21 further comprising means, included in the client device, for displaying said digital medical image.

24.    The invention of claim 1, 2, 8, 11, 13, 15, 16, or 21, wherein said digital medical image comprises an image created by a modality selected from the group consisting of: ultrasound, computed radiography, magnetic resonance, angioscopy, color flow Doppler, cystoscopy, diaphanography, echocardiography, fluoresosin angiography, laparoscopy, magnetic resonance angiography, positron emission tomography, single-photon emission computed tomography, x-ray angiography, computed tomography, nuclear medicine, biomagnetic imaging, culposcopy, duplex Doppler, digital microscopy, endoscopy, fundoscopy, laser surface scan, magnetic resonance spectroscopy, radiographic imaging, thermography, radio fluroscopy, or any combination thereof.

13

25.    The invention of claim 1, 2, 8, 11, 13, 15, 16, or 21, wherein said information comprises a patient accession number.

08991748.121697

14

SM030978

EXHIBIT D
62

Please refer to content
paper # _4_ to
reference the Oath.





SEND A REQUEST FOR A PARTICULAR MEDICAL STUDY FROM THE CLIENT APPLICATION TO THE SERVER APPLICATION

210

USE THE SERVER APPLICATION TO AUTOMATICALLY SEND THE CLIENT APPLICATION A DIGITAL MEDICAL IMAGE ASSOCIATED WITH THE REQUESTED STUDY

220

USE THE CLIENT APPLICATION TO DISPLAY THE RETRIEVED DIGITAL MEDICAL IMAGE

230

FIGURE 2

SM030981

EXHIBIT D

65



Figure 3

SM030982

EXHIBIT D
66



Figure 4

SM030983

EXHIBIT D
67



Figure 1

SM030984

EXHIBIT D
68



FIGURE 2

SM030985

EXHIBIT D
69

0899174B·121697



FIGURE 3

SM030986
EXHIBIT D
70



FIGURE 4

400

410

420

400

0899174&"121697

4

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Effective October 1, 1997 | | Application or Docket Number<br>08991748 |

**CLAIMS AS FILED - PART I**

| FOR | NUMBER FILED<br>(Column 1) | NUMBER EXTRA<br>(Column 2) | SMALL ENTITY<br>TYPE ☐ | | OR | OTHER THAN<br>SMALL ENTITY | |
|---|---|---|---|---|---|---|---|
| | | | RATE | FEE | | RATE | FEE |
| BASIC FEE | | | | 395.00 | OR | | 790.00 |
| TOTAL CLAIMS (25) | 48 minus 20 = | * 28 | x$11= | | OR | x$22= | 616 |
| INDEPENDENT CLAIMS | 8 minus 3 = | * 5 | x41= | | OR | x82= | 410 |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +135= | | OR | +270= | 207 |
| | | | TOTAL | | OR | TOTAL | 2086 |

\* If the difference in column 1 is less than zero, enter "0" in column 2.

**CLAIMS AS AMENDED - PART II**

| AMENDMENT A | | CLAIMS REMAINING AFTER AMENDMENT<br>(Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR<br>(Column 2) | PRESENT EXTRA<br>(Column 3) | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| | Total | * | Minus | ** | = | x$11= | | OR | x$22= | |
| | Independent | * | Minus | *** | = | x41= | | OR | x82= | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +135= | | OR | +270= | |
| | | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| AMENDMENT B | | CLAIMS REMAINING AFTER AMENDMENT<br>(Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR<br>(Column 2) | PRESENT EXTRA<br>(Column 3) | | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| | Total | * | Minus | ** | = | x$11= | | OR | x$22= | |
| | Independent | * | Minus | *** | = | x41= | | OR | x82= | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +135= | | OR | +270= | |
| | | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| AMENDMENT C | | CLAIMS REMAINING AFTER AMENDMENT<br>(Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR<br>(Column 2) | PRESENT EXTRA<br>(Column 3) | | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| | Total | * | Minus | ** | = | x$11= | | OR | x$22= | |
| | Independent | * | Minus | *** | = | x41= | | OR | x82= | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +135= | | OR | +270= | |
| | | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875 (Rev. 8/97)       *U.S. Government Printing Office: 1997 - 430-571/89194       Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

SM030988

**EXHIBIT D**
**72**

## MULTIPLE DEPENDENT CLAIM
### FEE CALCULATION SHEET
#### (FOR USE WITH FORM PTO-875)

| SERIAL NO. | | FILING DATE | |
|---|---|---|---|
| APPLICANT(S) | | | |

**CLAIMS**

| | AS FILED | | AFTER 1st AMENDMENT | | AFTER 2nd AMENDMENT | |
|---|---|---|---|---|---|---|
| | IND. | DEP. | IND. | DEP. | IND. | DEP. |
| 1 | ✓ | | | | | |
| 2 | | | | | | |
| 3 | | 2 | | | | |
| 4 | | 3 | | | | |
| 5 | | 3 | | | | |
| 6 | | 2 | | | | |
| 7 | | 2 | | | | |
| 8 | ✓ | | | | | |
| 9 | | 1 | | | | |
| 10 | | 1 | | | | |
| 11 | ✓ | | | | | |
| 12 | | 1 | | | | |
| 13 | ✓ | | | | | |
| 14 | | 1 | | | | |
| 15 | ✓ | | | | | |
| 16 | ✓ | | | | | |
| 17 | | 2 | | | | |
| 18 | | 2 | | | | |
| 19 | | 2 | | | | |
| 20 | | 2 | | | | |
| 21 | 1 | | | | | |
| 22 | | 1 | | | | |
| 23 | | 1 | | | | |
| 24 | | 8 | | | | |
| 25 | | 8 | | | | |
| 26 | | | | | | |
| 27 | | | | | | |
| 28 | | | | | | |
| 29 | | | | | | |
| 30 | | | | | | |
| 31 | | | | | | |
| 32 | | | | | | |
| 33 | | | | | | |
| 34 | | | | | | |
| 35 | | | | | | |
| 36 | | | | | | |
| 37 | | | | | | |
| 38 | | | | | | |
| 39 | | | | | | |
| 40 | | | | | | |
| 41 | | | | | | |
| 42 | | | | | | |
| 43 | | | | | | |
| 44 | | | | | | |
| 45 | | | | | | |
| 46 | | | | | | |
| 47 | | | | | | |
| 48 | | | | | | |
| 49 | | | | | | |
| 50 | | | | | | |
| TOTAL IND. | 8 | | | | | |
| TOTAL DEP. | 40 | | | | | |
| TOTAL CLAIMS | 48 | | | | | |

| | | * | | * | | * | |
|---|---|---|---|---|---|---|---|
| | | IND. | DEP. | IND. | DEP. | IND. | DEP. |
| 51 | | | | | | | |
| 52 | | | | | | | |
| 53 | | | | | | | |
| 54 | | | | | | | |
| 55 | | | | | | | |
| 56 | | | | | | | |
| 57 | | | | | | | |
| 58 | | | | | | | |
| 59 | | | | | | | |
| 60 | | | | | | | |
| 61 | | | | | | | |
| 62 | | | | | | | |
| 63 | | | | | | | |
| 64 | | | | | | | |
| 65 | | | | | | | |
| 66 | | | | | | | |
| 67 | | | | | | | |
| 68 | | | | | | | |
| 69 | | | | | | | |
| 70 | | | | | | | |
| 71 | | | | | | | |
| 72 | | | | | | | |
| 73 | | | | | | | |
| 74 | | | | | | | |
| 75 | | | | | | | |
| 76 | | | | | | | |
| 77 | | | | | | | |
| 78 | | | | | | | |
| 79 | | | | | | | |
| 80 | | | | | | | |
| 81 | | | | | | | |
| 82 | | | | | | | |
| 83 | | | | | | | |
| 84 | | | | | | | |
| 85 | | | | | | | |
| 86 | | | | | | | |
| 87 | | | | | | | |
| 88 | | | | | | | |
| 89 | | | | | | | |
| 90 | | | | | | | |
| 91 | | | | | | | |
| 92 | | | | | | | |
| 93 | | | | | | | |
| 94 | | | | | | | |
| 95 | | | | | | | |
| 96 | | | | | | | |
| 97 | | | | | | | |
| 98 | | | | | | | |
| 99 | | | | | | | |
| 100 | | | | | | | |
| TOTAL IND. | | | | | | | |
| TOTAL DEP. | | | | | | | |
| TOTAL CLAIMS | | | | | | | |

*MAY BE USED FOR ADDITIONAL CLAIMS OR ADMENDMENTS

SM030989

FORM PTO-1360 (REV. 3-78)

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

EXHIBIT D
73



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING/RECEIPT DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO./TITLE |
|---|---|---|---|
| 08/991,748 | 12/16/97 | ROCK | D    SD50/249 |

```
                                    0292/0327
SPTINS HOFER GILSON & LIONE                           NOT ASSIGNED
P O BOX 10395
CHICAGO IL 60610
                                         2104
```

*#2*

DATE MAILED:

03/27/98

### NOTICE TO FILE MISSING PARTS OF APPLICATION
#### Filing Date Granted

An Application Number and Filing Date have been assigned to this application. The items indicated below, however, are missing. Applicant is given TWO MONTHS FROM THE DATE OF THIS NOTICE within which to file all required items and pay fees required below to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a). If any of items 1 or 3 through 5 are indicated as missing, the SURCHARGE set forth in 37 CFR 1.16(e) of ☐ $65.00 for a small entity in compliance with 37 CFR 1.27, or ☑ $130.00 for a non-small entity, must also be timely submitted in reply to this NOTICE to avoid abandonment.

If all required items on this form are filed within the period set above, the total amount owed by applicant as a ☐ small entity (statement filed) ☑ non-small entity is $ _130.00_

☐ 1. The statutory basic filing fee is:
   ☐ missing.
   ☐ insufficient.
   Applicant must submit $ _____ to complete the basic filing fee and/or file a small entity statement claiming such status (37 CFR 1.27).
☐ 2. Additional claim fees of $ _____, including any multiple dependent claim fees, are required.
   $ _____ for _____ independent claims over 3.
   $ _____ for _____ dependent claims over 20.
   $ _____ for multiple dependent claim surcharge.
   Applicant must either submit the additional claim fees or cancel additional claims for which fees are due.
☑ 3. The oath or declaration:
   ☑ is missing or unexecuted.
   ☐ does not cover the newly submitted items.
   ☐ does not identify the application to which it applies.
   ☐ does not include the city and state or foreign country of applicant's residence.
   An oath or declaration in compliance with 37 CFR 1.63, including residence information and identifying the application by the above Application Number and Filing Date is required.
☐ 4. The signature(s) to the oath or declaration is/are by a person other than inventor or person qualified under 37 CFR 1.42, 1.43 or 1.47.
   A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.
☐ 5. The signature of the following joint inventor(s) is missing from the oath or declaration:
   _____
   An oath or declaration in compliance with 37 CFR 1.63 listing the names of all inventors and signed by the omitted inventor(s), identifying this application by the above Application Number and Filing Date, is required.
☐ 6. A $50.00 processing fee is required since your check was returned without payment (37 CFR 1.21(m)).
☐ 7. Your filing receipt was mailed in error because your check was returned without payment.
☐ 8. The application does not comply with the Sequence Rules.
   See attached "Notice to Comply with Sequence Rules 37 CFR 1.821-1.825."
☐ 9. OTHER:

Direct the reply and any questions about this notice to "Attention: Box Missing Parts."

#### A copy of this notice MUST be returned with the reply.

Customer Service Center
Initial Patent Examination Division (703) 308-1202.

PART 3 - OFFICE COPY

FORM PTO-1533 (REV.9-97)

SM030990

EXHIBIT D
74

I hereby certify that this correspondence is being deposited with the
United States Postal Service as first class mail in an envelope addressed
to Assistant Commissioner for Patents, Washington, D.C. 20231
on _____March 20, 1998_____
                    Date of Deposit

_____Joseph F. Hetz, Esq. - Reg. No. 41,070_____
        Name of Applicant, assignee or
            Registered Representative

_____
                    Signature

Our Case No. 5050/249

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:    )
    )
        David A. Rock et al.   )
    )
Serial No.:    08/991,748   )    Attention:  Manager,
    )    Application Branch
Filed:    December 16, 1997   )
    )
For:    Accessing Stored Ultrasound   )
    Images and Other Digital Medical
    Images

### INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

Pursuant to the obligation under 37 C.F.R. 1.56 and in conformance with 37 C.F.R.
1.97-1.99, Applicants hereby submit references A1 through A4 listed on the attached form
PTO-1449 for consideration by the Examiner.  Copies of the references are enclosed
herewith.

The filing of this Information Disclosure Statement does not constitute an admission
that the information cited herein is, or is considered to be, material to patentability as defined
in 37 C.F.R. Section 1.56(b).  Further, Applicants reserve the right to contest these references
are prior art against the present application, and Applicants do not believe that the disclosure
of these references, even if finally determined to be prior art, anticipates Applicants'

SM030991

EXHIBIT D
75

| FORM PTO-1449 | | SERIAL NO. 08/991,748 | CASE NO. 5050/249 |
|---|---|---|---|
| LIST OF PATENTS AND PUBLICATIONS FOR APPLICANT'S INFORMATION DISCLOSURE STATEMENT (use several sheets if necessary) | | FILING DATE    December 16, 1997 | GROUP ART UNIT |
| | | APPLICANT(S): David A.Rock et al. | |

REFERENCE DESIGNATION          U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS/ SUBCLASS | FILING DATE |
|---|---|---|---|---|---|---|
| TD | A1 | 5,264,684 | 11/23/93 | Weil | 235/375 | |
| TD | A2 | 5,334,851 | 08/02/94 | Good et al. | 250/582 | |
| TD | A3 | 5,418,355 | 05/23/95 | Weil | 235/375 | |
| TD | A4 | 5,597,995 | 01/28/97 | Williams et al. | 235/375 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS/ SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| EXAMINER INITIAL | OTHER ART (Including Author, Title, Date, Pertinent Pages, etc.) |
|---|---|
| | |
| | |
| | |
| | |

| EXAMINER    Thomas H. Dixon | DATE CONSIDERED    5/26/99 |
|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Rev. Feb. 97
C:\PAT'S DATA\Joe\ACUSON\PTO Filings\5050-249 PTO 1449.doc

SM030992

EXHIBIT D
76

## TRANSMITTAL LETTER

| Serial No.<br>08/991,748 | Filing Date<br>December 16, 1997 | Examiner | Case No. 5050/249 |
|---|---|---|---|
| | | | Group Art Unit |

Inventor(s)
David A. Rock et al.

Title of Invention
Accessing Stored Ultrasound Images And Other Digital Medical Images

### TO THE ASSISTANT COMMISSIONER FOR PATENTS

Transmitted herewith is Patent Office Form 1449 (1 Page): Information Disclosure Statement (2 Pages) With Cited Prior Art (4 U.S. Patents): Postcard Receipt.

☐ Small entity status of this application under 37 CFR § 1.27 has been established by verified statement previously submitted.

☐ A verified statement to establish small entity status under 37 CFR §§ 1.9 and 1.27 is enclosed.

☐ Petition for a _____ month extension of time.

☒ No additional fee is required.

☐ The fee has been calculated as shown below:

| | Claims Remaining After Amendment | | Highest No. Previously Paid For | Present Extra | Rate | Small Entity Add'l Fee | or | Rate | Other Than Small Entity Add'l Fee |
|---|---|---|---|---|---|---|---|---|---|
| Total | | Minus | | | x $11 = | | | x $22 = | |
| Indep. | | Minus | | | x $40 = | | | x $80 = | |
| First Presentation of Multiple Dep. Claim | | | | | + $130 = | | | + $260 = | |
| | | | | | total add'l fee | $ | | total add'l fee | $ |

☐ Please charge Deposit Account No. 23-1925 (BRINKS HOFER GILSON & LIONE) in the amount of $_____. A duplicate copy of this sheet is enclosed.

☐ A check in the amount of $_____ to cover the filing fee is enclosed.

☒ The Assistant Commissioner is hereby authorized to charge payment of any additional filing fees required under 37 CFR § 1.16 and any patent application processing fees under 37 CFR § 1.17 associated with this communication or credit any overpayment to Deposit Account No. 23-1925. A duplicate copy of this sheet is enclosed.

☒ I hereby petition under 37 CFR § 1.136(a) for any extension of time required to ensure that this paper is timely filed. Please charge any associated fees which have not otherwise been paid to Deposit Account No. 23-1925. A duplicate copy of this sheet is enclosed.

Respectfully submitted,

Joseph P. Hetz
Registration No. 41,070
Attorney for Applicant(s)

BRINKS HOFER GILSON & LIONE
P.O. BOX 10395
CHICAGO, ILLINOIS 60610
(312) 321-4200

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231, on March 20, 1998.

Date: March 20, 1998    Signature: _____

rev. Jan-97
C:\PAT'S DATA\Joe\ACUSON\PTO Filings\5050-249 IDS Trans.doc

SM030993

EXHIBIT D
77

03-01-0250

| TRANSMITTAL LETTER | | | Case No. 5050/249 |
|---|---|---|---|
| Serial No. 08/991,748 | Filing Date December 16, 1997 | Examiner | Group Art Unit |

Inventor(s)
David A. Rock et al.
Title of Invention
Accessing Stored Ultrasound Images And Other Digital Medical Images

## TO THE ASSISTANT COMMISSIONER FOR PATENTS

☐ Transmitted herewith is Patent Office Form 1449 (1 Page); Information Disclosure Statement (2 Pages) With Cited Prior Art (U.S. Patents); Postcard Receipt.

☐ Small entity status of this application under 37 CFR § 1.27 has been established by verified statement previously submitted.

☐ A verified statement to establish small entity status under 37 CFR §§ 1.9 and 1.27 is enclosed.

☐ Petition for a _____ month extension of time.

☒ No additional fee is required.

☐ The fee has been calculated as shown below:

| | Claims Remaining After Amendment | | Highest No. Previously Paid For | Present Extra | Small Entity | | or | Other Than Small Entity | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Rate | Add'l Fee | | Rate | Add'l Fee |
| Total | | Minus | | | x $11 = | | | x $22 = | |
| Indep. | | Minus | | | x $40 = | | | x $80 = | |
| First Presentation of Multiple Dep. Claim | | | | | + $130 = | | | + $260 = | |
| | | | | | total add'l fee | $ | | total add'l fee | $ |

☐ Please charge Deposit Account No. 23-1925 (BRINKS HOFER GILSON & LIONE) in the amount of $_____. A duplicate copy of this sheet is enclosed.

☐ A check in the amount of $_____ to cover the filing fee is enclosed.

☒ The Assistant Commissioner is hereby authorized to charge payment of any additional filing fees required under 37 CFR § 1.16 and any patent application processing fees under 37 CFR § 1.17 associated with this communication or credit any overpayment to Deposit Account No. 23-1925. A duplicate copy of this sheet is enclosed.

☒ I hereby petition under 37 CFR § 1.136(a) for any extension of time required to ensure that this paper is timely filed. Please charge any associated fees which have not otherwise been paid to Deposit Account No. 23-1925. A duplicate copy of this sheet is enclosed.

Respectfully submitted,

Joseph A. Herz
Registration No. 41,070
Attorney for Applicant(s)

BRINKS HOFER GILSON & LIONE
P.O. BOX 10395
CHICAGO, ILLINOIS 60610
(312) 321-4200

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231, on March 20, 1998.

Date: _____March 20, 1998_____   Signature: _____

rev. Jan-97
C:\PAT'S DATA\Joe\ACUSON\PTO Filings\5050-249 IDS Trans.doc

SM030994

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING/RECEIPT DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO./TITLE |
|---|---|---|---|

087991,748   12/19/97

02292/0327

BRINKS HOFER GILSON & LIONE                    NOT ASSIGNED
P O BOX 10395
CHICAGO IL 60610

2104

DATE MAILED:                                    03/27/98

## NOTICE TO FILE MISSING PARTS OF APPLICATION
### Filing Date Granted

An Application Number and Filing Date have been assigned to this application. The items indicated below, however, are missing. Applicant is given TWO MONTHS FROM THE DATE OF THIS NOTICE within which to file all required items and pay fee required below to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a). If any of items 1 or 3 through 6 are indicated as missing, the SURCHARGE set forth in 37 CFR 1.16(e) of $65.00 for a small entity in compliance with 37 CFR 1.27, or $130.00 for a non-small entity, must also be timely submitted in reply to this NOTICE to avoid abandonment.

If all required items on this form are filed within the period set above, the total amount owed by applicant as a ☐ small entity (statement filed) ☐ non-small entity is $ _____

☐ 1. The statutory basic filing fee is:
   ☐ missing.
   ☐ insufficient.
   Applicant must submit $ _____ to complete the basic filing fee and/or file a small entity statement claiming such status (37 CFR 1.27).

☐ 2. Additional claim fees of $ _____ including any multiple dependent claim fees, are required.
   $ _____ for _____ independent claims over 3.
   $ _____ for _____ dependent claims over 20.
   $ _____ for multiple dependent claim surcharge.
   Applicant must either submit the additional claim fees or cancel additional claims for which fees are due.

☒ 3. The oath or declaration:
   ☒ is missing or unexecuted.
   ☐ does not cover the newly submitted items.
   ☐ does not identify the application to which it applies.
   ☐ does not include the city and state or foreign country of applicant's residence.
   An oath or declaration in compliance with 37 CFR 1.63, including residence information and identifying the application by the above Application Number and Filing Date is required.

☐ 4. The signature(s) to the oath or declaration is/are by a person other than inventor or person qualified under 37 CFR 1.42, 1.43 or 1.47.
   A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.

☐ 5. The signature of the following joint inventor(s) is missing from the oath or declaration:
   _____
   An oath or declaration in compliance with 37 CFR 1.63 listing the names of all inventors and signed by the omitted inventor(s), identifying this application by the above Application Number and Filing Date, is required.

☐ 6. A $50.00 processing fee is required since your check was returned without payment (37 CFR 1.21(m)).

☐ 7. Your filing receipt was mailed in error because your check was returned without payment.

☐ 8. The application does not comply with the Sequence Rules.
   See attached Notice to Comply with Sequence Rules 37 CFR 1.821-1.825.

☐ 9. OTHER: _____

Direct the reply and any questions about this notice to Attention Box Missing Parts.

A copy of this notice MUST be returned with the reply.

Customer Service Center
Initial Patent Examination Division (703) 308-1202

FORM PTO-1533 (REV 3-97)                    PART 2 - COPY TO BE RETURNED WITH RESPONSE

SM030995

EXHIBIT D
79

Case No. 5050/249

## DECLARATION FOR PATENT APPLIC...ON

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled ACCESSING STORED ULTRASOUND IMAGES AND OTHER DIGITAL MEDICAL IMAGES, the specification of which:

☐  is attached hereto.

☐  was filed on December 16, 1997 as Application Serial No. 08/991,748.

☐  and was amended on _____ (if applicable).

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the patentability as defined in Title 37, Code of Federal Regulations, § 1.56(a).

I hereby claim foreign priority benefits under 35 U.S.C. § 119(a)-(d) or § 365(b) of any foreign application(s) for patent or inventor's certificate or § 365(a) of any PCT International application which designated at least one country other than the United States, listed below and have also identified below, by checking the box, any foreign application for patent or inventor's certificate, or PCT International application having a filing date before that of the application on which priority is claimed:

Prior Foreign Application(s)                                                                   Priority Claimed

|  |  |  | ☐ Yes | ☐ No |
|---|---|---|---|---|
| (Number) | (Country) | (Day/Month/Year Filed) | | |

I hereby claim the benefit under 35 U.S.C. § 119(e) of any United States provisional application(s) listed below:

| | |
|---|---|
| (Application Serial No.) | (Filing Date) |

I hereby claim the benefit under 35 U.S.C. § 120 of any United States application(s), or § 365(c) of any PCT International application designating the United States, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States or PCT International application in the manner provided by the first paragraph of 35 U.S.C. § 112, I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR § 1.56 which became available between the filing date of the prior application and the national or PCT International filing date of this application:

|  |  | None |
|---|---|---|
| (Application Serial No.) | (Filing Date) | (Status-patented, pending, abandoned) |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

| | | |
|---|---|---|
| Inventor's Signature | _David A. Rock_ | Date: 5/13/98 |
| Full name of first inventor | David A. Rock | |
| Residence | Ann Arbor, MI | |
| Citizenship | US | |
| Post Office Address | 2350 Green Road, Suite 170, Ann Arbor, MI 48105 | |

| | | |
|---|---|---|
| Inventor's Signature | | Date: 5/17/98 |
| Full name of second joint inventor, if any | Jeffrey S. Hastings | |
| Residence | Los Altos, CA | |
| Citizenship | US | |
| Post Office Address | 754 Jordan Avenue, Los Altos, CA 94022 | |

BRINKS HOFER GILSON & LIONE
P.O. Box 10395
Chicago, IL 60610
(312) 321-4200

C:\PAT'S DATA\Joe\ACUSON\PTO Filings\5050-249 DECL-1.doc

SM030996

EXHIBIT D
80

Case No. 5050/249

Inventor(s):  David A. Rock and Jeffrey S. Hastings

Title:  ACCESSING STORED ULTRASOUND IMAGES AND OTHER DIGITAL MEDICAL IMAGES

## POWER OF ATTORNEY and
## 37 C.F.R. SECTION 3.73(b) RIGHT OF ASSIGNEE TO PROSECUTE

The Specification of the above-identified patent application:

☐ is attached hereto

☒ was filed on <u>December 16, 1997</u> as application Serial No. <u>08/991,748</u>

I hereby revoke all previously granted powers of attorney in the above-identified patent application and appoint the following attorneys to prosecute said patent application and to transact all business in the Patent and Trademark Office connected therewith:

William A. Webb (28,277)    Natalie D. Kadievitch (34,196)    Craig A. Summerfield (37,947)    Joseph F. Hetz (41,070)    Liza K. Toth (31,065)

Please address all correspondence and telephone calls to in care of: <u>William A. Webb</u>

BRINKS HOFER GILSON & LIONE
P.O. BOX 10395
CHICAGO, ILLINOIS 60610
(312) 321-4200

The Undersigned hereby authorizes the U.S. attorneys named herein to accept and follow instructions from LIZA K. TOTH, ESQ., Registration No. 31,065 (415/694-5413), as to any action to be taken in the Patent and Trademark Office regarding this application without direct communication between the U.S. attorney and the undersigned. In the event of a change in the persons from whom instructions may be taken, the U.S. attorneys named herein will be so notified by the undersigned.

ACUSON CORPORATION, a CORPORATION, certifies that it is the assignee of the entire right, title and interest in the patent application identified above by virtue of either:

A. ☒ An assignment from the inventor(s) of the patent application identified above, a copy of which is attached hereto.
OR

B. ☐ An assignment from the inventor(s) of the patent application identified above. The assignment was recorded in the Patent and Trademark Office at Reel _____    Frame _____.
OR

C. ☐ A chain of title from the inventor(s), of the patent application identified above, to the current assignee as shown below:

   1.    From: _____    To: _____
         The document was recorded in the Patent and Trademark Office at Reel_____, Frame_____, or a copy thereof is attached.

   2.    From: _____    To: _____
         The document was recorded in the Patent and Trademark Office at Reel_____, Frame_____, or a copy thereof is attached.

   ☐ Additional documents in the chain of title are listed on a supplemental sheet.

The undersigned has reviewed the assignment or all the documents in the chain of title of the patent application identified above and, to the best of undersigned's knowledge and belief, title is in the assignee identified above.

The undersigned (whose title is supplied below) is empowered to act on behalf of the assignee.

I hereby declare that all statements made herein of my own knowledge are true, and that all statements made on information and belief are believed to be true; and further, that these statements are made with the knowledge that willful false statements, and the like so made, are punishable by fine or imprisonment, or both, under Section 1001, Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

Name:  Charles H. Dearborn

Title:  Vice President, General Counsel and Secretary, ACUSON CORPORATION

Signature: _____    Date: 5/13/98

SM030997

**EXHIBIT D**
**81**

I hereby certify that this correspondence is being deposited
with the United States Postal Service as first class mail in
an envelope addressed to: Assistant Commissioner for Patents,
Washington, D.C. 20231, on May 27, 1998            .
                                           Date of Deposit

Joseph F. Hetz   41,070
Name of applicant, assignee or
Registered Representative

Signature

5/27/98
Date of Signature

Our Case No. 5050/249

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:                    )
                                         )
          David A. Rock                  )
          Jeffrey S. Hastings            )
                                         )
Serial No.:       08/991,748             )    Attention:  Manager,
                                         )    Application Branch
Filed:            December 16, 1997      )    Group Art Unit:  2104
                                         )
For:  ACCESSING STORED ULTRASOUND        )
IMAGES AND OTHER DIGITAL MEDICAL         )
IMAGES                                   )


**COMMUNICATION**

Assistant Commissioner for Patents
Washington, D.C. 20231

Dear Sir:

The filing receipt and the Notice to File Missing Parts for the above-identified

application indicate that the filing fee and additional claim fees have been paid.  However,

Applicants have not submitted a check for these fees nor was explicit authority given to

SM030998

charge Applicants' deposit account. Accordingly, if any additional fees are required, please

charge Applicants' deposit account, otherwise Applicants will assume that all filing fees and

additional claim fees have been received.


Dated:  May 27, 1998                              Respectfully submitted,


                                                  Joseph P. Hetz
                                                  Reg. No. 41,070
                                                  Attorney for Applicants


BRINKS HOFER
  GILSON & LIONE
P.O. Box 10395
Chicago, Illinois 60610
(312) 321-4200

SM030999