| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| | Frederick A. Lorig (Bar No. 057645) |
| 2 | Steven M. Anderson (Bar No. 144014) |
| | 865 South Figueroa Street, 10th Floor |
| 3 | Los Angeles, California 90017-2543 |
| | Telephone: (213) 443-3000 |
| 4 | Facsimile: (213) 443-3100 |
| | |
| 5 | Victoria F. Maroulis (Bar No. 202603) |
| | David T. Pollock (Bar No. 217546) |
| 6 | 555 Twin Dolphin Drive, Suite 560 |
| | Redwood Shores, California 94065-2129 |
| 7 | Telephone: (650) 801-5000 |
| | Facsimile: (650) 801-5100 |
| 8 | |
| | SELTZER CAPLAN McMAHON VITEK |
| 9 | Gerald L. McMahon (Bar No. 36050) |
| | Richard A. Clegg (Bar No. 211213) |
| 10 | 750 B Street, Suite 2100 |
| | San Diego, California 92101 |
| 11 | Telephone: (619) 685-3114 |
| | Facsimile: (619) 685-3100 |
| 12 | |
| | Attorneys for Defendants |
| 13 | GE HEALTHCARE LTD, and GE MEDICAL SYSTEMS |
| | INFORMATION TECHNOLOGIES, INC. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DR SYSTEMS, INC., a California corporation, | ) | CASE NO. 06 CV 0417 B (NLS) |
| Plaintiff, | ) | |
| vs. | ) | |
| FUJIFILM MEDICAL SYSTEMS USA, INC., GE HEALTHCARE LTD., GE MEDICAL SYSTEMS, INC., KONINKLIJKE PHILIPS ELECTRONICS N.V., PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, MCKESSON CORPORATION, AGFA-GEVAERT N.V., AGFA CORPORATION, DYNAMIC IMAGING, LLC, SIEMENS MEDICAL SOLUTIONS USA, INC., SIEMENS CORPORATION, SIEMENS AG AND EASTMAN KODAK COMPANY, | ) | **DECLARATION OF DAVID POLLOCK IN SUPPORT OF DEFENDANTS' OPENING CLAIM CONSTRUCTION BRIEF REGARDING U.S. PATENT NO. 5,452,416** |
| Defendants. | ) | |

I, David Pollock, declare as follows:

1. I am an attorney admitted to practice in the State of California. I am an attorney with the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel for defendants GE Healthcare Ltd. and GE Medical Systems Information Technologies Inc. The statements made in this Declaration are based upon my personal knowledge, and if called as a witness I could testify competently to those matters.

2. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 5,452,416.

3. Attached hereto as Exhibit B is a true and correct copy of Osman Ratib's Article entitled "From PACS to the World Wide Web", Health on the Internet (1995), http://www.hon.ch/Library/papers/ratib.html.

4. Attached hereto as Exhibit C is a true and correct copy of George Wiley's Article entitled "The Prophet Motive: How PACS Was Developed and Sold," 18 _Imaging Economics_ 13 (May 2005).

5. Attached hereto as Exhibit D is a true and correct copy of the File History for U.S. Patent No. 5,452,416.

6. Attached hereto as Exhibit E is a chart collecting the parties' respective positions regarding the claim terms subject to 35 U.S.C. § 112, ¶ 6 that appear in Defendants' Brief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 17th day of January 2007, at Redwood Shores, California.

/s/
David Pollock