# EXHIBIT D
# PART 3 OF 5

SHEET 17/18
HILTON ET AL
1910-02

U7/998550

READ
CURSOR
POSITION

CURSOR
OVER
ANNOTATION — 150
BOX
?

NO

YES

LEFT
CLICK — 151
?

NO

YES

ILLUMINATE BOX
ICON AT CONTROL
PANEL

READ CURSOR
POSITION

CURSOR
IN IMAGE
DISPLAY — 152
CONTAINER
?

NO

YES

LEFT
BUTTON — 153
DOWN
?

NO

YES

INDEX THROUGH — 154
THE ANNOTATION
LIST IN RESPONSE
TO TRACKBALL
MOTION

WHEN LEFT BUTTON IS — 155
UP AND CLICKED AGAIN
DROP ANNOTATION
AT LAST CURSOR
POSITION AND
RESTORE CURSOR
SHAPE

EXIT

FIG. 15

DR000110

PRINT OF DRAWINGS
IS ORIGINALLY FILED

11/098550

SHEET 16/18
HILTON ET AL
1910-02



FIG. 14d

DR000111

07/998550

SHEET 15/18
HILTON ET AL
1910-02



FIG.14c

DR000112

07/998550

SHEET 14/18
HILTON ET AL
1910-02



FIG.14b

DR000113

PRINT OF DRAWINGS
AS ORIGINALLY FILED

07/998550

SHEET 13/18
HILTON ETAL
1910-02



FIG. 14a



SHEET 12/18, HILTON ETAL, 1916-02

FIG. 13

DR000115

PRINT OF DRAWINGS
AS ORIGINALLY FILED

HILTON ET AL
1910-02

07/998550



FI G. 12

PRINT OF DRAWINGS
AS ORIGINALLY FILED

HILTON ET AL
1910-02

07/998550



FIG 11

PRINT OF DRAWINGS
AS ORIGINALLY FILED

1910-02

11/998550



SERIES FORMAT PROCESSING

FIG. 10

DR000118

PRINT OF DRAWINGS
AS ORIGINALLY FILED

TIELON EIWOSL
1910-02

07/998550

FIG. 9

MONITOR CONTROL BLOCK  ~100

| OBJECTS | IMAGES | GRAPHICS |
|---|---|---|
| PRESENTATION AREA | AXIAL T1-1 | ANNOTATION(X,Y) |
| ⋮ | ⋮ | ⋮ |
| CAUTION PANEL STATUS | | OUTLINE SPARES |

~26

MONITOR CONTROL BLOCK  102

| OBJECTS | IMAGES | GRAPHICS |
|---|---|---|
| ⋮ | ⋮ | ⋮ |
| PRESENTATION AREA | AXIAL T2-7 | ARROW1(X,Y) |
| ⋮ | | |

~27

WORKING PALETTE CONTROL BLOCK  103

| OBJECTS | IMAGES | GRAPHICS |
|---|---|---|
| PRESENTATION AREA | AXIAL T1-1 | ANNOTATION(X,Y) |
| PRESENTATION AREA | AXIAL T2-7 | ARROW(X,Y) |
| ⋮ | ⋮ | ⋮ |

~28

GRID POINTER  ~104

PRINT OF DRAWINGS
AS ORIGINALLY FILED

SHEET 7/18, HILTON ET AL, 1910-02



MONITOR  FORMAT PROCESSING

FIG.8

DR000120

07/998550

SHEET 6/18, HILTON ET AL, 1910-02



FIG.7

DR000121

PRINT OF DRAWINGS
AS ORIGINALLY FILED



FIG. 6

F/G. 5

DR000123

07/998550

SHEET 3/18
HILTON ETAL
1910-02



FIG. 4

DR000124



FIG. 3

SHEET 1/18

HILTON ET AL
1910-02



FIG. 1



FIG.2

DR000126



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

#2

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTY DOCKET NO./TITLE |
|---|---|---|---|
| 07/998,550 | 12/30/92 | HILTON | H 001 |

TERRANCE A. MEADOR
BAKER, MAXHAM, JESTER & MEADOR
SYMPHONY TOWERS
750 "B" STREET, STE 2770          0000
SAN DIEGO, CA 92101

DATE MAILED: 02/10/93

## NOTICE TO FILE MISSING PARTS OF APPLICATION
## FILING DATE GRANTED

A filing date has been granted to this application. However, the following parts are missing.

If all missing parts are filed within the period set below, the total amount owed by applicant as a

☐ large entity, ☒ small entity (verified statement filed), is $ 65.00 .

1. ☐  The statutory basic filing fee is: ☐ missing ☐ insufficient. Applicant as a ☐ large entity
   ☐ small entity, must submit $ _____ to complete the basic filing fee and MUST ALSO
   SUBMIT THE SURCHARGE AS INDICATED BELOW.

2. ☐  Additional claim fees of $_____ as a ☐ large entity ☐ small entity, including any required multiple
   dependent claim fee, are required. Applicant must submit the additional claim fees or cancel the additional
   claims for which fees are due. NO SURCHARGE IS REQUIRED FOR THIS ITEM.

3. ☐  The oath or declaration:
   ☐  is missing.
   ☐  does not cover items omitted at time of execution.
   An oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application
   Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED
   BELOW.

4. ☐  The oath or declaration does not identify the application to which it applies. An oath or declaration in
   compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date
   is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

5. ☐  The signature to the oath or declaration is: ☐ missing; ☐ a reproduction; ☐ by a person other than the
   inventor or a person qualified under 37 CFR 1.42, 1.43, or 1.47. A properly signed oath or declaration in
   compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date
   is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW..

6. ☒  The signature of the following joint inventor(s) is missing from the oath or declaration:
   #2, M. REICHER . An oath or declaration listing the names of all inventors and signed by
   the omitted inventor(s), identifying this application by the above Application Number and Receipt Date is
   required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

7. ☐  The application was filed in a language other than English. Applicant must file a verified English translation
   of the application and a fee of $_____ under 37 CFR 1.17(k), unless this fee has already been paid. NO
   SURCHARGE IS REQUIRED FOR THIS ITEM.

8. ☐  A $_____ processing fee is required for returned checks. (37 CFR 1.12 (m)).

9. ☐  Your filing receipt was mailed in error because check was returned without payment.

10. ☐  Other.
   An Application Number and Filing Date have been assigned to this application. The missing parts and fees
   identified above in items 1 and 3-6 must be timely provided ALONG WITH THE PAYMENT OF A
   SURCHARGE of $ 130 for large entities or $ 65 for small entities who have filed a verified
   statement claiming such status. The surcharge is set forth in 37 CFR 1.16(e). Applicant is given ONE
   MONTH FROM THE DATE OF THIS LETTER, OR TWO MONTHS FROM THE FILING DATE of this
   application, WHICHEVER IS LATER, within which to file all missing parts and pay any fees required above
   to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension
   fee under the provision of 37 CFR 1.136(a).

Direct the response to, and any questions about, this notice to ATTENTION: Application Processing
Division, Special Processing and Correspondence Branch.

### *A copy of this notice MUST be returned with response.*

V. Butler

For: Manager, Application Processing Division
(703) 308-1202

FORM PTO-1533 (REV. 3-92)                    **OFFICE COPY**

DR000127

*handwritten: J3 PD 2/11*          *handwritten: $6 - 205 A/N*

*handwritten: #3*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:                    )
                                         )
W.W. Hilton et al                        )
                                         )
Serial No:  07/998,550                   )    Group Art Unit:
                                         )       Unknown
Filed:     December 30, 1992             )
                                         )
For:  AN AUTOMATED SYSTEM AND A          )    Examiner:
      METHOD FOR ORGANIZING,             )       Unknown
      PRESENTING, AND MANIPULATING       )
      MEDICAL IMAGES                     )

RECEIVED

MAR 2 6 1993

APPLICATION DIVISION

Hon. Commissioner of Patents and Trademarks
Washington, D. C.  20231

### TRANSMITTAL OF DECLARATION/POWER OF ATTORNEY

Dear Sir:

In response to the Notice to File Missing Parts of

Application mailed on February 12, 1993, we submit herewith

the following:

I hereby certify that this correspondence
is being deposited with the United States
Postal Service as first class mail in an
envelope addressed to: Commissioner of
Patents and Trademarks, Washington, D.C.
20231, on ___ March 9, 1993

TERRANCE A. MEADOR
(Name)

*signature: Terrance A. Meador*
(Signature)

___ March 9, 1993
(Date of Signature)

060 MC 03/26/93 07998550          1 205     65.00

DR000128

Declaration/Power of Attorney (executed)

Notice to File Missing Parts (Form PTO 1533)


Our check in the amount of $65.00 is enclosed.  Please charge any additional fees or credit any overpayment to Deposit Account 02-0460.  A duplicate of this transmittal is enclosed.

Respectfully submitted,

TERRANCE A. MEADOR
Attorney for Applicant(s)
Registration No. 30,298

BAKER, MAXHAM, JESTER & MEADOR
Symphony Towers
750 "B" Street, Suite 2770
San Diego, California  92101

Telephone:  (619) 233-9004

-2-

DR000129



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APP... | | ATTY DOCKET NO/TITLE |
|---|---|---|---|---|
| 07/998,550 | 12/30/92 | HILTON | N | 901 |

TERRANCE A. MEADOR
BAKER, MAXHAM, JESTER & MEADOR
SYMPHONY TOWERS
750 "B" STREET, STE 2200
SAN DIEGO, CA 92101

DATE MAILED:

## NOTICE TO FILE MISSING PARTS OF APPLICATION
## FILING DATE GRANTED

A filing date has been granted to this application. However, the following parts are missing.

If all missing parts are filed within the period set below, the total amount owed by applicant as a

☐ large entity, ☒ small entity (verified statement filed), is $ _____.

1. ☐  The statutory basic filing fee is: ☐ missing ☐ insufficient. Applicant as a ☐ large entity

☐ small entity, must submit $ _____ to complete the basic filing fee and MUST ALSO
SUBMIT THE SURCHARGE AS INDICATED BELOW.

2. ☐  Additional claim fees of $ _____ as a ☐ large entity ☐ small entity, including any required multiple
dependent claim fee, are required. Applicant must submit the additional claim fees or cancel the additional
claims for which fees are due. NO SURCHARGE IS REQUIRED FOR THIS ITEM.

3. ☐  The oath or declaration:
☐  is missing.
☐  does not cover items omitted at time of execution.

An oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application
Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED
BELOW.

4. ☐  The oath or declaration does not identify the application to which it applies. An oath or declaration in
compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date
is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

5. ☐  The signature to the oath or declaration is: ☐ missing; ☐ a reproduction; ☐ by a person other than the
inventor or a person qualified under 37 CFR 1.42, 1.43, or 1.47. A properly signed oath or declaration in
compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date
is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW..

6. ☒  The signature of the following joint inventor(s) is missing from the oath or declaration:
___R. M._____. An oath or declaration listing the names of all inventors and signed by
the omitted inventor(s), identifying this application by the above Application Number and Receipt Date is
required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

7. ☐  The application was filed in a language other than English. Applicant must file a verified English translation
of the application and a fee of $ _____ under 37 CFR 1.17(k), unless this fee has already been paid. NO
SURCHARGE IS REQUIRED FOR THIS ITEM.

8. ☐  A $ _____ processing fee is required for returned checks. (37 CFR 1.12 (m)).

9. ☐  Your filing receipt was mailed in error because check was returned without payment.

10. ☐  Other.

An Application Number and Filing Date have been assigned to this application. The missing parts and fees
identified above in items 1 and 3-6 must be timely provided ALONG WITH THE PAYMENT OF A
SURCHARGE of $ _____ for large entities or $ _____ for small entities who have filed a verified
statement claiming such status. The surcharge is set forth in 37 CFR 1.16(e). Applicant is given ONE
MONTH FROM THE DATE OF THIS LETTER, OR TWO MONTHS FROM THE FILING DATE of this
application, WHICHEVER IS LATER, within which to file all missing parts and pay any fees required
to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension
fee under the provision of 37 CFR 1.136(a).

Direct the response to, and any questions about, this notice to ATTENTION: Application Processing
Division, Special Processing and Correspondence Branch.

*A copy of this notice MUST be returned with response.*

For: Manager, Application Processing Division
(703) 308-1202

FORM PTO-1533 (REV. 3-92)

torneys Docket No. ___901___

#3

As a below named inventor, I hereby declare that:

my residence, post office address and citizenship are as stated below next to my name; I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled: "AN AUTOMATED SYSTEM AND A METHOD FOR ORGANIZING, PRESENTING, AND MANIPULATING the specification of which                                                         MEDICAL IMAGES"

___ is attached hereto

_X_ was filed on ___December 30, 1992___, as Application Serial No. _07/998,550_, and was amended on _____ (if applicable)

I hereby state that I have reviewed and understand the contents of the above-identified Specification, including the Claims, as amended by any amendment referred to above. I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37 CFR 1.56(a).

I hereby claim foreign priority benefits under Title 35 USC 119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

                                                                      Priority Claimed

| (Number) | (Country) | (Day/Month/Year Filed) | (Yes) | (No) |
|----------|-----------|------------------------|-------|------|
| (Number) | (Country) | (Day/Month/Year Filed) | (Yes) | (No) |

I hereby claim the benefit under Title 35 USC 120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35 USC 112, I acknowledge the duty to disclose material information as defined in Title 37 CFR 1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application.

| (Appln. Serial No.) | (Filing Date) | (Status, i.e. patented, pending, abandoned) |
|---------------------|---------------|---------------------------------------------|
| (Appln. Serial No.) | (Filing Date) | (Status, i.e. patented, pending, abandoned) |

I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and to transact all business in the U. S. Patent and Trademark Office connected therewith ___FRELING E. BAKER (24,078) - MICHAEL H. JESTER (28,022)___
___LAWRENCE A. MAXHAM (24,483) - TERRANCE A. MEADOR (30,298)___
Address all telephone calls to ___TERRANCE A. MEADOR___ at Telephone No. (619) 233-9004 and address all correspondence to ___TERRANCE A. MEADOR___ ; BAKER, MAXHAM, JESTER & MEADOR, Symphony Towers, 750 "B" Street, Suite 2770, San Diego, California, 92101

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

| FULL NAME OF SOLE OR FIRST INVENTOR | INVENTOR'S SIGNATURE | DATE |
|-------------------------------------|----------------------|------|
| WESLEY W. HILTON | | |

| RESIDENCE | CITIZENSHIP |
|-----------|-------------|
| 13068 Via Latina, Del Mar, CA  92014 | USA |

POST OFFICE ADDRESS
13068 Via Latina, Del Mar, CA  92014

over

Attorney's Docket No. 901

Page 2/Declaration/Power of Attorney

FULL NAME OF SECOND JOINT INVENTOR IF ANY    INVENTOR'S SIGNATURE    DATE
MURRAY A. REICHER    2-00

RESIDENCE P.O. Box 3784    CA
15865 Via del Alba, Rancho Santa Fe, CA  92067    CITIZENSHIP
USA

POST OFFICE ADDRESS P.O. Box 3784
15865 Via del Alba, Rancho Santa Fe, CA  92067

FULL NAME OF THIRD JOINT INVENTOR IF ANY    INVENTOR'S SIGNATURE    DATE
DALE SEEGMILLER

RESIDENCE    CITIZENSHIP
618 Camino de Clara, Solana Beach, CA  92075    USA

POST OFFICE ADDRESS
618 Camino de Clara, Solana Beach, CA  92075

FULL NAME OF FOURTH JOINT INVENTOR IF ANY    INVENTOR'S SIGNATURE    DATE

RESIDENCE    CITIZENSHIP

POST OFFICE ADDRESS

FULL NAME OF FIFTH JOINT INVENTOR IF ANY    INVENTOR'S SIGNATURE    DATE

RESIDENCE    CITIZENSHIP

POST OFFICE ADDRESS

DR000132

**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | RECEIPT DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/998,550 | 12/30/92 | HILTON                    W   901 | #4 |

TERRANCE A. MEADOR            03B0
BAKER, MAXHAM, JESTER & MEADOR
SYMPHONY TOWERS
750 "B" STREET, STE 2770                   0000
SAN DIEGO, CA 92101
                                      DATE MAILED:
                                           04/21/93

NOTICE OF INCOMPLETE RESPONSE

Dear Applicant:

Thank you for your response received on _March 12, 1993_.

We regret that the response is incomplete because you did not submit _a Signed Verified Small entity statement at the time of filing - your statement is unsigned_ ~~as required by the Notice to File Missing Parts of the application dated~~ _____.

To prevent **ABANDONMENT** of this application, a complete response is required.

The period for response remains as stated in the Notice to File Missing Parts letters mailed on _Feb 12, 1993_. However, you can obtain EXTENSIONS OF TIME under the provisions of 37 CFR 1.136 by filing a petition accompanied by the appropriate fee (37

... of this notice MUST be included with your response.

Please submit your response to the Special Processing Branch.

Sincerely,

Special Processing and Correspondence Branch
Office of National and International
Application Review
(703) 308-1202

_Enclosed is a small entity statement. Please complete the form and submit. Please return to the office immediately_

PARTS-OFFICE COPY

DR000133

MAIL ROOM
97 MAY 20 1993
PAT. & TRADEMARK OFF

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | RECEIPT DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|

07/998,550   12/30/92   HILTON

*part of #5*

TERRANCE A. MEADOR
BAKER, MAXHAM, JESTER & MEADOR
SYMPHONY TOWERS
"B" STREET STE 2770
SAN DIEGO, CA 92101

DATE MAILED **RECEIVED**

**NOTICE OF INCOMPLETE RESPONSE.**

MAY 20 1993

**APPLICATION DIVISION**

...esponse received on *March 12, 1993*

...ponse is incomplete because you did not
...ntified small entity statement of...
...Notice to File Missing Parts of the application

...nt ABANDONMENT of this application, a complete response is

...onse remains as stated in the Notice to File
...mailed on *Feb-12, 1993*           . However,
...IONS OF TIME under the provisions of 37 CFR
...tion accompanied by the appropriate fee (37

...MUST be included with your response.

...esponse to the Special Processing Branch.

...d Correspondence Branch
...d International

*...Enclosed is Small entity statement. Please complete the*
*... Please ... to the office ...*

DR000134

Applicant or Patent~          Hilton, et al          ~torney's
Serial or Patent No.          07/998,550             ~cket No.:   901
Filed or Issued:  12/30/92    For:  "AN AUTOMATED SYSTEM AND A METHOD FOR ORGANIZING,
~RESENTING, AND MANIPULATING MEDICAL IMAGES"

VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY
STATUS (37 CFR 1.9(f) and 1.27(c)) - SMALL BUSINESS CONCERN

~reby declare that I am
[ ] the owner of the small business concern identified below:
[X] an official of the small business concern empowered to act on
    behalf of the concern identified below:

NAME OF CONCERN      DOMINATOR RADIOLOGY, INC.

I hereby declare that the above identified small business concern qualifies
as a small business concern as defined in 13 CFR 121.3-18, and reproduced in
37 CFR 1.9(d), for purposes of paying reduced fees under section 41(a) and
(b) of Title 35, United States Code, in that the number of employees of the
concern, including those of its affiliates, does not exceed 500 persons.
For purpose of this statement, (1) the number of employees of the business
concern is the average over the previous fiscal year of the concern of the
periods of the fiscal year, and (2) concerns are affiliates of each other
when either, directly or indirectly, one concern controls or has the power
to control the other, or a third party or parties controls or has the power
to control both.

I hereby declare that rights under contract or law have been conveyed to and
remain with the small business concern identified above with regard to the
invention, entitled"AN AUTOMATED SYSTEM AND A METHOD FOR ORGANIZING,  PRESENTING, AND
by inventor(s)  Hilton, et al                      MANIPULATING MEDICAL IMAGES"
described in

     [ ] the specification filed herewith
     [X] Application Serial No. 07/998,550 , filed  December 30, 1992
     [ ] Patent No. _____, issued

If the rights held by the above identified small business concern are not
exclusive, each individual, concern or organization having rights to the
invention is listed below" and no rights to the invention are held by any
person, other than the inventor, who could not qualify an independent
inventor under 37 CFR 1.9(c) or by any concern which would not qualify as a
small business concern under 37 CFR 1.9(d) or a nonprofit organization under
37 CFR 1.9(e).

     *NOTE: Separate verified statements are required from each named
            person, concern, or organization having rights to the invention
            averring to their status as small entities.  (37 CFR 1.27).

FULL NAME    _____
ADDRESS      _____
             [ ] INDIVIDUAL   [ ] SMALL BUS. CONCERN   [ ] NONPROFIT ORGANIZATION

FULL NAME    _____
ADDRESS      _____
             [ ] INDIVIDUAL   [ ] SMALL BUS. CONCERN   [ ] NONPROFIT ORGANIZATION

I acknowledge the duty to file, in this application or patent, notification
of any change in status resulting in loss of entitlement to small entity
status prior to paying, or at the time of paying, the earliest of the issue
fee or any maintenance fee due after the date on which status as a small
entity is no longer appropriate.  (37 CFR 1.28(b)).

I hereby declare that all statements made herein of my own knowledge are
true and that all statements made on information and belief are believed to
be true; and further that these statements were made with knowledge that
willful false statements and the like so made are punishable by fine or
imprisonment, or both, under section 1001 of Title 18 of the United States
Code, and that such willful false statements may jeopardize the validity of
the application, any patent issuing thereon, or any patent to which this
verified statement is directed.

NAME OF PERSON SIGNING      MURRAY A. REICHER, M.D.

TITLE OF PERSON OTHER THAN OWNER      President

ADDRESS OF PERSON SIGNING  15865 Via del Alba, Rancho Santa Fe,  CA  92067

SIGNATURE _____                 . DATE    4-30-93

DR000135

180-216

a/N
#6

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:                )
                                     )
HILTON, ET AL                        )
                                     )
Serial No: 07/998,550                )    Group Art Unit:
                                     )        Unknown
Filed: December 30, 1992             )
                                     )
For: AN AUTOMATED SYSTEM AND A       )    Examiner: Unknown
     METHOD FOR ORGANIZING,          )
     PRESENTING, AND MANIPULATING    )
     MEDICAL IMAGES                  )

Hon. Commissioner of Patents and Trademarks
Washington, D. C.  20231

PETITION FOR EXTENSION OF TIME

Dear Sir:

     Applicants hereby petition for a two (2) month

extension of time to respond to the Notice to File Missing

Parts dated February 12, 1993, from March 12, 1993 to May

12, 1993

I hereby certify that this correspondence
is being deposited with the United States
Postal Service at the rate with class
envelope addressed to the Commissioner of
Patents and Trademarks, Washington D.C.
20231 on    May 4, 1993

TERRANCE A. MEADOR
(Applicant)

*Terrance A. Meador*
(Signature)

May 4, 1993
(Date of Signature)

090 BA 05/24/93 07998550        1 216    180.00 CK

-1-

A check in the amount of $180.00 is enclosed herewith to cover the applicable fee for a two month extension of time as set forth in 37 CFR 1.17(b). Please charge any deficit or credit any excess to our Deposit Account No. 02-0460.

Respectfully submitted,

TERRANCE A. MEADOR
Attorney for Applicant(s)
Registration No. 30,298

BAKER, MAXHAM, JESTER & MEADOR
Symphony Towers
750 "B" Street, Suite 2770
San Diego, California  92101

Telephone:  (619) 233-9004

-2-

DR000137

"PATENT"

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:                    )
                                         )
W.W. HILTON ET AL                        )   Group No.: 2301
                                         )
Serial No.: 07/998,550                   )
                                         )   Examiner: Unknown
Filed:  December 30, 1992                )
                                         )
For:    AUTOMATED SYSTEM AND A           )
        METHOD FOR ORGAINIZING,          )
        PRESENTING, AND MANIPULATING     )
        MEDICAL IMAGES                   )

Commissioner of Patents and Trademarks
Washington, D.C.  20231

Dear Sir:

INFORMATION DISCLOSURE STATEMENT

In satisfaction of their duty of candor and fair dealing, the applicants hereby cite the document listed on the accompanying Form PTO-1449 with respect to the above-identified patent application

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231 on March 23, 1994

TERRANCE A. MEADOR
(Applicant)  Registered

Terrance A. Mead
(Signature)

March 23, 1994
(Date of Signature)

\clare\client\1910-2.IDS

under the provisions of 37 CFR, Sections 1.56, 1.97, and 1.98. The
filing of this Information Disclosure Statement should not be construed
to mean that a search was conducted or that no other material
information, as defined by 37 CFR 1.56, exists. The Examiner is
respectfully requested to make of record this documents if deemed
relevant to the examination of this application.

Respectfully submitted,

TERRANCE A. MEADOR
Registration No. 30,298

BAKER, MAXHAM, JESTER & MEADOR
Symphony Towers
750 "B" Street, Suite 2770
San Diego, California  92101
Phone:  619/233-9004
Fax:    619/544-1246

\clere\client\1910-2.IDS

DR000139

Attached to paper # 11                        SHEET _1_ OF _1_

| Form PTO-1449 | | Docket No.  1810-2 | Application No. 07/998,550 |
|---|---|---|---|
| **INFORMATION DISCLOSURE CITATION IN AN APPLICATION** *(Use Several Sheets If Necessary)* | | Applicant:  W.W. HILTON | |
| | | Filing Date: 12/30/92 | Group Art Unit: ~~2301~~ 2303 |

**U.S. PATENT DOCUMENTS**

| EXAMINER INITIAL | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| *RB* | 5,272,760 | 12/21/93 | Echerer et al | 382 | 6 | 5/29/92 |
| | | | | | | REC... |
| | | | | | | APR 0 6 1994 |
| | | | | | | GROUP 2300 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**OTHER DOCUMENTS** *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | | |
|---|---|---|
| | | |
| | | |
| | | |

| EXAMINER   *R Bayer]* | DATE CONSIDERED   6 Sept 1994 |
|---|---|

EXAMINER:  Initial if citation is considered, whether or not citation is in conformance with MPEP § 609; Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to the applicant.

(2/92 PTO)

\MASTER\OFF_FORMS\GENERAL\IDS.FRM

DR000140



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO |
|---|---|---|---|
| 07/997,550 | 12/30/92 | WILSON | |

EXAMINER

TERRANCE A. MEADOR
BAKER, MAXHAM, JESTER & MEADOR
750 "B" STREET
SYMPHONY TOWERS, SUITE 2770
SAN DIEGO, CA 92101

| ART UNIT | PAPER NUMBER |
|---|---|
| 2303 | 8 |

DATE MAILED: 06/30/94

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

## — WRITTEN RESTRICTION REQUIREMENT ONLY —

☒ This application has been examined    ☐ Responsive to communication filed on _____    ☐ This action is made final.

A shortened statutory period for response to this action is set to expire ____ month(s), ____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned.   35 U.S.C. 133

**Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☐ Notice of References Cited by Examiner, PTO-892.    2. ☒ Notice re Patent Drawing, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449.    4. ☐ Notice of Informal Patent Application, Form PTO-152.
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.    6. ☐ _____

**Part II    SUMMARY OF ACTION**

1. ☒ Claims _____ 1 – 9 _____ are pending in the application.

   Of the above, claims _____ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☐ Claims _____ are rejected.

5. ☐ Claims _____ are objected to.

6. ☒ Claims _____ 1 – 9 _____ are subject to restriction or election requirement.

7. ☒ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. ☐ Formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings
   are ☐ acceptable. ☐ not acceptable (see explanation or Notice re Patent Drawing, PTO-948).

10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____ has (have) been ☐ approved by the
    examiner. ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed on _____, has been ☐ approved. ☐ disapproved (see explanation).

12. ☐ Acknowledgment is made of the claim for priority under U.S.C. 119. The certified copy has ☐ been received ☐ not been received
    ☐ been filed in parent application, serial no. _____; filed on _____.

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in
    accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

**EXAMINER'S ACTION**

PTOL-326 (Rev. 9-89)

Serial Number: 07/998,550                                          -2-
Art Unit: 2303

1.       Restriction to one of the following inventions is
required under 35 U.S.C. 121:

         Group I.  Claims 1 - 2, drawn to a "display system for
presenting images of anatomical structure" which works from "an
image database including a plurality of images of anatomical
structure" "indexed by the patient identification" (exemplary
claim 1), classified in Class 395, subclass 161.

         Group II.  Claims 3 - 9, drawn to "a combination" in
"an interactive computer system" which uses "a first" and "second
bounded display area" with a "cursor" and "icons" (claim 3); or
"selecting" and manipulating "icons" (claim 8), classified in
Class 395, subclass 159.

2.       The inventions are distinct, each from the other
because of the following reasons:

         Inventions I and II are related as subcombinations
disclosed as usable together in a single combination.  The
subcombinations are distinct from each other if they are shown to
be separately usable.  In the instant case, invention I has
separate utility such as operation without the invention II
iconic interface.  Also, the iconic control of invention II can
operate in any environment, not just anatomical imaging as in
invention I.  See M.P.E.P. § 806.05(d).

3.       Because these inventions are distinct for the reasons
given above and have acquired a separate status in the art as
shown by their different classification, the search required for

Serial Number: 07/998,550                                    -3-
Art Unit: 2303

Group I is not required for Group II, and have acquired a
separate status in the art because of their recognized divergent
subject matter, restriction for examination purposes as indicated
is proper.

4.       A telephone call was made to Mr. Meador on 13 June 1994
to request an oral election to one of the two inventions
described above, but did not result in an election being made.

         Applicant is advised that the response to this
requirement to be complete must include an election of the
invention to be examined even though the requirement be
traversed.

5.       Applicant is reminded that upon the cancellation of
claims to a non-elected invention, the inventorship must be
amended in compliance with 37 C.F.R. § 1.48(b) if one or more of
the currently named inventors is no longer an inventor of at
least one claim remaining in the application.  Any amendment of
inventorship must be accompanied by a diligently-filed petition

DR000143

Serial Number: 07/998,550                                    -4-
Art Unit: 2303

under 37 C.F.R. § 1.48(b) and by the fee required under 37 C.F.R.

§ 1.17(h).

6.       Any inquiry concerning this communication or earlier

communications from the Examiner should be directed to Raymond J.

Bayerl, whose telephone number is (703) 305-9789.  Any inquiry of

a general nature or relating to the status of this application

should be directed to the Group receptionist, whose telephone

number is (703) 305-9600.

RAYMOND J. BAYERL
PRIMARY EXAMINER
ART UNIT 2303
29 June 1994

DR000144

PTO FORM 948
(REV. 7-92)

GROUP 2301

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

ATTACHMENT TO PAPER NUMBER
8

APPLICATION NUMBER
098550

## NOTICE OF DRAFTSPERSON'S PATENT DRAWING REVIEW

THE PTO DRAFTSMEN REVIEW ALL ORIGINALLY FILED DRAWINGS REGARDLESS
OF WHETHER THEY WERE DESIGNATED AS INFORMAL OR FORMAL. ADDITIONALLY, THE PATENT
EXAMINER WILL ALSO REVIEW THE DRAWINGS FOR COMPLIANCE WITH THE REGULATIONS.

The drawings filed _____ 12|30|92 _____

A. ☐ are approved by the draftsperson.

B. ☑ are objected to by the draftsperson under 37 CFR 1.84 for the reason(s) checked below. The examiner will require
submission of new, corrected drawings at the appropriate time. Corrected drawings must be submitted according to the
instructions listed on the back of this Notice.

1. Paper and ink. 37 CFR 1.84(a)

   ☐ Sheet(s)_____Poor.

2. Size of Sheet and Margins. 37 CFR 1.84(b)

   Acceptable Paper Sizes and Margins

| Margin | 8 1/2 by 14 inches | 8 1/2 by 13 inches | DIN size A4 21 by 29.7 cm. |
|--------|--------|--------|--------|
| Top | 2 inches | 1 inch | 2.5 cm. |
| Left | 1/4 inch | 1/4 inch | 2.5 cm. |
| Right | 1/4 inch | 1/4 inch | 1.5 cm. |
| Bottom | 1/4 inch | 1/4 inch | 1.0 cm. |

   ☐ Proper Size Paper Required.
   All Sheets Must be Same Size.
   Sheet(s) _____

   ☑ Proper Margins Required.
   Sheet(s) 1-2, 4-9, 12, 17
   ☑ TOP  ☑ RIGHT
   ☐ LEFT  ☐ BOTTOM

3. Character of Lines. 37 CFR 1.84(c)

   ☑ Lines Pale or Rough and Blurred
   Fig(s) 1-2, 6-13, 15

   ☐ Solid Black Shading Not Allowed.
   Fig(s)_____

4. ☐ Photographs Not Approved.

5. Hatching and Shading. 37 CFR 1.84(d)

   ☐ Shade Lines are Required.
   Fig(s) _____

   ☐ Criss-Cross Hatching Not Allowed.
   Fig(s) _____

   ☐ Double Line Hatching Not Allowed.
   Fig(s) _____

   ☐ Parts in Section Must be Hatched.
   Fig(s) _____

6. Reference Characters. 37 CFR 1.84(f)

   ☑ Reference Characters Poor or Incorrectly Sized.
   Fig(s) 1-16

   ☐ Reference Characters Placed Incorrectly.
   Fig(s) _____

7. Views. 37 CFR 1.84(i) & (j)

   ☐ Figures Must be Numbered Properly.

   ☐ Figures Must Not be Connected.
   Fig(s) _____

8. ☐ Identification of Drawings. 37 CFR 1.84(1)
   Extraneous Matter or Copy Machine
   Marks Not Allowed. Fig(s) _____

9. ☐ Changes Not Completed from Prior
   PTO-948 dated _____

☐ Comments;
— heave black lines dg (Figs 3-5, 14A-14D, 16)
— Full tone photographs on photographic Sheets req'd
for Figs 3-5, 14A-14D, 16
— Descriptive matters dg (Figs 8, 10)

Telephone inquires concerning this review should be directed to the Chief Draftsperson at telephone number (703) 305-8404.

_____ W. Cale _____ 6/29/93 _____
Reviewing Draftsperson                                    Date

Note: Any objection to the drawings made by the examiner will be communicated separately in an office action.

PTO Copy

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: | ) |
| W.W. HILTON ET AL. | ) |
| | ) Group Art Unit:   2308 |
| SERIAL NO.:  07/998,550 | ) |
| | ) |
| FILED:  DECEMBER 30, 1992 | ) Examiner: Unknown |
| | ) |
| FOR:  AUTOMATED SYSTEM AND A METHOD | ) |
| FOR ORGANIZING, PRESENTING, AND | ) |
| MANIPULATING MEDICAL IMAGES | ) |

Hon. Commissioner of Patents and Trademarks
Washington, D.C. 20231

RECEIVED

JUL 0 5 1994

GROUP 2300

Sir:

## SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

Form PTO-1449 and copies of the references listed are enclosed.  These documents are

based on the International Search Report issued by the European Patent Office in connection with

PCT filing of the subject application.  Please place these references in the file for the Examiner.

Respectfully submitted,

By:   TERRANCE A. MEADOR
     Attorney for Applicant(s)
     Registration No. 30,298

BAKER, MAXHAM, JESTER & MEADOR
Symphony Towers
750 "B" Street, Suite 2770
San Diego, California 92101

Telephone: (619) 233-9004

I hereby certify that this correspondence is
being deposited with the United States Postal
Service as first class mail in an envelope
addressed to: Commisioner of Patents and
Trademarks on:

JUNE 23, 1994

TERRANCE A. MEADOR
(Applicant, Assignee, Registered
Representative)

(Signature)

JUNE 23, 1994
(Date of Signature)

\ATTY\TAM\PTO\DOMINAT2.P01