# EXHIBIT D
# PART 4 OF 5

Attached to paper   #11                    SHEET _1_ OF _1_

| Form PTO-1449 | | | | | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE CITATION IN AN APPLICATION** *(Use Several Sheets If Necessary)* | | | Docket No. 901 | | Application No. 07/998,550 |
| | | | Applicant:  W.W. HILTON ET AL. | | |
| | | | Filing Date: DEC. 30, 1992 | | Group Art Unit 2301  2303 |

**U.S. PATENT DOCUMENTS**

| EXAMINER INITIAL | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE- IF APPROPRIATE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | RECEIVED |
| | | | | | | JUL 0 5 1994 |
| | | | | | | GROUP 2300 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**OTHER DOCUMENTS** *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | | |
|---|---|---|
| RB | | INTERNATIONAL SEARCH REPORT, issued by European Patent Office, June 17, 1994, 3 sheets. (cited references below) |
| RB | | PROCEEDINGS OF THE 12TH ANNUAL INTERNATIONAL CONFERENCE OF THE IEEE ENGINEERING IN MEDICINE AND |
| | | BIOLOGY SOCIETY, IEEE PRESS NEW YORK, US, vol. 1/5, 1 November 1990, Philadelphia, Pennsylvania, US, pages 219-220, |
| RB | | VISUAL COMPUTER, SPRINGER VERLAG, vol. 4, no. 2, 1988, Germany, pages 98-108. |
| RB | | SIGBIO NEWSLETTER, vol. 12, no. 1, February 1992, New York, US, pages 10-22, XP000355120 |

| EXAMINER  R Bayer | DATE CONSIDERED  6 Sept 1994 |
|---|---|

EXAMINER: Initial if citation is considered, whether or not citation is in conformance with MPEP § 609; Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to the applicant.

(2/92 PTO)

\ATTY\TAM\PTO\DOMINAT2.IO2

DR000147

INTERNATIONAL SEARCH REPORT

International Application No

PCT/US 93/12580

| A. CLASSIFICATION OF SUBJECT MATTER |
|---|
| IPC 5   G06F15/42 |

According to International Patent Classification (IPC) or to both national classification and IPC

| B. FIELDS SEARCHED |
|---|
| Minimum documentation searched (classification system followed by classification symbols) |
| IPC 5   G06F |

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practical, search terms used)

| C. DOCUMENTS CONSIDERED TO BE RELEVANT | | |
|---|---|---|
| Category * | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
| X | PROCEEDINGS OF COMPUTER-BASED MEDICAL SYSTEMS, IEEE COMPUTER SOCIETY PRESS NEW YORK US 14 June 1992 , DURHAM NORTH CAROLINA US pages 138 - 146 XP000308270 J.A.SANDERS ET AL 'DESIGN AND IMPLEMENTATION OF A CLINICAL MSI WORKSTATION' see page 140, line 10 - page 141, line 5 | 1-5,8,9 |
| Y | see page 142, line 36 - page 144, line 8 | 6,7 |
| | -/-- | |

[X] Further documents are listed in the continuation of box C.    [ ] Patent family members are listed in annex.

* Special categories of cited documents :

"A" document defining the general state of the art which is not considered to be of particular relevance

"E" earlier document but published on or after the international filing date

"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O" document referring to an oral disclosure, use, exhibition or other means

"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone

"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.

"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 6 June 1994 | 17. 06. 94 |

| Name and mailing address of the ISA | Authorized officer |
|---|---|
| European Patent Office, P.B. 5818 Patentlaan 2 NL - 2280 HV Rijswijk Tel. (+ 31-70) 340-2040, Tx. 31 651 epo nl, Fax: (+ 31-70) 340-3016 | Barba, M |

Form PCT/ISA/210 (second sheet) (July 1992)

1

page 1 of 2

DR000148

PATENT COOPERATION TREATY

# PCT

INTERNATIONAL SEARCH REPORT

(PCT Article 18 and Rules 43 and 44)

| Applicant's or agent's file reference<br>**1910-02** | **FOR FURTHER ACTION** | see Notification of Transmittal of International Search Report<br>(Form PCT/ISA/220) as well as, where applicable, item 5 below. | |
|---|---|---|---|
| International application No.<br>**PCT/US 93/ 12580** | International filing date(*day/month/year*)<br>27/12/93 | (Earliest) Priority Date (*day/month/year*)<br>30/12/92 | |
| Applicant<br>**DOMINATOR RADIOLOGY, INC. et al.** | | | |

This international search report has been prepared by this International Searching Authority and is transmitted to the applicant according to Article 18. A copy is being transmitted to the International Bureau.

This international search report consists of a total of ____3____ sheets.

[X] It is also accompanied by a copy of each prior art document cited in this report.

1. [ ] Certain claims were found unsearchable (see Box I).

2. [ ] Unity of invention is lacking (see Box II).

3. [ ] The international application contains disclosure of a nucleotide and/or amino acid sequence listing and the international search was carried out on the basis of the sequence listing

     [ ] filed with the international application.

     [ ] furnished by the applicant separately from the international application,

         [ ] but not accompanied by a statement to the effect that it did not include matter going beyond the disclosure in the international application as filed.

     [ ] Transcribed by this Authority

4. With regard to the title, [X] the text is approved as submitted by the applicant.

     [ ] the text has been established by this Authority to read as follows:

5. With regard to the abstract, [X] the text is approved as submitted by the applicant.

     [ ] the text has been established, according to Rule 38.2(b), by this Authority as it appears in Box III. The applicant may, within one month from the date of mailing of this international search report, submit comments to this Authority.

6. The figure of the drawings to be published with the abstract is:

     Figure No. __2__ [ ] as suggested by the applicant.      [ ] None of the figures.

     [X] because the applicant failed to suggest a figure.

     [ ] because this figure better characterizes the invention.

Form PCT/ISA/210 (first sheet) (July 1992)

DR000149

INTERNATIONAL SEARCH REPORT

International Application No
PCT/US 93/12580

C.(Continuation) DOCUMENTS CONSIDERED TO BE RELEVANT

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| Y | PROCEEDINGS OF THE 12TH ANNUAL INTERNATIONAL CONFERENCE OF THE IEEE ENGINEERING IN MEDICINE AND BIOLOGY SOCIETY, IEEE PRESS NEW YORK US vol. 1/5 , 1 November 1990 , PHILADELPHIA PENNSYLVANIA US pages 219 - 220 XP000239502 YONGMIN KIM ET AL 'A NEXT-BASED HIGH PERFORMANCE IMAGE COMPUTING WORKSTATION FOR BIOMEDICAL APPLICATIONS' see page 219, right column, line 37 - page 220, left column, line 29 | 6,7 |
| A | see page 220, left column, line 34 - line 47 --- | 1-5,8,9 |
| A | VISUAL COMPUTER, SPRINGER VERLAG vol. 4, no. 2 , 1988 , GERMANY pages 98 - 108 MOHAMMED ERRADI ET AL 'VISUAL INTERACTION USING AN ICONIC SYSTEM' see page 99, left column, line 42 - page 101, left column, line 18 --- | 1-9 |
| A | SIGBIO NEWSLETTER vol. 12, no. 1 , February 1992 , NEW YORK US pages 10 - 22 XP000355128 M.D.DOYLE 'PALETTE SEGMENTATION INDEXING: ZHE METAMAP PROCESS' see page 20, right column, line 35 - page 21, left column, line 27 ----- | 1-9 |

1

Form PCT/ISA/210 (continuation of second sheet) (July 1992)

DR000150

FORM PTO 1083        DOCKET NO. __1910-2__
                Da _____August 1, 1994__

In re application of: W.W. Hilton et al
Serial No: 07/998,550
Filed: December 30, 1992
For: "AUTOMATED SYSTEM AND A METHOD FOR ORGANIZING, PRESENTING, AND MANIPULATING MEDICAL IMAGES"

THE COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C.  20231

Sir:

Transmitted herewith is an amendment in the above-identified application.

[XX] Small entity status of this application under 37 CFR 1.19 and 1.27 has been established by a verified statement previously submitted.

[  ] A verified statement to establish small entity status under 37 CFR 1.9 and 1.27 is enclosed.

[  ] No additional fee is required.

The fee has been calculated as shown below:

| | (Col. 1)<br>CLAIMS<br>REMAINING<br>AFTER<br>AMENDMENT | (Col. 2)<br>HIGHEST<br>NUMBER<br>PREVIOUSLY<br>PAID FOR | (Col. 3)<br>PRESENT<br>EXTRA | SMALL ENTITY<br>RATE | SMALL ENTITY<br>ADDL.<br>FEE | OTHER THAN A<br>SMALL ENTITY<br>RATE | OTHER THAN A<br>SMALL ENTITY<br>ADDL.<br>FEE |
|---|---|---|---|---|---|---|---|
| TOTAL CLAIMS | * 22 MINUS** 20 = | | 2 | x11= $____ | | x 22 = | $ 22 |
| INDEP. CLAIMS | * 4 MINUS*** 4 = | | ____ | x 37= $____ | | x 74 = | $____ |
| [  ] FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +115 = $____ | | + 230 = | $____ |
| | | | TOTAL ADDL FEE | $____ | | TOTAL ADDL FEE | $ 22 |

* If the entry in Col. 1 is less than the entry in Col. 2, write "0" in Col. 3

** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, write "20" in this space.

*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, write "3" in this space.

The "Highest Number Previously Paid For" (Total or Independent) is the highest number found from the equivalent box in Col. 1 of a prior amendment or the number of claims originally filed.

[  ] Please charge my Deposit Account No. 02-0460 in the amount of $_____.  A duplicate copy of this sheet is enclosed.

[X] A check in the amount of $ 22.00 is attached.

[X] The Commissioner is hereby authorized to charge payment of the following fees associates with this communication or credit any overpayment to Deposit Account No. 02-0460.  A duplicate copy of this sheet is enclosed.
 [X] Any filing fees under 37 CFR 1.16 for the presentation of extra claims.

 [X] Any patent application processing fees under 37 CFR 1.17.

         _Terrance A. Meador_
         TERRANCE A. MEADOR
         Reg. No.  30,298

BAKER, MAXHAM, JESTER & MEADOR
750 "B" Street, Suite 2770
San Diego, CA  92101



"PATENT"

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:                                )
                                                     )
W.W. HILTON ET AL                                    ) Group No.: 2301
                                                     )
Serial No.: 07/998,550                               )
                                                     ) Examiner: ~~Unknown~~
Filed:  December 30, 1992                             )
                                                     )
For:    AUTOMATED SYSTEM AND A                        )
        METHOD FOR ORGANIZING,                        )
        PRESENTING, AND MANIPULATING                  )
        MEDICAL IMAGES                                )

Commissioner of Patents and Trademarks
Washington, D.C.  20231

Dear Sir:

### AMENDMENT AND ELECTION

This paper is being submitted in response to the Written Restriction Requirement, dated June 30, 1994. The one-month period for response expired on July 30, 1994, a Saturday. This paper is being submitted on August 1, 1994, the first working day following July 30, 1994 and, therefore, is timely.

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope . . . . . . . . . . . . . . . . of Pr . . . . . . . . . . . , D.C. 20 . . . .          August 1, 1994

                TERRANCE A. MEADOR
        (Ty . . .  . . . . . . . )

_Terrance A. Meador_
            (Signature)
        August 1, 1994
        [Date of Signature]

\clare\client\1910-2.amd

IN THE CLAIMS

Claim 1, line 24, please delete "patient" and insert therefor -- group--; and

lines 26 and 28, please insert --means-- directly after "container".

Claim 2, line 16, please delete "patient" and insert therefor -- group--.

Please cancel Claims 3-9.

Please add the following claims.

2   10.   (ADDED) The computer display system of Claim 1, further including:

a palette display container means for presenting a

4   plurality of presentation areas in an array; and

means coupled to the first and second display container

6   means for selecting an image of an image series displayed in the first or second display container means and reproducing the

8   selected image in a presentation area of the palette display container means.

11.   (ADDED) The computer display system of Claim 1,

2   wherein each group identification names a respective image group and includes an identification of a patient whose anatomy is illustrated by

4   the image group, the means for displaying being responsive to an identification of a patient in a group identification for displaying an

6   image series of the image group indexed by the group identification.

12.   (ADDED) The computer display system of Claim 11,

2   wherein each group identification further includes identification of a referring physician.

13.   (ADDED) The computer display system of Claim 12,

2          further including:

                     a table data structure listing a plurality of identifications

4          of referring physicians, and indexing to each identification of a

           referring physician one or more image output functions; and

6                    means responsive to identification of a referring physician

           in a group identification for producing an image output by

8          executing one or more image output functions indexed by the

           table data structure to the identification of the referring

10         physician.

           14.    (ADDED) The computer display system of Claim 1,

2          further including:

                     a table data structure listing a plurality of physician

4          identifiers, each physician identifier identifying an examining

           physician, each physician identifier including respective fields

6          for specifying:

                           a mode of image series presentation;

8                          a rectangular array format; and

                           rectangular array dimensions;

10                 means for enabling a user to provide a physician

           identifier; and

12                 in the means for displaying, respective means for:

                           presenting an image series in a mode specified by

14         a physician identifier;

                           means for presenting rectangular arrays in the first

16         and second display containers in a format specified by

           the physician identifier; and

18                         means for presenting the rectangular arrays in

           dimensions specified by the physician identifier.

\clare\client\1910-2.amd                        3

15.   (ADDED) The computer display system of Claim 2,

2   further including:

a palette display container means for presenting a

4   plurality of presentation areas in an array; and

means coupled to the first and second display container

6   means for selecting an image of an image series displayed in the

first or second display container means and reproducing the

8   selected image in a presentation area of the palette display

container means.

16.   (ADDED) The computer display system of Claim 2,

2   wherein each group identification names a respective image group and

includes an identification of a patient whose anatomy is illustrated by

4   the image group, the means for displaying being responsive to an

identification of a patient in a group identification for displaying an

6   image series of the image group indexed by the group identification.

17.   (ADDED) The computer display system of Claim 16,

2   wherein each group identification further includes identification of a

referring physician.

18.   (ADDED) The computer display system of Claim 17,

2   further including:

a table data structure listing a plurality of identifications

4   of referring physicians, and indexing to each identification of a

referring physician one or more image output functions; and

6   means responsive to identification of a referring physician

in a group identification for producing an image output by

8   executing one or more image output functions indexed by the

table data structure to the identification of the referring

10   physician.

\clare\client\1910-2.amd                    4

19.   (ADDED) The computer display system of Claim 2, further including:

    a table data structure listing a plurality of physician identifiers, each physician identifier identifying an examining physician, each physician identifier including respective fields for specifying:

        a mode of image series presentation;

        a rectangular array format; and

        rectangular array dimensions;

    means for enabling a user to provide a physician identifier; and

    in the means for displaying, respective means for:

        presenting an image series in a mode specified by a physician identifier;

        means for presenting rectangular arrays in the first and second display containers in a format specified by the physician identifier; and

        means for presenting the rectangular arrays in dimensions specified by the physician identifier.

20.   (ADDED) A system for presenting images of anatomical structure and the like for examination by an examining physician, including:

    at least one display container means for presenting a display area subdivided into a plurality of presentation areas in a predetermined array;

    an image database including a plurality of images of anatomical structures, the images being separated into image groups, in which:

\clare\client\1910-2.amd                          5

10            each image group is indexed by a unique group
        identification; and

12            each image group is partitioned into one or more
        ordered image series, each ordered image series including

14        a succession of images which illustrate incrementally
        registered aspects of an anatomical target, each image

16        series being ordered by assignment to each image in the
        image series of a numerical position in a respective

18        monotomically changing sequence;
        means for receiving a group identification; and

20        means connected to the means for receiving, to the
        image database and to the at least one display container means

        and responsive to a group identification for retrieving at least
22        one image series of an image group indexed by the group

24        identification and for displaying the at least one image series in
        one or more presentation areas of the plurality of presentation

26        areas.

        21.    (ADDED) The system of Claim 20, further including:

2            means for specifying a mode of image series
        presentation, in which a first mode is a monitor mode and a

4        second mode is a series mode; and
            the means for retrieving and displaying including means

6        for ordering the display of the at least one image series in
        response to mode specification by:

8                displaying the at least one image series in the order
        of its respective sequence in the at least one display

10        container means such that each presentation area of the
        at least one display container means includes no more

\clare\client\1910-2.amd                    6

DR000157

12   than one image, in response to designation of the monitor mode; and

14   displaying the at least one image series one image at a time in the order of its respective sequence in a

16   respective presentation area of the plurality of presentation areas, in response to designation of the

18   series mode.

22.   (ADDED) The system of Claim 21, wherein:

2   the at least one display container means includes:

a first display container means for presenting a first plurality of presentation areas in a predetermined array; and

a second display container means for presenting a second plurality of presentation areas in the

8   predetermined array;

the at least one image series includes two or more image

10   series of the image group indexed by the group identification; and

12   the means for retrieving and displaying displays each image series in the order of its respective sequence in a

14   respective display container means such that each presentation area of the respective display container means includes no more

16   than one image, in response to designation of the monitor mode of presentation.

23.   (ADDED) The system of Claim 21, wherein:

2   the at least one image series includes two or more image series of the image group indexed by the group identification;

4   and

the means for retrieving and displaying displays each
6        image series one image at a time in the order of its respective
sequence in a respective presentation area.

24.     (ADDED) The system of Claim 23, further including
2        means for synchronizing the presentation of each image series of the
two or more image series such that whenever the display of one
4        image series of the two or more image series is changed to display a
next image in the order of its respective sequence, each other image
6        series of the two or more image series is correspondingly changed by
the means for displaying.

25.     (ADDED) The system of Claim 20, further including:
2                a palette display container means for presenting a
plurality of presentation areas in an array; and
4                means coupled to the at least one display container
means for selecting an image of an image series displayed in the
6        at least one display container means and reproducing the
selected image in a presentation area of the palette display
8        container means.

26.     (ADDED) A method for presenting images of anatomical
2        structure and the like for examination by an examining physician, the
method being executed on a computer display system including:
4                a display for displaying at least one display container
means subdivided into a plurality of presentation areas in a
6        predetermined array;
                an image database including a plurality of images of
8        anatomical structures; and
                means connected to the image database and to the at
10       least one display container means for retrieving images from the

\clare\client\1910-2.amd                    8

image database and displaying retrieved images in the at least

12   one display container means;

the method including the steps of:

14   providing a plurality of images in the image database;

separating the plurality of images into image groups;

16   indexing each image group by a unique group

identification;

18   partitioning each image group into one or more ordered

image series, each ordered image series including a succession

20   of images which illustrate incrementally registered aspects of an

anatomical target, each image series being ordered by

22   assignment to each image in the image series of a numerical

position in a respective monotonically changing sequence;

24   providing a group identification; and

in response to the group identification, retrieving at least

26   one image series of an image group indexed by the group

identification and displaying the at least one image series in one

28   or more presentation areas of the plurality of presentation areas.

27.   (ADDED) The method of Claim 26, further including:

2   specifying a mode of image series presentation, in which

a first mode is a monitor mode and a second mode is a series

4   mode;

displaying the at least one image series in the order of its

6   respective sequence in the at least one display container means

such that each presentation area of the at least one display

8   container means includes no more than one image, in response

to designation of the monitor mode; and

10   displaying the at least one image series one image at a

DR000160

time in the order of its respective sequence in a respective

12    presentation area of a plurality of presentation areas, in
      response to designation of the series mode.

          28.    (ADDED) The method of Claim 27, further including the

2     steps of:

              displaying a first display container including a first

4     plurality of presentation areas in a predetermined array;

              displaying a second display container including a second

6     plurality of presentation areas in the predetermined array;

              the step of retrieving and displaying including retrieving

8     two or more image series of the image group indexed by the
      group identification; and

              the step of retrieving and displaying including displaying

      each image series in the order of its respective sequence in a

      respective display container means such that each presentation

      area of the respective display container means includes no more

14    than one image, in response to designation of the monitor mode
      of presentation.

          29.    (ADDED) The method of Claim 27, further including the

2     steps of:

              in the step of retrieving and displaying, retrieving two or

4     more image series of the image group indexed by the group
      identification and displaying each image series one image at a

6     time in the order of its respective sequence in a respective
      presentation area.

          30.    (ADDED) The method of Claim 29, further including

2     synchronizing the presentation of each image series of the two or
      more image series such that whenever the display of one image series

\clare\client\1910-2.amd                10

of the two or more image series is changed to display the next image in the order of its respective sequence, each other image series of the two or more image series is correspondingly changed.

## REMARKS

With respect to the Written Restriction Requirement, the applicants hereby provisionally elect the claims of Group I, and provisionally cancel Claims 3-9, comprising Group II.

The applicants hereby traverse the requirement for restriction on the basis that the "means ... for displaying ..." in each of Claims 1 and 2 may include the subject matter of Claims 3-9. As described and illustrated in detail in the Specification of this patent application, the combinations of Claims 3-9 are preferably embodied in a computer display system for manipulating visual objects of the system. Further, as the Examiner points out, the inventions are so closely classified that they are in the same Class (Class 395), and are allocated to closely related subclasses of the Class. Therefore, the respective inventions embrace closely-related subjects that could be examined in a single examination without unduly burdening administration of this application in the U.S. Patent Office. Accordingly, the applicants respectfully request withdrawal of the Requirement.

Should the Examiner agree with the applicants' traversal of the restriction, the Examiner is authorized to ignore the cancellation of Claims 3-9.

DR000162

Claims 11-30, all drawn to systems that present images of anatomical structure have been added to this application.

The applicants now await the first examination.

Respectfully submitted,

TERRANCE A. MEADOR
Registration No. 30,298

BAKER, MAXHAM, JESTER & MEADOR
Symphony Towers
750 "B" Street, Suite 2770
San Diego, California  92101
Phone:  619/233-9004
Fax:    619/544-1246

DR000163



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO |
|---|---|---|---|
| 07/998,550 | 12/30/92 | HILTON | 901 |

EXAMINER

| ART UNIT | PAPER NUMBER |
|---|---|
| 2303 | 11 |

E3H1/0913

TERRANCE A. MEADOR
BAKER, MAXHAM, JESTER & MEADOR
750 "B" STREET
SYMPHONY TOWERS, SUITE 2770
SAN DIEGO, CA 92101

DATE MAILED:

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☒ This application has been examined   ☒ Responsive to communication filed on **5 Aug 1994**   ☐ This action is made final.

A shortened statutory period for response to this action is set to expire **3** month(s), _____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I   THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☒ Notice of References Cited by Examiner, PTO-892.   2. ☐ Notice re Patent Drawing, PTO-948.
3. ☒ Notice of Art Cited by Applicant, PTO-1449. **2 sheets**   4. ☐ Notice of Informal Patent Application, Form PTO-152.
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.   6. ☐ _____

**Part II   SUMMARY OF ACTION**

1. ☒ Claims **1-2, 10 - 30** are pending in the application.

    Of the above, claims _____ are withdrawn from consideration.

2. ☒ Claims **3-9 (non elected invention — traverse noted)** have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☒ Claims **1-2, 10 - 30** are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☒ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. ☐ Formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings are ☐ acceptable. ☐ not acceptable (see explanation or Notice re Patent Drawing, PTO-948).

10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____ has (have) been ☐ approved by the examiner. ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed on _____, has been ☐ approved. ☐ disapproved (see explanation).

12. ☐ Acknowledgment is made of the claim for priority under U.S.C. 119. The certified copy has ☐ been received ☐ not been received ☐ been filed in parent application, serial no. _____ ; filed on _____

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

**EXAMINER'S ACTION**

PTOL-326 (Rev. 9-89)

Serial Number: 07/998,550                              -2-
Art Unit: 2303

1.      Item "R" of the attached form PTO-892 was supplied by
applicant in a stapled copy also containing the pages of the
second reference on the form PTO-1449 accompanying the 27 June
1994 information disclosure statement.  The Sanders et al.
article has been made of record by the Examiner because of its
particular relevance and its citation on the International Search
Report (EPO, 17 June 1994).  It appears that the EPO may have
attached both articles together and applicant may have
inadvertently assumed that the second in sequence was the one
cited in the Report, not the first.

2.      Claims 1 - 2, 10 - 30 are rejected under 35 U.S.C.
§ 112, second paragraph, as being indefinite for failing to
particularly point out and distinctly claim the subject matter
which applicant regards as the invention.

        It is not clear what manner of "system" elements claim
1's "first" and "second container means" (lines 3 - 6) are
intended to be.  This appears to be an attempt to place in
apparatus language form what amounts to a display region of a
possible single display screen.  Note an additional difficulty
along these lines with claim 10's "palette display container
means", as well as the further unclear use of such language in
claims 2, 15, 20, 22, 25, 26.

        Also, as in claim 1, what form of "system" element is
the collection of pure information recited as "an image database"
(line 10)?  Data alone is difficult to envision as part of a

Serial Number: 07/998,550                                    -3-
Art Unit: 2303

"machine".  Note a further problem of this sort with "a table
data structure" (claim 13), as well as the additional
uncertainties of claiming information as parts of machines in
claims 2, 14, 18, 19, 20, 26.

     Finally in claim 1, what does applicant mean by
"anatomical structure and the like" in the preamble?  At lines
9 - 10, it becomes clear that "images of anatomical structure"
only are being archived and retrieved, leaving uncertain what
else "and the like" can mean.  This problem also exists in
remaining independent claims 2, 20, 26.

     In claim 14, "the first and second display containers"
does not have clear antecedent basis in claim 1's "display
container means".  This is also a problem in claim 19, which has
a further antecedent basis uncertainty since parent claim 2 only
recites "at least one display container means".

     As per claim 15, if parent claim 2 can have only one
"display container means", the phrase "first and second display
container means" becomes unclear.

     In claim 20, note the typo "monotomically
[monotonically?]" at line 18, page 6 of the 5 Aug 1994 amendment.

     As per the "monitor mode" and "series mode" of claim
21, applicant apparently intends each of these to be separate
"mode" types.  However, there appears to be no difference between
"each presentation area...includes no more than one image"
("monitor") and "one image at a time...in a respective

Serial Number: 07/998,550                                           -4-
Art Unit: 2303

presentation area" ("series"), since in each case, the display of

a "presentation area", at any given point in time, will contain

just "one image".  Note this lack of distinction in claim 27 as

well.

        It is unclear where claim 26's preamble ends and the

"method" steps begin--recited is "[a] method for presenting

images...including:" a series of apparatus-language elements,

followed by "the method including the steps of:" a series of

method-language elements.  It is not clear whether the "method"

or the "computer display system" includes the first series of

elements.

3.      The following is a quotation of 35 U.S.C. § 103 which

forms the basis for the obviousness rejection set forth in this

Office action:

        A patent may not be obtained though the invention is
        not identically disclosed or described as set forth in
        section 102 of this title, if the differences between
        the subject matter sought to be patented and the prior
        art are such that the subject matter as a whole would
        have been obvious at the time the invention was made to
        a person having ordinary skill in the art to which said
        subject matter pertains.  Patentability shall not be
        negatived by the manner in which the invention was
        made.

        Subject matter developed by another person, which
        qualifies as prior art only under subsection (f) or (g)
        of section 102 of this title, shall not preclude
        patentability under this section where the subject
        matter and the claimed invention were, at the time the
        invention was made, owned by the same person or subject
        to an obligation of assignment to the same person.

4.      This application currently names joint inventors.  In

considering patentability of the claims under 35 U.S.C. § 103,

Serial Number: 07/998,550                                    -5-
Art Unit: 2303

the Examiner presumes that the subject matter of the various
claims was commonly owned at the time any inventions covered
therein were made absent any evidence to the contrary.  Applicant
is advised of the obligation under 37 C.F.R. § 1.56 to point out
the inventor and invention dates of each claim that was not
commonly owned at the time a later invention was made in order
for the Examiner to consider the applicability of potential 35
U.S.C. § 102(f) or (g) prior art under 35 U.S.C. § 103.

5.        Claims 1 - 2, 10 - 30 are rejected under 35 U.S.C.
§ 103 as being unpatentable over Yamada et al. (US #5,235,510) in
view of Cecil et al. (US #5,293,313).

a.        The Independent Claims

          Claim 1's use of "an image database including a
plurality of images of anatomical structure" arranged in "groups"
"indexed by a unique group identification" (also claims 2, 20,
26) is an arrangement for medical image archiving found in Yamada
et al.'s data base 12, which can be queried by a doctor for image
reading who can create a set of examination IDs having the same
patient to make a list (col 7, lines 13 - 35).  The format of
this data base appears in fig 3, which shows a patient ID field.
The imagery in Yamada et al., which can comprise plural
examinations including those from a magnetic resonance image
(MRI) system (col 4, lines 64 - 66), typically consists of
"ordered image series" into which the database entries for a
patient ID are "partitioned" (claims 1, 2, 20, 26), thus showing

DR000168

Serial Number: 07/998,550                                    -6-
Art Unit: 2303

"incrementally registered aspects of an anatomical target".
Yamada et al.'s particular example is of a 4-image <u>conventional</u>
<u>radiograph</u> <u>modality</u>, but with <u>MRI</u>, many more planar sections are
involved, the "image series being ordered by assignment" to
positions in "a respective monotonically changing sequence"
(claims 1, 2, 20, 26).

While Yamada et al. thus allow for physician review of
"anatomical structure" "ordered image series" in "container means
for presenting a first preselected number of substantially
rectangular presentation areas" (see the plural-image display of
fig 13; also col 8, lines 13 - 31), as in claims 1, 2, 20, 26,
even to the point of using "a first" and "second" such "container
means" (claim 1) for <u>both non-read and past images</u> <u>to perform</u>
<u>comparative image reading</u>, Yamada et al. appear to limit their
disclosure to a fixed-format, single-image display on each one of
plural display devices, rather than applicant's "container means"
in which "presentation areas" are arranged "in a substantially
rectangular array" (claims 1, 2, 20, 26).

However, the Cecil et al. <u>medical diagnostic scanner</u>
<u>control system</u>, which can obtain <u>MR scanner</u> images (col 3, lines
4 - 11), envisioned as operating from <u>other medical diagnostic</u>
<u>modalities</u> beyond <u>real time</u> (col 1, lines 6 - 13), such as
downloading stored "image database" contents, provides the
<u>physician or other operator</u> an ability <u>to select various image</u>
<u>display patterns, such as a 4 x 3 array of images, a 2 x 2 array,</u>

DR000169

Serial Number: 07/998,550                                    -7-
Art Unit: 2303

single image, etc. (col 3, lines 16 - 23).  This array format has

an advantage that a plurality of images are displayed

concurrently to facilitate comparative anatomical image review

(col 2, lines 32 - 34).

It would thus have been obvious to a person having

ordinary skill in the art to expand the disclosed display format

of Yamada et al., in which plural images from plural series can

be viewed by a physician using single-image displays of

anatomical, patient-indexed data such as can come from a

tomographic procedure, to include the Cecil et al. flexibly-

formattable array, which is shown to have use in concurrently

viewing a set of such images from a "series" of obtained

tomographic slices, because this affords the user a greater

ability to assimilate information from a given patient, in the

mode of comparing image series for that given patient which both

inventive entities recognize.

b.      The Dependent Claims

Claim 10's additional "palette display container means"

with its own "plurality of presentation areas in an array", for

"reproducing the selected image" from the initial "container

means" (also claims 15, 25) finds analogy in Cecil et al., where

the physician who wants the displayed array of images or any one

of more image of the array transferred to photographic film (col

3, lines 31 - 37) may direct such retention to what by itself may

be seen as "a palette display container means" (reading the

DR000170

Serial Number: 07/998,550                                    -8-
Art Unit: 2303

claims on their own merits), since photographic film as disclosed
is a form of "container" for further "display", as when the
patient's records are reviewed.  Even if the "container means"
has placed upon it an interpretation as another video display,
however, it would have been further obvious to the person having
ordinary skill in the art that the picked images of interest in
Cecil et al. be maintained in digital storage, for retrieval on
their own for CRT display, because Cecil et al. begin with
digital information which must be transformed to film-imaging
signals, but which can also be archived as an additional patient-
identified file as per Yamada et al.

          Claim 11's "group identification" which "includes an
identification of a patient" is clearly shown by Yamada et al.'s
patient ID file in their database, as noted above.  This line of
reasoning also applies to claims 16.  The Yamada et al. database          RB
further includes an identification of an exam. requesting doctor
(fig 9), as in claim 12's "referring physician" (also claim 17).
As per the "table data structure" with "identifications of
referring physicians" being mapped to "one or more image output
functions" (claims 13, 18), such "output" occurring responsive to
designation of "the referring physician", the Yamada et al.
system, in permitting database queries according to patient ID,
also specifies the requesting doctor for any set of images that
doctor may order.  Such a doctor may be interested in only one
modality of the many possible; identifying the patient (and thus

Serial Number: 07/998,550                                    -9-
Art Unit: 2303

the referring physician) will direct a particular form of "image
output".  The Yamada et al. database also contains an indication
of a separate doctor apart from the requesting doctor (fig 10),
as in claim 14's "identifier indentifying an examining physician"          RB
(also claim 19).  In addition to a modality ("mode of image
series presentation") Yamada et al.'s information contains
relevant data in fig 6 such as size of image and matrix size,
which in combination with an array presentation such as Cecil et
al.'s, will yield stored, "physician"-identified information such
as "a rectangular array format" and "dimensions" to be used when
that "physician identifier" is provided to the system by patient
ID selection.

          This "mode of image series presentation" maintained for
a Yamada et al. patient image file will further include, given
the flexible array arrangement of Cecil et al., both of claim
21's "monitor" and "series mode" (also claim 27), in which a
plural-image Cecil et al. array "includes no more than one image"
at each location, while a single-image alternative displays the
"series one image at a time".

          Claim 22 (and also claim 28) adds the claim 1
limitation of "two or more image series" being displayed in
"first" and "second display container means", but such concurrent
display of series is noted above as being known in the art, as
with Yamada et al.'s comparison in plural displays.  In the event
of using one display for a "series", the "monitor mode" of claim

Serial Number: 07/998,550                                          -10-
Art Unit: 2303

21 comes into use.  Claim 23 (and also claim 29) adds a broader
recitation of this display of "two or more image series" "indexed
by the group identification" (as the plural Yamada et al. series
are jointly indexed by their patient ID), with "one image at a
time" display "in the order of its respective sequence in a
respective presentation area" (as Yamada et al. must do in
evaluating more than one series for comparison purposes).  When
Yamada et al. review common-patient series, the claim 24 "means
for synchronizing the presentation of each image series" will be
used to create a meaningful "side-by-side" display; "each other
image series" will be "correspondingly changed" so that the
reviewing physician is observing comparable anatomy in both
images.  This line of reasoning extends to claim 30.

6.       The prior art made of record and not relied upon is
considered pertinent to applicant's disclosure.

         The remaining US patent disclosures cited by the
Examiner relate to accessing collections of acquired anatomical
data so as to create a particular display suited to a user's
needs.

7.       Any inquiry concerning this communication or earlier
communications from the Examiner should be directed to Raymond J.
Bayerl, whose telephone number is (703) 305-9789, and whose
normal working hours are M - F, 6:30 - 3:00 ET.  Any inquiry of a
general nature or relating to the status of this application

DR000173

Serial Number: 07/998,550                                        -11-
Art Unit: 2303

should be directed to the Group receptionist, whose telephone

number is (703) 305-9600.

RAYMOND J. BAYERL
PRIMARY EXAMINER
ART UNIT 2303

7 Sept 1994

TO SEPARATE, HOLD TOP AND BOTTOM EDGES, SNAP–APART AND DISCARD CARBON

| FORM PTO-892<br>(REV. 2-92) | U.S. DEPARTMENT OF COMMERCE<br>PATENT AND TRADEMARK OFFICE | SERIAL NO.<br>07/998,550 | GROUP ART UNIT<br>2303 | ATTACHMENT<br>TO<br>PAPER<br>NUMBER | 8 |
|---|---|---|---|---|---|
| | NOTICE OF REFERENCES CITED | APPLICANT(S)<br>Hilton et al. | | | |

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | A | 4 6 4 2 6 2 1 | 2/1987 | Nemoto et al. | 364 | 413.22X | |
| | B | 5 0 1 9 9 7 6 | 5/1991 | Chiu et al. | 364 | 413.13 | |
| | C | 5 0 9 9 8 4 6 | 3/1992 | Hardy | 364 | 413.13X | |
| | D | 5 2 3 5 5 1 0 | 8/1993 | Yamada et al. | 364 | 413.22X | 11/1991 |
| | E | 5 2 9 3 3 1 3 | 3/1994 | Cecil et al. | 364 | 413.22 | 11/1990 |
| | F | 5 3 1 3 5 6 7 | 5/1994 | Civanlar et al. | 395 | 124 | 6/1991 |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. DWG | PP SPEC. |
|---|---|---|---|---|---|---|---|---|---|
| | L | | | | | | | | |
| | M | | | | | | | | |
| | N | | | | | | | | |
| | O | | | | | | | | |
| | P | | | | | | | | |
| | Q | | | | | | | | |

### OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| * | R | Sanders et al., "Design and Implementation of a Clinical MSI Workstation", Proceedings of Computer-Based Medical Systems, IEEE Computer Society Press, June 1992, pp 138 - 146. |
|---|---|---|
| * | S | |
| | T | |
| | U | |

| EXAMINER<br>R Bayerl | DATE<br>6 Sept 1994 |
|---|---|

BG

* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a).)

DR000175

*435- 217*          *6ʳ² 303*
                        *#72*
RECEIVED             *4-5 95*
95 APR -3 PM 3: 26        *34*
                "PATENT"



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:              )
                                   )
W.W. Hilton et al                  )   Group No.: 2303
                                   )
Serial No.: 07/998,550             )
                                   )   Examiner: R. Bayerl
Filed:  December 30, 1992          )
                                   )
For:    AUTOMATED SYSTEM AND A     )
        METHOD FOR ORGANIZING,     )
        PRESENTING AND             )
        MANIPULATING MEDICAL       )
        IMAGES                     )

CERTIFICATE OF MAILING
37 C.F.R. 1.8
I hereby certify that this correspondence is being deposited with the U.S. Postal Service as First Class Mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231, on the date below:

3/13/95     *Terrance A. Meal*
Date        Signature

Honorable Commissioner of
    Patents and Trademarks
Washington, D.C. 20231

Dear Sir:

PETITION FOR EXTENSION OF TIME

Applicants petition the Commissioner of Patents and Trademarks to extend for THREE (3) months the time to respond to the Office Action dated September 13, 1994, from December 13, 1994 to March 13, 1995.

tam\ssa\RHP-02-30/95 07998550          1 217      435.00 CK

DR000176

Our check in the amount of $435 is enclosed.  Please charge or credit Deposit Account No. 02-0460 any discrepancy in the amount of the fee.  A duplicate copy of this Petition is enclosed.

Respectfully submitted,

TERRANCE. A. MEADOR
Registration No. 30,298

BAKER, MAXHAM, JESTER & MEADOR
Symphony Towers
750 "B" Street, Suite 2770
San Diego, California  92101

Phone: 619/233-9004  Fax: 619/544-1246

tam\pto\1910-2.amd

2

DR000177

#73/B
4-5 ?
60



RECEIVED
95 AFR -3 PM 3: 26
"PATENT"

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: )
)
W.W. Hilton et al ) Group No.: 2303
)
Serial No.: 07/998,550 )
) Examiner: R. Bayerl
Filed:  December 30, 1992 )
)
For:   AUTOMATED SYSTEM AND A )
       METHOD FOR ORGANIZING, )
       PRESENTING AND )
       MANIPULATING MEDICAL )
       IMAGES )

Honorable Commissioner of
     Patents and Trademarks
Washington, D.C. 20231

CERTIFICATE OF MAILING
37 C.F.R. 1.8
I hereby certify that this correspondence is being deposited with
the U.S. Postal Service as First Class Mail in an envelope
addressed to: Commissioner of Patents and Trademarks,
Washington, D.C. 20231, on the date below:

3/13/95          Turance A Mead
Date              Signature

Dear Sir:

AMENDMENT AND REQUEST FOR RECONSIDERATION

A Request for Extension of Time accompanies this paper.

In response to the Office Action dated September 13, 1994,
please amend the above-identified application as follows:

IN THE SPECIFICATION

Page 19, line 20 please insert --in step 94a-- after "contains are
copied".

tam\pto\1910-2.amd

B

DR000178

IN THE CLAIMS

Please cancel claims 11-13, 16-18, 22, and 23 without prejudice.

Please amend claims 1, 2, 10, 14, 15, 19-21, and 24-30 as follows:

*RB*
*11 Apr 1995*

1              1.    (Twice Amended) A computer display system for
2    presenting images of anatomical structure [and the like] for
3    examination, including:
4              monitor means for presenting graphical images;
5              means for displaying a first display container and a
6    second display container [means for presenting] on the monitor
7    means, the first display container including a first preselected
8    number of substantially rectangular presentation areas in a first
9    substantially rectangular array[;], and [a] the second display
10   container [means for presenting] including a second preselected
11   number of substantially rectangular presentation areas in a
12   second substantially rectangular array;
13            at least one data storage device for storing;
14            an image database stored in the at least one data storage
15   device, the image database including a plurality of images of
16   anatomical structure, the images being separated into image
17   groups, in which:
18           each image group is indexed by a unique group
19   identification, wherein each group identification names a
20   respective image group and includes an identification of a
21   patient whose anatomy is illustrated by the image group;
22   and
23           each image group is partitioned into one or more

*B'*

*RB*
*11 Apr 1995*

24      ordered image series, each ordered image series including
25      a succession of images which illustrate incrementally
26      registered aspects of an anatomical target, each image
27      series being ordered by assignment to each image in the
28      image series of a position in a respective monotonically
29      changing sequence; [and]
30      a first table data structure ~~stored in the at least one data~~                    *EB*
31      ~~storage device, the first table storage data structure~~ listing a        11 Apr 1995
32      plurality of referring physician identifiers, each referring
33      physician identifier being indexed from at least one group
34      identification, each referring physician identifier identifying a
35      referring physician and including respective fields specifying
36      output preferences of the identified referring physician for
37      outputting to the identified referring physician images from the
38      monitor means; and                                                          *RB*
39      a second table data structure ~~stored in the at least one~~       11 Apr 1995
40      ~~data storage device, the second table storage data structure~~
41      listing a plurality of diagnosing physician identifiers, each
42      diagnosing physician identifier identifying a diagnosing physician
43      and including respective fields specifying format preferences
44      and mode preferences of the identified diagnosing physician for
45      displaying images on the monitor means; and                                 *RB*
46      application means connected to the monitor means, to       11 Apr 1995
47      the at least one data storage device [image database] and to the
48      means for displaying the first and second display containers
49      [means] and responsive to a user-selected group identification
50      and a diagnosing physician identifier for displaying at least two
51      image series of an image group indexed by the user-selected



DR000180

52  group identification, said application means further for:

53  formatting each image series for display on the

54  monitor means in accordance with format preferences

55  specified in fields of the diagnosing physician identifier;

56  displaying each image series [being displayed] on the

57  monitor means in the order of its respective sequence in

58  a respective display container [means] such that each

59  presentation area of the respective display container

60  [means] includes no more than one image; and

61  outputting images from said at least two image

62  series according to output preferences of a referring

63  physician identified by a referring physician identifier

64  indexed from the user-specified group identification.

1  14. (Twice Amended) A computer display system for

2  presenting images of anatomical structure [and the like] for

3  examination, including:

4  monitor means for presenting graphical images;

5  means for displaying at least one display container on

6  the monitor means [means for presenting] the at least one

7  display container including a preselected number of substantially

8  rectangular presentation areas in a substantially rectangular

9  array; and

10  at least one data storage device for storing:

11  an image database stored in the at least one data storage

12  device, the image database including a plurality of images of

13  anatomical structure, the images being separated into image

14  groups, in which:

15  each image group is indexed by a unique group

tam\pto\1910-2.amd                    4

RB
11 Apr 199

RB
11 Apr 199

31

16    identification, wherein each group identification names a

17    respective image group and includes an identification of a

18    patient whose anatomy is illustrated by the image group;

19    and

20    each image group is partitioned into one or more

21    ordered image series, each ordered image series including

22    a succession of images which illustrate incrementally

23    registered aspects of an anatomical target, each image

24    series being ordered by assignment to each image in the

25    image series of a position in a respective monotonically

26    changing sequence; [and]

27    a first table data structure ~~stored in the at least one data~~

28    ~~storage device, the first table storage data structure~~ listing a

29    plurality of referring physician identifiers, each referring

30    physician identifier being indexed from at least one group

31    identification, each referring physician identifier identifying a

32    referring physician and including respective fields specifying

33    output preferences of the identified referring physician for

34    outputting to the identified referring physician images from the

35    monitor means; and

36    a second table data structure ~~stored in the at least one~~

37    ~~data storage device, the second table storage data structure~~

38    listing a plurality of diagnosing physician identifiers, each

39    diagnosing physician identifier identifying a diagnosing physician

40    and including respective fields specifying format preferences

41    and mode preferences of the identified diagnosing physician for

42    displaying images on the monitor means; and

43    application means connected to the monitor means, to

*Handwritten annotations in right margin (lines 27–28): "RB 11 Apr 1995"; (line 35): "RB 11 Apr 1995"; (line 42): "RB 11 Apr 1995"*

*Handwritten in left margin (lines 27–28): "B¹"*

*Handwritten at bottom left: "37"*

DR000182

44   the at least one data storage device [image database] and to the

45   means for displaying at least one display container [means] and

46   responsive to a user-selected group identification and a

47   diagnosing physician identifier for displaying at least two image

48   series of an image group indexed by the [patient] user-selected

49   group identification, said application means further for:

50          formatting each image series for display on the

51   monitor means in accordance with format preferences

52   specified in fields of the diagnosing physician identifier;

53          displaying each image series [being displayed] on

54   the monitor means one image at a time in the order of its

55   respective sequence in a respective presentation area;

56   and

57          outputting images from said image group according

58   to output preferences of a referring physician identified

59   by a referring physician identifier indexed from the user-

60   specified group identification.

61   10.   (Amended) The computer display system of Claim 1,

62   further including:

63          means for displaying a palette display container [means

64   for presenting] on the monitor means, the palette display

65   container including a plurality of presentation areas in an array;

66   and

67          means coupled to the means for displaying first and

68   second display containers [means for selecting] for picking an

69   image of an image series displayed in the first or second display

70   container [means] and reproducing the selected image in a

71   presentation area of the palette display container [means].

13

1̶4̶.   (Amended) The computer display system of Claim 1,

2   wherein: [further including:

          a table data structure listing a plurality of physician

4   identifiers, each physician identifier identifying an examining

    physician, each physician identifier including respective fields

6   for specifying:]

          the respective fields of each diagnosing physician

8   identifier specify:

          a mode of image series presentation;

10          a rectangular array format; and

          rectangular array dimensions; and

12       [means for enabling a user to provide a physician

    identifier; and

14       in the means for displaying,] the application means

    includes respective means for:

16          presenting an image series in a mode specified by

    a diagnosing physician identifier;

18          means for presenting rectangular arrays in the first

    and second display containers in a format specified by

20   the diagnosing physician identifier; and

          means for presenting the rectangular arrays in

22   dimensions specified by the diagnosing physician

    identifier.

    15.   (Amended) The computer display system of Claim 2,

2   further including:

          means for displaying a palette display container [means

4   for presenting] on the monitor means, the palette display

    container including a plurality of presentation areas in an array;

tsm\pto\1910-2.amd                    7

6          and

                 means coupled to the [first and second] <u>means for</u>
8          <u>displaying at least one</u> display container [means for selecting]
           <u>for picking</u> an image of an image series displayed in the [first or
10         second] <u>at least one</u> display container [means] and reproducing
           the selected image in a presentation area of the palette display
12         container [means].

           <del>49.</del>    (Amended) The computer display system of Claim 2,
2          <u>wherein:</u> [further including:
                 a table data structure listing a plurality of physician
4          identifiers, each physician identifier identifying an examining
           physician, each physician identifier including respective fields
6          for specifying:]
                 <u>the respective fields of each diagnosing physician</u>
8          <u>identifier specify:</u>
                 a mode of image series presentation;
10               a rectangular array format; and
                 rectangular array dimensions; <u>and</u>
12         [means for enabling a user to provide a physician
           identifier; and
14               in the means for displaying,] <u>the application means</u>
           <u>includes</u> respective means for:
16               presenting an image series in a mode specified by
           a <u>diagnosing</u> physician identifier;
18         <del>means for</del> presenting rectangular arrays in the [first
           and second] <u>at least one</u> display container[s] in a format
20         specified by the <u>diagnosing</u> physician identifier; and
                 <del>means for</del> presenting the rectangular arrays in

DR000185

22        dimensions specified by the <u>diagnosing</u> physician

identifier.

20.    (Amended) A system for presenting images of anatomical

2    structure and the like for examination by a[n examining] <u>diagnosing</u>

physician, including:

4        <u>means including one or more display monitors for</u>

<u>displaying</u> at least one display container [means for presenting]

6    <u>including</u> a display area subdivided into a plurality of

presentation areas in a predetermined array;

8        <u>means for storing</u> an image database including a plurality

of images of anatomical structures, the images being separated

10    into <u>a plurality of</u> image groups, in which:

each image group is indexed by a unique group

12    identification; and

each image group is partitioned into one or more

14    ordered image series, each ordered image series including

a succession of images which illustrate incrementally

16    registered aspects of an anatomical target, each image

series being ordered by assignment to each image in the

18    image series of a numerical position in a respective

[monotonically] changing sequence; <u>and</u>

20    <u>physician data tables with indexes to unique group</u>

<u>identifications and to physician identifiers and including entries</u>

22    <u>specifying output functions and displaying formats;</u>

<u>means for receiving a physician identifier;</u>

24    means for receiving a group identification; [and]

means connected to the means for receiving, to the

26    <u>means for storing an</u> image database and to the <u>means for</u>

DR000186

<u>displaying</u> at least one display container [means] and responsive

28    to a <u>physician identification and to a</u> group identification for

retrieving at least one image series of an image group indexed

30    by the group identification and for displaying the at least one

image series in one or more presentation areas of the plurality

32    of presentation areas <u>in a display format contained in the</u>

<u>physician data tables; and</u>

34    <u>means for providing an output from the system according</u>

<u>to an output function specified in the physician data tables.</u>

21.    (Amended) The system of Claim 20, [further including]

2    <u>wherein:</u>

[means for] <u>the physician data tables include at least one</u>

4    <u>entry</u> specifying a mode of image series presentation, in which

a first mode is a monitor mode and a second mode is a series

6    mode; and

the means for retrieving and displaying including means

8    for ordering the display of the at least one image series in

response to mode specification by:

10    displaying <u>each image series of</u> the at least one

image series in the order of its respective sequence <u>in a</u>

12    <u>single respective display container</u> in the at least one

display container [means] such that each presentation

14    area of the [at least one] <u>single respective</u> display

container [means] includes no more than one image, in

16    response to designation of the monitor mode; and

displaying <u>each image series of</u> the at least one

18    image series one image at a time in the order of its

respective sequence in a <u>single</u> respective presentation

20  area of the plurality of presentation areas, in response to
designation of the series mode.

22.  (Amended) The system of Claim 21, wherein:

2  the at least one display container [means] includes:

a first display container [means] for presenting a

4  first plurality of presentation areas in a predetermined
array; and

6  a second display container [means] for presenting a
second plurality of presentation areas in the

8  predetermined array;

the at least one image series includes two or more image

10  series of the image group indexed by the group identification;
and

12  the means for retrieving and displaying displays each
image series in the order of its respective sequence in a

14  respective display container means such that each presentation
area of the respective display container [means] includes no

16  more than one image, in response to designation of the monitor
mode of presentation.

RB
11 Apr
1995

24.  (Amended) The system of Claim 21, further including

2  means for synchronizing the presentation of each image series of the
two or more image series such that whenever the display of one

4  image series of the two or more image series is changed to display a
next image in the order of its respective sequence, each other image

6  series of the two or more image series is correspondingly changed by
the means for retrieving and displaying.

RB
11 Apr
1995

25.  (Amended) The system of Claim 20, further including:

2  means for displaying a palette display container on the

DR000188

<u>one or more display monitors, the palette display container</u>

4  [means] for presenting a plurality of presentation areas in an

array; and

6  means [coupled to the at least one display container

means] for selecting an image of an image series displayed in

8  the at least one display container [means] and reproducing the

selected image in a presentation area of the palette display

10  container [means].

26.  (Amended) A method for presenting images of anatomical

2  structure ~~and the like~~ for examination by a[n examining] <u>diagnosing</u>

physician, the method being executed on a computer display system

4  ~~including:~~ *having;*

a display for displaying at least one display container

6  [means] subdivided into a plurality of presentation areas in a

predetermined array;

8  *B⁵*  <u>a storage subsystem</u> *for storing*

↳ an image database ~~stored in the storage subsystem and~~

10  including a plurality of images of anatomical structures; and

means connected to the ~~image database~~ *storage subsystem* and to the at

12  least one display container [means] for retrieving images from

the image database and displaying retrieved images in the at

14  least one display container [means];

the method including the steps of:

16  [providing] <u>storing</u> a plurality of images in the image

database;

18  separating the plurality of images into image groups;

indexing each image group by a unique group

20  identification;

*RB
11 Apr
1995*

*RB
11 Apr
1995*

tam\pto\1910-2.amd                    12

*39*

partitioning each image group into one or more ordered
22    image series, each ordered image series including a succession
of images which illustrate incrementally registered aspects of an
24    anatomical target, each image series being ordered by
assignment to each image in the image series of a numerical
26    position in a respective monotonically changing sequence;
storing a first data table in the storage subsystem, the
28    first data table listing a plurality of referring physician identifiers,
each referring physician identifier being indexed from at least
30    one group identification, each referring physician identifier
identifying a referring physician and including respective fields
32    specifying output preferences of the identified referring
physician for outputting to the identified referring physician
34    images from the display;
storing a second data table in the storage subsystem, the
36    second data table listing a plurality of diagnosing physician
identifiers, each diagnosing physician identifier identifying a
38    diagnosing physician and including respective fields specifying
format preferences and mode preferences of the identified
40    diagnosing physician for displaying images on the display; and
providing a group identification; [and]
42    providing a diagnosing physician identifier;
in response to the group identification and the diagnosing
44    physician identifier, retrieving at least one image series of an
image group indexed by the group identification and displaying
46    the at least one image series in one or more presentation areas
of the plurality of presentation areas in accordance with a
48    format preference specified in fields of the diagnosing physician

tam\pto\1910-2.and                    13

DR000190