# EXHIBIT D
# PART 5 OF 5

identifier; and

50      outputting images from the at least one image series

according to output preferences of a referring physician

52      identified by a referring physician identifier indexed from the

group identification.

        27.   (Amended) The method of Claim 28, further including:

2       providing mode fields in the diagnosing physician identifiers, each

mode field specifying a mode of image series presentation, in

4       which a first mode is a monitor mode and a second mode is a

series mode;

6       displaying [the at least] one image series in the order of

its respective sequence in [the at least] one display container

8       [means] such that each presentation area of the [at least one]

display container [means] includes no more than one image of

10      the at least one image series, in response to designation of the

monitor mode; and

12      displaying [the at least] one image series one image at a

time in the order of its respective sequence in a single

14      respective presentation area of one display container [a plurality

of presentation areas], in response to designation of the series

16      mode.

        28.   (Amended) The method of Claim 27, further including the

2       steps of:

        displaying a first display container including a first

4       plurality of presentation areas in a predetermined array;

        displaying a second display container including a second

6       plurality of presentation areas in the predetermined array;

        the step of retrieving and displaying including retrieving

tam\pto\1910-2.amd                14

8      two [or more] image series of the image group indexed by the
group identification; and

10        the step of retrieving and displaying including displaying
each image series in the order of its respective sequence in a

12      respective display container means such that each presentation
area of the respective display container means includes [no

14      more than] one image, in response to designation of the monitor
mode of presentation.

29. (Amended) The method of Claim 27, further including the

2      steps of:

in the step of retrieving and displaying, retrieving two [or

4      more] image series of the image group indexed by the group
identification and displaying each image series one image at a

6      time in the order of its respective sequence in a <u>single</u>
respective presentation area.

30. (Amended) The method of Claim 29, further including

2      synchronizing the presentation of each image series of the two [or
more] image series such that whenever the display of one image series

4      of the two or more image series is changed to display the next image
in the order of its respective sequence, each other image series of the

6      two or more image series is correspondingly changed.

---

## REMARKS

    This amendment is presented in response to the Office Action
mailed September 13, 1994 (Paper No. 11) to place the application in
condition for favorable reconsideration and allowance. By the
amendment, claims 1, 2, 10, 14, 15, 19-22, and 24-30 have been
amended and claims 11-13, 16-18, and 23 have been canceled.

Thus, claims 1-10, 14-15, 19-22, and 24-30 are now in the application. Favorable reconsideration and allowance of all claims in the application are hereby requested.

Claims 1-2 and 10-30 were rejected under 35 U.S.C. § 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter that the applicants regard as the invention. It is submitted that the amendments have removed the bases for this rejection, and the Examiner is respectfully requested to withdraw it.

Claims 1-2 and 10-30 were rejected under 35 U.S.C. § 103 as being unpatentable over U.S. Patent No. 5,235,510 to Yamada et al. ("Yamada") in view of U.S. Patent No. 5,293,313 to Cecil et al. ("Cecil"). Yamada concerns a computer aided diagnosis system for medical use, which is said to use a computer to analyze medical image data, and store the diagnosis in memory until its output is requested. Cecil involves a real time physician view box, which purports to construct raw scan data into digital image representations stored in memory, after which a diagnosing physician selects and adjusts an image and transfers the image to a film printer.

For a number of reasons, claim 1 is patentable over the suggested combination. For example, the proposed combination omits any linkage between a referring physician database and the means by which images are displayed. Specifically, Yamada and Cecil do not teach or suggest "a first table data structure" in which "referring physician identifiers" are "indexed from at least one group identification", where the physician identifiers include a field specifying "output preferences" of identified referring physicians. These references further omit any reference to "a second table data

DR000193

structure" in which "diagnosing physician identifiers" are stored, each "including respective fields specifying format preferences and mode preferences" of an identified diagnosing physician. Moreover, the combination proposed by the Examiner does not show or suggest an "application means" that formats image series display "in accordance with format preferences" specified in a diagnosing physician identifier and outputs images "according to the output preferences of a referring physician" in a referring physician identifier indexed from a group identification. These elements and limitations effectively automate the display and output of images according to prespecified physician preferences that are stored in the system.

Yamada in Figure 10 merely annotates image data with a physician identifier that maps to administrative data, not to output preferences. In Figure 6, Yamada shows only data which summarizes a digital image produced by conversion of an X-ray radiograph which is performed by a film digitizer. There are no fields in this table for specifying "format preferences" of a "diagnosing physician". The Examiner's speculation about what these tables might be used for is not prior art. Yamada (and Cecil) do not teach or suggest that they be structured, limited, and used as recited in the independent claims of this application (1, 2, 20, and 26).

In contrast to the present invention, and as correctly stated in the Office Action, Yamada is apparently limited to a fixed-format, single-image display on each one of plural display devices. Cecil, on the other hand, purports to address various adjustable image display characteristics. For example, the operator is purportedly able to select various image display patterns, adjust window and level of images, add diagnostic information, and choose images from a real time

DR000194

scanner or from memory. [column 3, lines 19-49]  However, Cecil still
fails to disclose any means for displaying or outputting images in
accordance with physicians' predetermined format preferences.

Hence, independent claim 1 is patentable over the applied
references.  Moreover, even without considering any other grounds for
patentability of claims 10 and 14, it is apparent that these claims are
patentable because they depend from claim 1.  Independent claim 2
(and its dependent claims 15 and 19), as well as independent claims
20 and 26 (and their dependent claims 21, 25, and 27-30) are
patentable for similar reasons.

Last, with respect to the Examiner's remarks in support of
rejecting claims 10, 15, and 25, the palette container is used by the
diagnosing physician to receive and display images picked from the
one or more display containers.  The palette container includes "a
plurality of presentation areas" where picked images are "displayed"
by a "monitor means" or "one or more display monitors".  Manifestly,
the means (and purposes) for transferring to photographic film images
selected by a physician are different than those for "picking" and
"displaying" on the "monitor means" or "one or more display means"
recited in these claims.

In view of the foregoing, all pending claims in the application
are now considered to be patentable over the applied art.
Accordingly, favorable reconsideration and allowance of the
application are hereby requested.

Enclosed is a Petition Under 37 C.F.R. 1.136 for a three month
extension of time, and a check for the required fee of $435 (small
entity).  If the enclosed checks are missing or incorrect in amount, the

DR000195

Commissioner is hereby authorized to charge any deficit, or credit any overpayment, to Deposit Account No. 02-0460, Order No. 1910-2.

Respectfully submitted,

TERRANCE A. MEADOR
Registration No. 30,298

BAKER, MAXHAM, JESTER & MEADOR
Symphony Towers
750 "B" Street, Suite 2770
San Diego, California 92101

Telephone:   (619) 233-9004
Fax:            (619) 544-1246

DR000196



#14
4-5-95
21-

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

RECEIVED

95 APR -3 PM 3:26

In re application of:

HILTON, et al.

Serial No.: 07/998,550

Filed: December 30, 1992

For:   AUTOMATED SYSTEM AND A
METHOD FOR ORGANIZING,
PRESENTING AND MANIP-
ULATING MEDICAL IMAGES

)
)
)
)
)
)
)
)
)
)
)
)
)

Art Unit: 2303

Examiner:  Bayerl, R.

Atty. Docket No.:  1910-2

Honorable Commissioner of
    Patents and Trademarks
Washington, D.C. 20231

CERTIFICATE OF MAILING
37 C.F.R. 1.8
I hereby certify that this correspondence is being deposited with
the U.S.Postal Service as First Class Mail in an envelope
addressed to: Commissioner of Patents and Trademarks,
Washington, D.C. 20231, on the date below:

3/13/95          Terrance A. Meador
Date              Signature

Approved
RB
10 Apr 1995

Dear Sir:

### REQUEST FOR DRAWING AMENDMENT

In accordance with 37 C.F.R. § 1.123, two copies of substitute Figure 8 are enclosed herewith, depicting the proposed change in red ink. Although Figure 8 is already explained in sufficient depth in the specification, (page 18, line 18 to page 20, line 34), reference numeral 94a has been added to more precisely describe Figure 8. Accordingly, the applicants hereby request the Examiner's approval of the proposed change.

Respectfully submitted,

Terrance A. Meador

TERRANCE A. MEADOR
Registration No. 30,298

BAKER, MAXHAM, JESTER & MEADOR
Symphony Towers
750 "B" Street, Suite 2770
San Diego, California 92101

Telephone:    (619) 233-9004
Fax:               (619) 544-1246

SHEET 7/18, HILTON ET AL, 1910-02



MONITOR FORMAT PROCESSING

FIG.8

DR000198

SHEET 7/18, HILTON ET AL, 1910-02



MONITOR FORMAT PROCESSING

FIG. 8



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

07/998,550   12/30/92   HILTON                    W    901

                                                   BAYERL,R

                        24M1/0413

TERRANCE A. MEADOR
BAKER, MAXHAM, JESTER & MEADOR
750 "B" STREET
SYMPHONY TOWERS, SUITE 2770               2415      15/C
SAN DIEGO, CA 92101
                                                   04/13/95

## NOTICE OF ALLOWABILITY

**PART I.**
1. ☒ This communication is responsive to ___papers filed 16 Mar 1995___.
2. ☒ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.
3. ☒ The allowed claims are ___1-2, 10, 14-15, 19-22, 24-30, all others cancelled___
4. ☐ The drawings filed on ___ are acceptable.
5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [...] been received. [...] not been received. ( ) been filed in parent application Serial No. ___ filed on ___
6. ☒ Note the attached Examiner's Amendment.
7. ☐ Note the attached Examiner Interview Summary Record, PTOL-413.
8. ☐ Note the attached Examiner's Statement of Reasons for Allowance.
9. ☒ Note the attached NOTICE OF REFERENCES CITED, PTO-892.
10. ☐ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

**PART II.**
A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.
2. ☒ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.
   a. ☒ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. ___8___. CORRECTION IS REQUIRED.
   b. ☒ The proposed drawing correction filed on ___16 Mar 1995___ has been approved by the examiner. CORRECTION IS REQUIRED.
   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.
   d. ☒ Formal drawings are now REQUIRED.

-------------------------------------------------------------------------------
Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

Attachments:
☒ Examiner's Amendment                    _ Notice of Informal Application, PTO-152
_ Examiner Interview Summary Record, PTOL-413   _ Notice re Patent Drawings, PTO-948
_ Reasons for Allowance                     _ Listing of Bonded Draftsmen
☒ Notice of References Cited, PTO-892       _ Other
_ Information Disclosure Citation, PTO-1449

RAYMOND J. BAYERL
PRIMARY EXAMINER
ART UNIT 2415

PTOL-37 (REV. 4-89) *                                   USCOMM-DC 89-3789

12 April 1995

DR000200

Serial Number: 07/998,550                                                    -2-
Art Unit: 2415

ATTACHMENT TO NOTICE OF ALLOWABILITY, PAPER #15

1.        An Examiner's Amendment to the record appears below.
Should the changes and/or additions be unacceptable to applicant,
an amendment may be filed as provided by 37 C.F.R. § 1.312.  To
ensure consideration of such an amendment, it **MUST** be submitted
no later than the payment of the Issue Fee.

          Authorization for this Examiner's Amendment was given
in a telephone interview with Mr. Meador, applicant's
representative of record, on 11 April 1995.

2.        The application has been amended as follows:

In the Claims:

Claim 1, line 13--";" has been replaced by "for storing:";

Claim 1, lines 14 - 15--"stored in the at least one data storage
device, the image database" has been deleted;

Claim 1, lines 30 - 31--"stored in the at least one data storage
device, the first table storage data structure" has been deleted;

Claim 1, line 38--"and" has been inserted after "means;";

Claim 1, lines 39 - 40--"stored in the at least one data storage
device, the second table storage data structure" has been
deleted;

Claim 1, line 45--"and" has been deleted;

Claim 2, line 5--"one" has been replaced by "on";

Claim 2, line 6--"," has been inserted after "means";

Claim 2, line 10--";" has been replaced by "for storing:";

DR000201

Serial Number: 07/998,550                                                                -3-
Art Unit: 2415

Claim 2, lines 11 - 12--"stored in the at least one data storage

device, the image database" has been deleted;

Claim 2, lines 27 - 28--"stored in the at least one data storage

device, the first table storage data structure" has been deleted;

Claim 2, line 35--"and" has been inserted after "means;";

Claim 2, lines 36 - 37--"stored in the at least one data storage

device, the second table storage data structure" has been

deleted;

Claim 2, line 42--"and" has been deleted;

Claim 14, lines 18, 21--"means for" has been deleted at both

occurrences;

Claim 19, lines 18, 21--"means for" has been deleted at both

occurrences;

Claim 20, line 2--"and the like" has been deleted;

Claim 20, line 19--"monotomically" has been replaced by

"monotonically", and "and" has been inserted after "sequence;";

Claim 20, line 20--"are stored" has been inserted after "tables";


[Claim 22--Applicant's instructions to cancel this claim at page

2 of the 16 March 1995 response have been disregarded in view of

the later discussion of this as a pending claim (as at page 16,

paragraph 1).  During the 11 April 1995 telephone interview, Mr.

Meador further confirmed that claim 22 <u>was</u> to be considered.]

DR000202

Serial Number: 07/998,550                                    -4-
Art Unit: 2415

Claim 22, line 14--"means" has been deleted;

Claim 24, line 2--the second occurrence of "the" has been
deleted;

Claim 26, line 2--"and the like" has been deleted;

Claim 26, line 4--"including" has been replaced by "having";

Claim 26, lines 8 - 10--";", followed by the line 9 indentation,
have been deleted and replaced by "for storing", resulting in a
single indented passage from "a storage subsystem..." through
"...anatomical structures; and";

Claim 26, line 9--"image database" has been replaced by "storage
subsystem";

Claim 27, line 2--"providing" has been inserted before "mode";

Claim 30, lines 4, 6--"or more" has been deleted at both
occurrences.


    These amendments to the claims have been made to remove
uncertainties noted when the Examiner first reconsidered the
present application, as amended by applicant's response,
overcoming possible rejection under 35 USC 112, second paragraph.

3.    The prior art made of record and not relied upon is
considered pertinent to applicant's disclosure.

    During a final search, the Examiner's attention was
drawn to Yoshioka's ULTRASONIC DIAGNOSTIC APPARATUS CAPABLE OF
MULTI-FRAME REPRESENTATION (US #5,274,759), which has been made
of record, but which is merely cumulative to other plural-image

DR000203

Serial Number: 07/998,550                                    -5-
Art Unit: 2415

review systems such as those already cited, which do not, as
applicant argues in the 16 March 1995 response, archive in a
database the presentation formats particular to physicians
involved in referral or diagnosis.

4.      Any inquiry concerning this communication or earlier
communications from the Examiner should be directed to Raymond J.
Bayerl, whose telephone number is (703) 305-9789. The Examiner
can normally be reached on M - F, from 6:30 to 3:00 ET.

        If attempts to reach the Examiner by telephone are
unsuccessful, the Examiner's supervisor, Mark R. Powell, can be
reached on (703) 305-9703.  The fax phone number for this Group
is (703) 308-5356.

        Any inquiry of a general nature or relating to the
status of this application or proceeding should be directed to
the Group receptionist, whose telephone number is (703) 305-9600.

RAYMOND J. BAYERL
PRIMARY EXAMINER
ART UNIT 2415

12 April 1995

DR000204

TO SEPARATE, HOLD TOP AND BOTTOM EDGES, SNAP–APART AND DISCARD CARBON

| FORM PTO-892 (REV. 2-92) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 07/998,550 | GROUP ART UNIT 2415 | ATTACHMENT TO PAPER NUMBER 15 |
|---|---|---|---|---|
| | NOTICE OF REFERENCES CITED | APPLICANT(S) Hilton | | |

## U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| * | A | 5 2 7 4 7 5 9 | 12/1993 | Yoshioka | 395 | 161 X | 7/1990 |
| | B | | | | | | |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

## FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. DWG | PP. SPEC. |
|---|---|---|---|---|---|---|---|---|---|
| | L | | | | | | | | |
| | M | | | | | | | | |
| | N | | | | | | | | |
| | O | | | | | | | | |
| | P | | | | | | | | |
| | Q | | | | | | | | |

## OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | R | |
| | S | |
| | T | |
| | U | |

| EXAMINER R Bayer | DATE 11 Apr 1995 |
|---|---|

* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a).)

DR000205



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

Address: Box ISSUE FEE
COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

24MI/0417

TERRANCE A. MEADOR
BAKER, MAXHAM, JESTER & MEADOR
750 "B" STREET
SYMPHONY TOWERS, SUITE 2770
SAN DIEGO, CA 92101

**NOTICE OF ALLOWANCE
AND ISSUE FEE DUE**

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 07/898,550 | 07/30/92 | 016 | BAYERL, R | 2415 | 04/13/95 |

First Named Applicant: HILTON, WESLEY W.

TITLE OF INVENTION:
AUTOMATED SYSTEM AND A METHOD FOR ORGANIZING, PRESENTING, AND MANIPULATING MEDICAL IMAGES

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 9017 | 395-161.000 | K07 | UTILITY | YES | $605.00 | 07/13/95 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.

THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.

**HOW TO RESPOND TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

If the status is changed, pay twice the amount of the FEE DUE shown above and notify the patent and Trademark Office of the change in status, or

If the Status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:
A. Pay FEE DUE shown above, or
B. File verified statement of Small Entity Status before, or with, pay of 1/2 the FEE DUE shown above.

II. Part B of this notice should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B should be completed and returned. If you are charging the ISSUE FEE to your deposit account, Part C of this notice should also be completed and returned.

III. All communications regarding this application must give series code (or filing date), serial number and batch number. Please direct all communication prior to issuance to Box ISSUE FEE unless advised to contrary.

IMPORTANT REMINDER: Patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.

PTOL-85 (REV. 12-93) (0651-0033)         4. PATENT AND TRADEMARK OFFICE COPY

DR000206



"PATENT"

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | ) |
| | ) |
| Wesley W. Hilton | ) Batch No.: |
| | )    K67 |
| | ) |
| Serial No.: 07/998,550 | ) |
| | ) Examiner: |
| | )  R. Bayerl |
| | ) |
| Filed:   December 30, 1992 | ) |
| | ) |
| For:   AUTOMATED SYSTEM AND A METHOD | ) |
|         FOR ORGANIZING, PRESENTING, AND | ) |
|         MANIPULATING MEDICAL IMAGES | ) |

Honorable Commissioner of
    Patents and Trademarks
Washington, D.C. 20231

ATTN: Draftsman (Mr. Fon Lam)

CERTIFICATE OF MAILING
37 C.F.R. 1.8
I hereby certify that this correspondence is being deposited with the U.S. Postal Service as First Class Mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231, on the date below:

5/24/95        Terrance A. Meac
Date          Signature

TRANSMITTAL OF FORMAL DRAWINGS

        Transmitted herewith are EIGHTEEN (18) sheets of formal drawings in place of the informal drawings submitted previously.

        As discussed with Mr. Fon Lam, Figures 3-5, 14A-14D, and 16 were submitted as rough draft illustrations of image sequences.  Although originally rendered by photocopying photographs, these figures are only meant to represent the images in the image sequences, not to portray them.  In this regard, the figures have

\clare\forms\transfor.dra

consistently been described as "illustrat[ing]" or as "illustration[s]", or as"drawings".
See, for example, the Brief Description of the Drawings.

Respectfully submitted,

*Terrance A. Mead*

TERRANCE. A. MEADOR
Registration No. 30,298

BAKER, MAXHAM, JESTER & MEADOR
Symphony Towers
750 "B" Street, Suite 2770
San Diego, California  92101
Phone: 619/233-9004  Fax: 619/544-1246

\clare\forms\transfor.dra

5452416





FIG. 1

FIG. 2

DR000209

SHEET 2/18
HILTON ET AL
1910-



FIG. 3

DR000210

SHEET 3/18
HILTON ET AL
1910–





FIG. 4



SHEET 4/18
HILTON ET AL
1910-

FIG. 5

DR000212



FIG. 6

DR000213

SHEET 6/18
HILTON ET AL
1910–



FIG. 7

DR000214

SHEET 7/18
HILTON ET AL
1910–



FIG. 8

DR000215



SHEET 8/18
HILTON ET AL
1910-

| APPROVED | O.G. FIG. | |
|---|---|---|
| BY | CLASS | SUBCLASS |
| DRAFTSMAN | | |

MONITOR CONTROL BLOCK ~100

| OBJECTS | IMAGES | GRAPHICS |
|---|---|---|
| PRESENTATION AREA | AXIALT 1-1 | ANNOTATION(x,y) |
| · · · · | · · · | |
| CONTROL PANEL ICONS | | OUTLINE SHAPES |

~26

MONITOR CONTROL BLOCK ~102

| OBJECTS | IMAGES | GRAPHICS |
|---|---|---|
| PRESENTATION AREA | AXIALT 2-7 | ARROW(x,y) |
| · · · · | · · · | · · · |
| | · · · | · · · |

~27

WORKING PALETTE CONTROL BLOCK ~103

| OBJECTS | IMAGES | GRAPHICS |
|---|---|---|
| PRESENTATION AREA | AXIALT 1-1 | ANNOTATION(x,y) |
| PRESENTATION AREA | AXIALT 2-7 | ARROW(x,y) |
| · · · · | · · · | · · · |

~28

~104

GRID POINTER

FIG. 9

DR000216

SHEET 9/18
HILTON ET AL
1910-



FIG. 10



SHEET 10/18
HILTON ET AL
1910-

FIG. 11

DR000218



SHEET 11/18
HILTON ET AL
1910—





FIG. 12

DR000219

SHEET 12/18
HILTON ET AL
1910-



FIG. 13

SHEET 13/18
HILTON ET AL
1910~





FIG. 14a

DR000221

SHEET 14/18
HILTON ET AL
1910-





FIG. 14b

SHEET 15/18
HILTON ET AL
1910-





FIG. 14c

DR000223

SHEET 16/18
HILTON ET AL
1910-





FIG. 14d

DR000224

SHEET 17/18
HILTON ET AL
1910-



FIG. 15

DR000225

SHEET 18/18
HILTON ET AL
1910-





FIG. 16

605.00 242
40.00
501

**PART B—ISSUE FEE TRANSMITTAL**

*MAILING INSTRUCTIONS:* This form should be used for transmitting the ISSUE FEE. Blocks 2 through 6 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to addressee entered in Block 1 unless you direct otherwise, by: (a) specifying a new correspondence address in Block 3 below; or (b) providing the PTO with a separate "FEE ADDRESS" for maintenance fee notifications with the payment of Issue Fee or thereafter. See reverse for Certificate of Mailing.

**1. CORRESPONDENCE ADDRESS**

RECEIVED
APR 18 1995

24M1/0413

TERRANCE A. MEADOR
BAKER, MAXHAM, JESTER & MEADOR
750 "B" STREET
SYMPHONY TOWERS, SUITE 2770
SAN DIEGO, CA 92101

**2. INVENTOR(S) ADDRESS CHANGE** (Complete only if there is a change)

INVENTOR'S NAME
Street Address
City, State and ZIP Code
CO-INVENTOR'S NAME
Street Address
City, State and ZIP Code

☐ Check if additional changes are on reverse side

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 07/998,550 | 12/30/92 | 016 | BAYERL, R | 2415 | 04/13/95 |

First Named Applicant HILTON, WESLEY W.

TITLE OF INVENTION  AUTOMATED SYSTEM AND A METHOD FOR ORGANIZING, PRESENTING, AND MANIPULATING MEDICAL IMAGES

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 2 901 | 395-161.000 | K67 | UTILITY | YES | $605.00 | 07/13/95 |

**3. Correspondence address change** (Complete only if there is a change)

TERRANCE A. MEADOR, ESQ.
BAKER, MAXHAM, JESTER & MEADOR
Symphony Towers
750 "B" Street, Suite 2770
San Diego, California 92101

**4. For printing on the patent front page**, list the names of not more than 3 registered patent attorneys or agents OR, alternatively, the name of a firm having as a member a registered attorney or agent. If no name is listed, no name will be printed.

1 BAKER, MAXHAM,

2 JESTER & MEADOR

3 _____

**DO NOT USE THIS SPACE**

060 UN 07/10/95 07998550        1 501        40.00 CK
060 UN 07/10/95 07998550        1 242        605.00 CK
120 PK 07/17/95 07998550

**5. ASSIGNMENT DATA TO BE PRINTED ON THE PATENT** (print or type)
(1) NAME OF ASSIGNEE
DOMINATOR RADIOLOGY, INC.
(2) ADDRESS: (CITY & STATE OR COUNTRY)
San Diego, California

A. ☐ This application is NOT assigned.
☒ Assignment previously submitted to the Patent and Trademark Office.
☐ Assignment is being submitted under separate cover. Assignments should be directed to Box ASSIGNMENTS.
*PLEASE NOTE:* Unless an assignee is identified in Block 5, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

6a. The following fees are enclosed:
☒ Issue Fee   ☒ Advance Order - # of Copies  TEN (10)
6b. The following fees should be charged to:
DEPOSIT ACCOUNT NUMBER   02-0460
(ENCLOSE PART C)
☐ Issue Fee   ☐ Advance Order - # of Copies _____
☒ Any Deficiencies in Enclosed Fees

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Authorized Signature)  Terrance A. Meador    (Date) 6/13/95
TERRANCE A. MEADOR

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

**1. TRANSMIT THIS FORM WITH FEE-CERTIFICATE OF MAILING ON REVERSE**

PTOL-85B (REV.12-93)(0651-0033)

PTO UTILITY GRANT
Paper Number 17

## The Commissioner of Patents and Trademarks

Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.

Therefore, this

## United States Patent

Grants to the person or persons having title to this patent the right to exclude others from making, using or selling the invention throughout the United States of America for the term of seventeen years from the date of this patent, subject to the payment of maintenance fees as provided by law.

*The United States of America*

*Bruce Lehman*

Commissioner of Patents and Trademarks

*Marjorie V. Turner*

Attest

PTO-1584

DR000228



100 - 14

C of C

M.W.
# 18
9/2/0

"PATENT"

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re U.S. Patent No.: 5,452,416        )
                                        )
Inventor:  Hilton et al                 )
                                        )
Issued:    September 19, 1995           )
                                        )      Examiner: R.J. Bayron
                                        )
For:  AUTOMATED SYSTEM AND A            )
      METHOD FOR ORGANIZING,            )
      PRESENTING, AND                   )
      MEDICAL IMAGES                    )

PATENT & TRADEMARK OFFICE
RECEIVED
5 1995

CERTIFICATE OF CORRECTION BR.

Honorable Commissioner of
    Patents and Trademarks
Washington, D.C. 20231

Dear Sir:

CERTIFICATE OF MAILING
37 C.F.R. 1.8
I hereby certify that this correspondence is being deposited with
the U.S. Postal Service as First Class Mail in an envelope
addressed to: Commissioner of Patents and Trademarks,
Washington, D.C. 20231, on the date below:

10/18/95      Terrance A. Mad
Date          Signature

### REQUEST FOR CERTIFICATE OF CORRECTION
### OF OFFICE AND APPLICANT'S MISTAKE (Rule 1.323)

APPROVED
JAN 2 9 1996
FOR THE COMMISSIONER OF PAT. & T.M.

Mary J. Green

Applicants hereby request that a Certificate of Correction be

issued to correct the above-identified patent as indicated on the

attached PTO FORM 1050.

F:\WP60\USERS\CLARE\FORMS\CERTAPP.OFF

DR000229

A check in the amount of $100.00 is enclosed.  Please credit any over payment or charge and deficit to Deposit Account 02-0460.  A duplicate copy of this paper is enclosed.

Respectfully submitted,

TERRANCE. A. MEADOR
Registration No. 30,298

BAKER, MAXHAM, JESTER & MEADOR
Symphony Towers
750 "B" Street, Suite 3100
San Diego, California  92101
Phone: 619/233-9004  Fax: 619/544-1246

F:\WP60\USERS\CLARE\FORMS\CERTAPP.OFF

Staple
Here
Only !

PRINTER'S TRIM LINE

## UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO. :   5,452,416
DATED         :   September 19, 1995
INVENTOR(S) :   Hilton et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Col. 18, lines 36-39, indent the subparagraph rightwardly to align with the subparagraphs beginning at column 18, lines 26 and 28; and

line 45, please change "identification" to --identifier--.

Col. 21, line 55, please change "physician" to --physician--;

line 65, indent the subparagraph rightwardly to align with the subparagraphs beginning at column 21, lines 28 and 33; and

Col. 21, line 60 through Col. 22, line 4, please make a subparagraph break between the semicolon and "displaying" and align the subparagraph:

displaying each image series on the monitor means in the order of its respective sequence in a respective display container such that each presentation area of the respective display container includes no more than one image; and

with the subparagraphs beginning at Col. 21, lines 28 and

Col. 22, lines 10 and 23, change each occurrence of "1" to --11--.

Col. 24, lines 3 and 15, change each occurrence of "2" to --14--.

## PATENT APPLICATION FEE DETERMINATION RECORD
### Effective October 1, 1992

**Application or Docket Number:** 998550

### CLAIMS AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE | SMALL ENTITY FEE | OR | OTHER THAN SMALL ENTITY RATE | OTHER THAN SMALL ENTITY FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | $355.00 | OR | | $710.00 |
| TOTAL CLAIMS | 9 minus 20 = | * | x$11= | | OR | x$22= | |
| INDEPENDENT CLAIMS | 4 minus 3 = | 1 | x 37= | 37 | OR | x 74= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +115= | | OR | +230= | |
| | | | TOTAL | 392 | OR | TOTAL | |

\* If the difference in column 1 is less than zero, enter "0" in column 2

### CLAIMS AS AMENDED - PART II

**AMENDMENT A**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * 23 | Minus | ** 20 | = | x$11= | | OR | x$22= | |
| Independent | * 163 | Minus | *** | = | x 37= | | OR | x 74= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | + 115= | | OR | +230= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT B**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus | *** | = | x 37= | | OR | x 74= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | + 115= | | OR | + 230= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT C**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus | *** | = | x 37= | | OR | x 74= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +115= | | OR | +230= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875
(Rev.10-92)

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

DR000232

