FILED

2007 JUN 26  AM 9: 11

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

NIRO, SCAVONE, HALLER & NIRO
Raymond P. Niro (*pro hac vice*)
Matthew G. McAndrews (*pro hac vice*)
Frederick C. Laney (*pro hac vice*)
181 West Madison Street, Suite 4600
Chicago, Illinois  60602
Telephone:  (312) 2360-0733
Facsimile:  (312) 236-3137

Attorneys for Plaintiff
DR SYSTEMS, INC.

SCHIFF HARDIN LLP
STEPHEN M. HANKINS (Cal. State Bar No. 154886)
shankins@schiffhardin.com
W. PAUL SCHUCK (Cal. State Bar No. 203717)
wpschuck@schiffhardin.com
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA  94105
Telephone:    (415) 901-8700
Facsimile:    (415) 901-8701

Attorneys for Defendant and Counterclaimant
EASTMAN KODAK COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>FUJIFILM MEDICAL SYSTEMS USA, INC.; GE HEALTHCARE LTD.; GE MEDICAL SYSTEMS, INC.; KONINKLIJKE PHILIPS ELECTRONICS N.V.; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION; MCKESSON CORPORATION; AGFA-GEVAERT N.V.; AGFA CORPORATION; DYNAMIC IMAGING, LLC; SIEMENS MEDICAL SOLUTIONS USA, INC.; SIEMENS CORPORATION; SIEMENS AG; and EASTMAN KODAK COMPANY,<br><br>Defendants<br><br>AND RELATED COUNTERCLAIMS. | Case No.:  06 cv 0417 B (NLS)<br><br>**STIPULATED NOTICE OF DISMISAL WITH PREDJUDICE OF CLAIMS BETWEEN DR SYSTEMS, INC. AND EASTMAN KODAK COMPANY, AND ORDER THEREON**<br><br>Judge:  The Honorable Rudi M. Brewster |

- 1 -

NOTICE IS HEREBY GIVEN, that pursuant to Federal Rule of Civil Procedure 41, IT IS HEREBY STIPULATED, by and between DR Systems, Inc. ("DR") and Eastman Kodak Company ("Kodak"), that all pending claims and counterclaims in this action asserted by DR against Kodak and asserted by Kodak against DR, are dismissed with prejudice, each party to bear its own costs, expenses, and attorneys' fees.

DATED:  March 5, 2007                     Respectfully submitted,

                                          NIRO, SCAVONE, HALLER & NIRO


                                          By ___/s/ Matthew G. McAndrews_____
                                             Matthew G. McAndrews

                                          Attorneys for Plaintiff and Counterclaim
                                          Defendant DR SYSTEMS, Inc.

Dated:  March 5, 2007                     SCHIFF HARDIN LLP


                                          By ___/s/ Stephen M. Hankins_____
                                             Stephen M. Hankins

                                          Attorneys for Defendant and Counterclaimant
                                          EASTMAN KODAK COMPANY


        The person efiling this document certifies that each of the above-named individuals has provided authorization for his electronic signature.


### ORDER OF DISMISSAL WITH PREDJUDICE


        IT IS SO ORDERED.


Dated: _6 - 2 5_____, 2007        _____
                                  United States District Court Judge

                                        - 2 -
STIPULATED NOTICE OF DISMISSAL & ORDER THEREON                    CASE NO. 06 CV 417 B (NLS)