# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR SYSTEMS, INC.<br><br>　　　　　Plaintiff<br><br>v.<br><br>FUJIFILM MEDICAL SYSTEMS USA, INC., GE HEALTHCARE LTD, GE MEDICAL SYSTEMS, INC.; KONINKLIJKE PHILIPS ELECTRONICS N.V., PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, MCKESSON INFORMATION SOLUTIONS LLC, AGFA-GEVAERT N.V., AGFA CORPORATION, DYNAMIC IMAGING, LLC, SIEMENS MEDICAL SOLUTIONS USA, INC., SIEMENS CORPORATION, SIEMENS AG AND EASTMAN KODAK COMPANY,<br><br>　　　　　Defendants.<br>AND RELATED CROSS-DEFENDANTS. | Case No. 06 cv 0417 JLS (NLS)<br><br>**ORDER RE JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF CLAIMS BETWEEN DR SYSTEMS, INC. AND DYNAMIC IMAGING, LLC**<br><br>(Doc. No. 221) |

　　　The Court hereby GRANTS the Joint Motion of Plaintiff and Counterclaim Defendant DR Systems, Inc. ("DR Systems") and Defendant and Counterclaim Plaintiff Dynamic Imaging, LLC ("Dynamic Imaging") and ORDERS that all pending claims and counterclaims asserted by and between DR Systems and Dynamic Imaging are dismissed with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

//

//

1 | DATED: October 2, 2007

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge