**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DR. SYSTEMS, INC., | Civil No. 06cv417 JLS (NLS) |
| Plaintiff, | |
| v. | **ORDER REQUIRING PARTIES TO FILE A *JOINT* STATUS REPORT REGARDING CASE MANAGEMENT** |
| FUJIFILM MEDICAL SYSTEMS USA, INC.; GE HEALTHCARE LTD; GE MEDICAL SYSTEMS, INC.; KONINKLJKE PHILIPS ELECTRONICS, N.V.; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION; MCKESSON CORPORATION; AGFA-GEVAERT N.V.; AGFA CORPORATION; DYNAMIC IMAGING, LLC; SIEMENS MEDICAL SOLUTIONS USA, INC.; SIEMENS CORPORATION; SIEMENS AG; EASTMAN KODAK COMPANY; | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

/ / /

/ / /

/ / /

/ / /

/ / /

1          Certain parties in this action have contacted the Court with questions concerning the forward
2 progress of this litigation and case management.  Based on these inquiries, the Court **ORDERS** the
3 parties to file a *joint status report* regarding all issues the parties would like to address concerning case
4 management.  Plaintiff is responsible to file this joint status report by Friday, *__October 26, 2007__*.  Once
5 the Court receives and reviews this joint status report, it will set a date and time for a telephonic status
6 conference or case management conference.
7          The parties are reminded that they may contact the Court to schedule any voluntary settlement
8 conferences between the plaintiff and individual defendants.
9          **IT IS SO ORDERED.**
10 DATED:  October 12, 2007

                                        _____
                                        Hon. Nita L. Stormes
                                        U.S. Magistrate Judge