J. CHRISTOPHER JACZKO (149317)
ALLISON H. GODDARD (211098)
JACZKO GODDARD LLP
4401 Eastgate Mall
San Diego, CA 92121
Telephone:  (858) 404-9205
Facsimile:  (858) 225-3500

Raymond P. Niro (*Pro Hac Vice*)
Matthew G. McAndrews (*Pro Hac Vice*)
Brady J. Fulton (*Pro Hac Vice*)
Frederick C. Laney (*Pro Hac Vice*)
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois  60602
Telephone:  (312) 236-0733
Facsimile:  (312) 236-3137

Attorneys for Plaintiff DR SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR SYSTEMS, INC., <br><br>                Plaintiff, <br><br> v. <br><br> FUJIFILM MEDICAL SYSTEMS USA, INC., GE HEALTHCARE LTD, GE MEDICAL SYSTEMS, INC., KONINKLIJKE PHILIPS ELECTRONICS N.V., PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, MCKESSON CORPORATION, AGFA GEVAERT N.V., AGFA CORPORATION, DYNAMIC IMAGING, LLC, SIEMENS MEDICAL SOLUTIONS USA, INC., SIEMENS CORPORATION, SIEMENS AG, and EASTMAN KODAK COMPANY, <br><br>                Defendants. <br><br> AND RELATED CROSS-ACTIONS. | No. 06-CV-0417 JLS (NLS) <br><br> **JOINT MOTION FOR JUDGMENT OF DISMISSAL WITH PREJUDICE OF CLAIMS BETWEEN DR SYSTEMS, INC. AND FUJIFILM MEDICAL SYSTEMS USA, INC.** |

1    Plaintiff and Counterdefendant DR Systems, Inc. ("DR Systems") and Defendant and
2 Counterclaimant Fujifilm Medical Solutions USA, Inc. ("Fujifilm") hereby jointly move for
3 dismissal with prejudice of all pending claims and counterclaims asserted in this action by
4 DR Systems against Fujifilm and asserted by Fujifilm against DR Systems.  Each party shall bear its
5 own costs, expenses, and attorneys' fees.
6    DR Systems will email a proposed order granting this Joint Motion to
7 efile_sammartino@casd.uscourts.gov.

8 Dated:    March 17, 2008              JACZKO GODDARD LLP

10                                       By:    s/ Allison H. Goddard
                                                Allison H. Goddard
11                                              Attorneys for Plaintiff and
                                                Counterdefendant DR SYSTEMS, INC.

13 Dated:    March 17, 2008              BAKER BOTTS LLP

15                                       By:    s/ Robert C. Scheinfeld
                                                Robert C. Scheinfeld
16                                              Attorneys for Defendant and
                                                Counterclaimant
17                                              FUJIFILM MEDICAL
                                                SYSTEMS USA, INC.

**DR Systems, Inc. v. Fujifilm Medical Systems, USA, Inc.**

**USDC Case No. 06cv0417 B (NLS)**

**Certificate of Service**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 17th day of March, 2008, with a copy of this document via the Court's CM/ECF system. I certify that all parties in this case are represented by counsel who are CM/ECF participants. Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on the following business day.

/s/  Allison H. Goddard